**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

**Western District of Missouri**

Case number (*If known*): _____

Chapter you are filing under:
- [x] Chapter 7
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13

- [ ] Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy    12/22

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
|---|---|

|  | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|---|
| 1. | **Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | Bradley<br>First name<br>James<br>Middle name<br>Carlson<br>Last name<br>_____<br>Suffix (Sr., Jr., II, III) | First name<br>Middle name<br>Last name<br>_____<br>Suffix (Sr., Jr., II, III) |
| 2. | **All other names you have used in the last 8 years**<br><br>Include your married or maiden names and any assumed, trade names and doing business as names.<br><br>Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. | | |
| 3. | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx – xx – 2 7 0 7<br>OR<br>9 xx – xx – ____ ____ ____ ____ | xxx – xx – ____ ____ ____ ____<br>OR<br>9 xx – xx – ____ ____ ____ ____ |

Debtor 1     Bradley James Carlson
             _____
             First Name    Middle Name    Last Name

Case number (*if known*)_____

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|

**4. Your Employer Identification Number (EIN), if any.**

About Debtor 1:

_____
EIN

_____
EIN

_____
EIN

_____
EIN

About Debtor 2 (Spouse Only in a Joint Case):

_____
EIN

_____
EIN

_____
EIN

_____
EIN

**5. Where you live**

1722 Madison Ave
_____
Number        Street

_____

Kansas City                    MO    64108
_____
City                          State    ZIP Code

Jackson County
_____
County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

_____
Number        Street

_____
P.O. Box

_____
City                          State    ZIP Code

**If Debtor 2 lives at a different address:**

_____
Number        Street

_____

_____
City                          State    ZIP Code

_____
County

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.

_____
Number        Street

_____
P.O. Box

_____
City                          State    ZIP Code

**6. Why you are choosing *this district* to file for bankruptcy**

*Check one:*

☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)

*Check one:*

☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)

| Debtor 1 | Bradley James Carlson | | | Case number *(if known)* _____ |
| | First Name | Middle Name | Last Name | |

---

| **Part 2:** | **Tell the Court About Your Bankruptcy Case** |

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy* (Form 2010)). Also, go to the top of page 1 and check the appropriate box.

☑ Chapter 7

☐ Chapter 11

☐ Chapter 12

☐ Chapter 13

---

**8. How you will pay the fee**

☑ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

---

**9. Have you filed for bankruptcy within the last 8 years?**

☑ No

☐ Yes.

| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

---

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☑ No

☐ Yes.

| Debtor _____ | Relationship to you _____ |
| District _____ | When _____ | Case number, if known_____ |

| Debtor _____ | Relationship to you _____ |
| District _____ | When _____ | Case number, if known_____ |

---

**11. Do you rent your residence?**

☑ No.   Go to line 12.

☐ Yes.   Has your landlord obtained an eviction judgment against you?

☐ No. Go to line 12.

☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it with this bankruptcy petition.

---

Debtor 1 ___Bradley James Carlson_____     Case number (if known)_____
        First Name      Middle Name        Last Name

---

**Part 3:   Report About Any Businesses You Own as a Sole Proprietor**

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☑ No. Go to Part 4.
☐ Yes. Name and location of business

_____
Name of business, if any

_____
Number      Street

_____

_____     _____     _____
City                            State       ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ None of the above

---

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor* or a debtor as defined by 11 U. S. C. § 1182(1)?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor or a debtor choosing to proceed under Subchapter V so that it can set appropriate deadlines. If you indicate that you are a small business debtor or you are choosing to proceed under Subchapter V, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).*

☑ No.   I am not filing under Chapter 11.

☐ No.   I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes. I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ Yes. I am filing under Chapter 11, I am a debtor according to the definition in § 1182(1) of the Bankrutpcy Code, and I choose to proceed under Subchatper V of Chapter 11.

---

**Part 4:   Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention**

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ No
☐ Yes.   What is the hazard?

_____

_____

If immediate attention is needed, why is it needed?

_____

Where is the property?

_____

---

| Debtor 1 | Bradley James Carlson | | Case number *(if known)*_____ |
|---|---|---|---|
| | First Name    Middle Name    Last Name | | |

## Part 5:   Explain Your Efforts to Receive a Briefing About Credit Counseling

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1   Bradley James Carlson
_____   Case number (if known)_____
First Name      Middle Name      Last Name

| Part 6: | Answer These Questions for Reporting Purposes |
|---|---|

**16. What kind of debts do you have?**

**16a. Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☑ No. Go to line 16b.
☐ Yes. Go to line 17.

**16b. Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.
☑ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts.

_____

**17. Are you filing under Chapter 7?**

☐ No.  I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☑ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☑ No
☐ Yes

**18. How many creditors do you estimate that you owe?**

☐ 1-49
☑ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**19. How much do you estimate your assets to be worth?**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☑ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☑ $1,000,001-$10 million
☑ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

| Part 7: | Sign Below |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

✘ /s/ Bradley James Carlson                            ✘ _____
Signature of Debtor 1                                       Signature of Debtor 2

Executed on   02/29/2024                               Executed on _____
MM  /  DD  / YYYY                                           MM  /  DD  / YYYY

Debtor 1    Bradley James Carlson
            _____
            First Name      Middle Name      Last Name

Case number (if known)_____

| **For your attorney, if you are represented by one**<br><br>**If you are not represented by an attorney, you do not need to file this page.** | I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible.  I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect. |
| --- | --- |

✘ /s/ Bradley McCormack
_____
Signature of Attorney for Debtor

Date  02/29/2024
     _____
     MM  /  DD / YYYY

Bradley McCormack
_____
Printed name

Sader Law Firm, LLC
_____
Firm name

2345 Grand Blvd.
_____
Number    Street

Suite 2150
_____

Kansas City                     MO      64108
_____  _____  _____
City                          State    ZIP Code

Contact phone  816-561-1818          Email address  bmccormack@saderlawfirm.com
             _____                  _____

54338                           MO
_____     _____
Bar number                      State

**Fill in this information to identify your case:**

Debtor 1    Bradley James Carlson
First Name    Middle Name    Last Name

Debtor 2
(Spouse, if filing)    First Name    Middle Name    Last Name

United States Bankruptcy Court for the:  Western District of Missouri

Case number _____
(If known)

☐ Check if this is an amended filing

# Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1:    Summarize Your Assets

|  |  | Your assets<br>Value of what you own |
|---|---|---|
| 1. *Schedule A/B: Property* (Official Form 106A/B) | | |
| 1a. Copy line 55, Total real estate, from *Schedule A/B*........................... | | $2,395,000.00 |
| 1b. Copy line 62, Total personal property, from *Schedule A/B*.................... | | $2,096,194.42 |
| 1c. Copy line 63, Total of all property on *Schedule A/B*............................. | | $4,491,194.42 |

### Part 2:    Summarize Your Liabilities

|  |  | Your liabilities<br>Amount you owe |
|---|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | | |
| 2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D* ............ | | $2,238,724.00 |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | | |
| 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F* ............................................ | | $0.00 |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*................................. | + | $8,457,151.00 |
| | **Your total liabilities** | $10,695,875.00 |

### Part 3:    Summarize Your Income and Expenses

| | | |
|---|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I) | | |
| Copy your combined monthly income from line 12 of *Schedule I* ................................................................. | | $5,784.00 |
| 5. *Schedule J: Your Expenses* (Official Form 106J) | | |
| Copy your monthly expenses from line 22c of *Schedule J* ............................................................................ | | $2,718.93 |

Debtor 1    Bradley Carlson

First Name        Middle Name        Last Name

Case number (if known)_____

---

**Part 4:    Answer These Questions for Administrative and Statistical Records**

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ☑ Yes

7. **What kind of debt do you have?**

   ☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☑ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

   $ _____

9. Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $_____ |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $_____ |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $_____ |
| 9d. Student loans. (Copy line 6f.) | $_____ |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $_____ |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | + $_____ |
| 9g. **Total.** Add lines 9a through 9f. | $_____ |

**Fill in this information to identify your case and this filing:**

Debtor 1    Bradley James Carlson
             First Name          Middle Name          Last Name

Debtor 2
(Spouse, if filing)  First Name    Middle Name    Last Name

United States Bankruptcy Court for the:  Western District of
Missouri

Case number _____
(if know)

☐ Check if this is
   an amended
   filing

Official Form 106A/B

# Schedule A/B: Property

**12/15**

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:  Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**
   ☐ No. Go to Part 2
   ☑ Yes. Where is the property?

1.1  4963 Ward Parkway
     Street address, if available, or other description

     _____

     Kansas City MO    64112
     City          State    ZIP Code

     Jackson County
     County

**What is the property?** Check all that apply
☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other_____

**Who has an interest in the property?** Check one
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property:*

**Current value of the entire property?**  **Current value of the portion you own?**
$ 2,395,000.00     $ 2,395,000.00

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

_____

☐ Check if this is community property

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here**................................................................➤  $ 2,395,000.00

## Part 2:  Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**
   ☑ No
   ☐ Yes

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories
   ☐ No
   ☑ Yes

Debtor 1    Bradley James Carlson                                                    Case number (if known) _____
            First Name    Middle Name    Last Name

| | | |
|---|---|---|

**4.1** Make: Vespa

Model: _____

Year: 2020

Other information:

Condition:Good; VIN No.: ZAPM818G6L5801264;

**Who has an interest in the property?** Check one

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property:*

**Current value of the entire property?**    **Current value of the portion you own?**

$ 2,000.00                                 $ 2,000.00

**4.2** Make: Vespa

Model: _____

Year: 2020

Other information:

Condition:Good; VIN NO.: ZAPM818G2L5801200;

**Who has an interest in the property?** Check one

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property:*

**Current value of the entire property?**    **Current value of the portion you own?**

$ 2,000.00                                 $ 2,000.00

**5.** Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here....................................................................................► $ 4,000.00

---

**Part 3:    Describe Your Personal and Household Items**

**Do you own or have any legal or equitable interest in any of the following?**

**Current value of the portion you own?**

**6. Household goods and furnishings**

Do not deduct secured claims or exemptions.

*Examples:* Major appliances, furniture, linens, china, kitchenware

☐ No
☑ Yes. Describe...

Couch set, dining room Set with table and chairs, kitchen appliances; outdoor furniture; 3 mattresses; gun safe; tool chest; 3 electric blowers; 3 grills

$ 18,007.00

**7. Electronics**

*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

☐ No
☑ Yes. Describe...

3 TVs, IPhone

$ 125.00

**8. Collectibles of value**

*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

☐ No
☑ Yes. Describe...

Outdoor Artwork, 2 Paintings

$ 2,750.00

**9. Equipment for sports and hobbies**

*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

☐ No
☑ Yes. Describe...

Snow Ski's(at former business location)

$ 2,000.00

**10. Firearms**

*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

☐ No
☑ Yes. Describe...

3 Handguns(Taurus Judge); Handgun(Smith & Wesson 40mm); Handgun(Smith & Wesson 38mm); Handgun(Beretta 9mm M9A3); Handgun(Beretta 9mm Brigdier); 3 Assault Rifles; 3 Shot Guns; Rifle

$ 6,300.00

Debtor 1     Bradley James Carlson                                          Case number *(if known)* _____
              First Name    Middle Name    Last Name

11. **Clothes**

*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

☐ No
☑ Yes. Describe...

| Clothing | $ 2,500.00 |

12. **Jewelry**

*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems
gold, silver

☐ No
☑ Yes. Describe...

| Rolex Yachtmaster; Rolex Submariner; Breitling Navitimer; Breitiling Bentley | $ 24,194.00 |

13. **Non-farm animals**

*Examples:* Dogs, cats, birds, horses

☑ No
☐ Yes. Describe...

14. **Any other personal and household items you did not already list, including any health aids you did not list**

☑ No
☐ Yes. Give specific information...

15. **Add the dollar value of the portion you own for all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here**.......................................................................➤   | $55,876.00 |

## Part 4:    Describe Your Financial Assets

Do you own or have any legal or equitable interest in any of the following?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

16. **Cash**

*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☑ No
☐ Yes.................................................................................................................   Cash ...........................   $ _____

17. **Deposits of money**

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No
☑ Yes...................                     Institution name:

| 17.1. Checking account: | Bank of America; Acct. No. 2707 | $ 36.66 |
| 17.2. Checking account: | Pinnacle Bank, Acct. No. 4743 - Empirical Prime - Payroll | $ Unknown |
| 17.3. Checking account: | Pinnacle Bank, Acct. No. 4370 - MAG Trucks - Reserve | $ Unknown |
| 17.4. Checking account: | Central Bank, Acct. No. 9724 MAG Trucks | $ Unknown |
| 17.5. Checking account: | Central Bank, Acct. No. 2646 - Empirical Prime | $ Unknown |
| 17.6. Checking account: | Pinnacle Bank, Acct. No. 5922 - Empirical Prime - Operations | $ Unknown |
| 17.7. Checking account: | Pinnacle Bank, Acct. No. 4446 - MAG Trucks - Operations | $ Unknown |
| 17.8. Checking account: | Central Bank, Acct. No. 9678 - APEX Specialty Vehicles | $ Unknown |
| 17.9. Checking account: | Enterprise Bank, Acct. No. 6897 - Payroll - Empirical Prime | $ Unknown |
| 17.10. Checking account: | Enterprise Bank, Acct. No. 6918 - Operations - Empirical Prime | $ Unknown |
| 17.11. Checking account: | Central Bank, Acct. No. 2553 - Reserve - MAG Trucks | $ Unknown |
| 17.12. Checking account: | Enterprise Bank, Acct. No. 6942 - Payroll - APEX Specialty Vehicles | $ Unknown |
| 17.13. Checking account: | Pinnacle Bank, Acct. No. 4727 - MAG Trucks - Payroll | $ Unknown |
| 17.14. Checking account: | Enterprise Bank, Acct. No. 6950 - MAG Trucks | $ Unknown |

Debtor 1   __Bradley James Carlson__   Case number *(if known)* _____
First Name      Middle Name      Last Name

| | | | |
|---|---|---|---|
| 17.15. Checking account: | Enterprise Bank, Acct. No. 6969 - Operations - MAG Trucks | $ | Unknown |
| 17.16. Checking account: | Pinnacle Bank, Acct. No. 2889 - APEX Specialty Vehicles - Operations | $ | Unknown |
| 17.17. Checking account: | Pinnacle Bank, Acct. No. 4735 - APEX Specialty Vehicles - Payroll | $ | Unknown |
| 17.18. Checking account: | Enterprise Bank, Acct. No. 6934 - Operations - APEX Specialty Vehicles | $ | Unknown |
| 17.19. Checking account: | Central Bank, Acct. No. 0601 - Operating - Prime Staffing | $ | Unknown |
| 17.20. Checking account: | Academy Bank Acct. No. 4685 - Operating - Sapphire Capital | $ | Unknown |
| 17.21. Checking account: | Central Bank, Acct. No. 9046 - RPM Driveaway | $ | Unknown |
| 17.22. Checking account: | Central Bank, Acct. No. 4304 - EP Properties III | $ | Unknown |
| 17.23. Checking account: | Pinnacle Bank, Acct. No. 4867 - Operations - RPM Driveaway | $ | Unknown |
| 17.24. Checking account: | Pinnacle Bank, Acct. No. 4693 - Payroll - RPM Driveaway | $ | Unknown |
| 17.25. Checking account: | Central Bank, Acct. No. 9011 - Luxus Builders | $ | Unknown |
| 17.26. Checking account: | Pinnacle Bank, Acct. No. 4701 - Luxus Builders | $ | Unknown |
| 17.27. Checking account: | Central Bank, Acct. No. 0563 - EP Properties I | $ | Unknown |
| 17.28. Checking account: | Central Bank, Acct. No. 4011 - EP Properties II | $ | Unknown |
| 17.29. Checking account: | Enterprise Bank, Acct. No. 5819 - Payroll - Mulungas I | $ | Unknown |
| 17.30. Checking account: | Pinnacle Bank, Acct. No.4875 - Mulungas I | $ | Unknown |
| 17.31. Checking account: | Enterprise Bank, Acct. No. 3493 - Mulungas II | $ | Unknown |
| 17.32. Checking account: | Pinnacle Bank, Acct. No. 4883 -Mulungas II | $ | Unknown |
| 17.33. Other financial account: | UMB; Acct. 6083 | $ | 1,253.00 |
| 17.34. Savings account: | Bank of America, Acct. No. 8246 | $ | 0.00 |
| 17.35. Savings account: | Pinnacle Bank, Acct. No. 4602 - MAG Trucks - Savings | $ | Unknown |
| 17.36. Savings account: | Pinnacle Bank, Acct. No. 4610 - Empirical Prime - Savings | $ | Unknown |
| 17.37. Savings account: | Enterprise Bank, Acct. No. 2926 - Savings- Empirical Prime | $ | Unknown |
| 17.38. Savings account: | Central Bank, Acct. No. 5175- APEX Specialty Vehicles -Savings | $ | Unknown |
| 17.39. Savings account: | Pinnacle Bank, Acct. No. 4735 - APEX Specialty Vehicles -Savings | $ | Unknown |

18. **Bonds, mutual funds, or publicly traded stocks**

   *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

   ☑ No
   ☐ Yes..................

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

   ☐ No
   ☑ Yes. Give specific information about them...........

   Name of entity:                                                    % of ownership:

   Empirical Prime                                                    100      %      $ Unknown

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**

   Negotiable instruments include personal checks, cashiers' checks, promissory notes, and money orders.
   Non-negotiable instruments are those you cannot transfer to someone by signing or delivering them.
   ☑ No
   ☐ Yes. Give specific information about them..........

21. **Retirement or pension accounts**

   *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
   ☑ No
   ☐ Yes. List each account separately

Debtor 1    Bradley James Carlson    Case number *(if known)* _____
            First Name    Middle Name    Last Name

22. **Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company

*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

☒ No
☐ Yes.....................

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

☒ No
☐ Yes.....................

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☒ No
☐ Yes.....................

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☐ No
☒ Yes. Give specific information about them...

Bradley James Carlson (Revocable Trust, Acct. No., Lincoln Financial Group 100 North Greene St, Greensboro, NC 27401; Policy No. T400309174                                                        $ Unknown

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**

*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

☒ No
☐ Yes. Give specific information about them...

27. **Licenses, franchises, and other general intangibles**

*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☒ No
☐ Yes. Give specific information about them...

| **Money or property owed to you?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**

☒ No
☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years...

|  | Federal: | $ 0.00 |
|  | State: | $ 0.00 |
|  | Local: | $ 0.00 |

29. **Family support**

*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☒ No
☐ Yes. Give specific information....

30. **Other amounts someone owes you**

*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

☐ No
☒ Yes. Give specific information....

MAG, Mulungas II, EP Properties II, Empirical Prime, Lusux Builders, RPM Driveaway, APEX Specialty, Mulungas I, Sapphire Capital                                                        $ 2,027,528.76

31. **Interests in insurance policies**

☐ No
☒ Yes. Name the insurance company of each policy and list its value....

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| Protective Life Insurance Co., P.O. Box 12687, Birmingham, AL 35202; Policy No. B01035610 | Bradley Carlson | $ 7,000.00 |

Debtor 1      Bradley James Carlson
        First Name     Middle Name     Last Name                Case number*(if known)* _____

32. **Any interest in property that is due you from someone who has died**

   ☑ No

   ☐ Yes. Give specific information....

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

   ☑ No

   ☐ Yes. Give specific information....

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

   ☑ No

   ☐ Yes. Give specific information....

35. **Any financial assets you did not already list**

   ☐ No

   ☑ Yes. Give specific information...

| Office Equipment | $ 500.00 |

36. **Add the dollar value of the portion you own for all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**................................................................................➤   | $ 2,036,318.42 |

**Part 5:    Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.**

37. **Do you own or have any legal or equitable interest in any business-related property?**

   ☑ No. Go to Part 6.

   ☐ Yes. Go to line 38.

**Part 6:    Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**
              If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

   ☑ No. Go to Part 7.

   ☐ Yes. Go to line 47.

**Part 7:    Describe All Property You Own or Have an Interest in That You Did Not List Above**

53. **Do you have other property of any kind you did not already list?**

   *Examples:* Season tickets, country club membership

   ☑ No

   ☐ Yes. Give specific information...

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ...............................................➤   | $ 0.00 |

**Part 8:    List the Totals of Each Part of this Form**

55. **Part 1: Total real estate, line 2**................................................................................................................➤   | $ 2,395,000.00 |

56. **Part 2: Total vehicles, line 5**     $ 4,000.00

57. **Part 3: Total personal and household items, line 15**     $ 55,876.00

58. **Part 4: Total financial assets, line 36**     $ 2,036,318.42

59. **Part 5: Total business-related property, line 45**     $ 0.00

60. **Part 6: Total farm- and fishing-related property, line 52**     $ 0.00

61. **Part 7: Total other property not listed, line 54**     + $ 0.00

62. **Total personal property. Add lines 56 through 61** ...................   | $ 2,096,194.42 |     Copy personal property total➤   | + $ 2,096,194.42 |

63. **Total of all property on Schedule A/B. Add line 55 + line 62**   | $ 4,491,194.42 |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Bradley James Carlson | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:  Western District of Missouri

Case number _____
(If known)

☐ Check if this is an amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt                     4/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

### Part 1:   Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>Check only one box for each exemption | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: Household Goods - Couch set, dining room Set with table and chairs, kitchen appliances; outdoor furniture; 3 mattresses; gun safe; tool chest; 3 electric blowers; 3 grills<br>Line from *Schedule A/B*: 6 | $ 18,007.00 | ☑ $ 3,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Mo. Rev. Stat. § 513.430 1.(1) |
| Brief description: Collectibles Of Value - Outdoor Artwork, 2 Paintings<br>Line from *Schedule A/B*: 8 | $ 2,750.00 | ☑ $ 600.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Mo. Rev. Stat. § 513.430.1(3) |
| Brief description: Firearms - 3 Handguns(Taurus Judge); Handgun(Smith & Wesson 40mm); Handgun(Smith & Wesson 38mm); Handgun(Beretta 9mm M9A3); Handgun(Beretta 9mm Brigdier); 3 Assault Rifles; 3 Shot Guns; Rifle<br>Line from *Schedule A/B*: 10 | $ 6,300.00 | ☑ $ 1,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 513.430. 1.(12) |

3. **Are you claiming a homestead exemption of more than $189,050?**

   (Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☑ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

       ☐ No

       ☐ Yes

Debtor      Bradley James Carlson
            First Name    Middle Name    Last Name                    Case number *(if known)*_____

| Part 2: | Additional Page |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from Schedule A/B | Amount of the exemption you claim<br><br>Check only one box for each exemption | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: Jewelry - Rolex Yachtmaster; Rolex Submariner; Breitling Navitimer; Breitling Bentley<br><br>Line from *Schedule A/B*: 12 | $ 24,194.00 | ☑ $ 500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Mo. Rev. Stat. § 513.430 1.(2) |
| Brief description:<br><br>Line from *Schedule A/B*: | $_____ | ☐ $_____<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:<br><br>Line from *Schedule A/B*: | $_____ | ☐ $_____<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:<br><br>Line from *Schedule A/B*: | $_____ | ☐ $_____<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:<br><br>Line from *Schedule A/B*: | $_____ | ☐ $_____<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:<br><br>Line from *Schedule A/B*: | $_____ | ☐ $_____<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:<br><br>Line from *Schedule A/B*: | $_____ | ☐ $_____<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:<br><br>Line from *Schedule A/B*: | $_____ | ☐ $_____<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:<br><br>Line from *Schedule A/B*: | $_____ | ☐ $_____<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:<br><br>Line from *Schedule A/B*: | $_____ | ☐ $_____<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:<br><br>Line from *Schedule A/B*: | $_____ | ☐ $_____<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:<br><br>Line from *Schedule A/B*: | $_____ | ☐ $_____<br>☐ 100% of fair market value, up to any applicable statutory limit | |

**Fill in this information to identify your case:**

Debtor 1    Bradley James Carlson
    First Name     Middle Name     Last Name

Debtor 2
(Spouse, if filing)   First Name     Middle Name     Last Name

United States Bankruptcy Court for the:  Western District of Missouri

Case number
(if know)

☐ Check if this is
an amended
filing

## Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. **Do any creditors have claims secured by your property?**
   - ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   - ☑ Yes. Fill in all of the information below.

**Part 1:**   List All Secured Claims

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A<br>**Amount of claim** Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion** If any |
|---|---|---|---|
| **2.1** | $ 2,238,724.00 | $ 2,395,000.00 | $ 0.00 |

**Describe the property that secures the claim:** $ 2,238,724.00 / $ 2,395,000.00 / $ 0.00

Pinnacle Bank
Creditor's Name

P.O. Box 461209
Number     Street

Papillion NE    68046
City    State    ZIP Code

**Who owes the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

- ☐ **Check if this claim relates to a community debt**

**Date debt was incurred** <u>12-21-2022</u>

4963 Ward Parkway, Kansas City, MO 64112 - $2,395,000.00

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☑ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

**Last 4 digits of account number** 1222

| Add the dollar value of your entries in Column A on this page. Write that number here: | $ 2,238,724.00 |
|---|---|

**Part 2:**   List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

**Fill in this information to identify your case:**

Debtor 1    Bradley James Carlson
First Name    Middle Name    Last Name

Debtor 2
(Spouse, if filing)   First Name    Middle Name    Last Name

United States Bankruptcy Court for the:  Western District of Missouri

Case number
(if know)

☐ Check if this is
an amended
filing

Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

**Part 1:    List All of Your PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims against you?**
   ☑ **No. Go to Part 2.**
   ☐ **Yes.**

**Part 2:    List All of Your NONPRIORITY Unsecured Claims**

3. **Do any creditors have nonpriority unsecured claims against you?**
   ☐ No. You have nothing else to report in this part. Submit to the court with your other schedules.
   ☑ Yes. Fill in all of the information below.

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

| | | **Total claim** |
|---|---|---|

| 4.1 | 1st State | Last 4 digits of account number | $ 0.00 |
|---|---|---|---|

**1st State**
Nonpriority Creditor's Name
**206 North 5th Street**
Number     Street
**Saint Charles MO     63301**

City     State   ZIP Code

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**When was the debt incurred?**  01-04-2021

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify

| 4.2 | American Express | Last 4 digits of account number  1858 | $ 11,992.00 |
|---|---|---|---|

**American Express**
Nonpriority Creditor's Name

P.O. Box 297871

Number                Street
Fort Lauderdale FL        33329

City            State    ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**  1858
**When was the debt incurred?**  06-05-2017

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Credit Card Debt

$ 11,992.00

---

**4.3**

**American Express**
Nonpriority Creditor's Name

P.O. Box 297871

Number                Street
Fort Lauderdale FL        33329

City            State    ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**  2959
**When was the debt incurred?**  12-30-2023

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Credit Card Debt

$ 820.00

---

**4.4**

**American Express**
Nonpriority Creditor's Name

P.O. Box 297871

Number                Street
Fort Lauderdale FL        33329

City            State    ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**  7904
**When was the debt incurred?**  10-26-2007

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Credit Card Debt

$ 0.00

| 4.5 | APEX Specialty Vehicles, LLC | Last 4 digits of account number _____ | $ 0.00 |

**4.5**

APEX Specialty Vehicles, LLC
Nonpriority Creditor's Name

601 NW Jefferson Street
Number                Street
Blue Springs MO    64014
City          State     ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify

$ 0.00

---

**4.6**

Bank of America
Nonpriority Creditor's Name

P.O. Box 2240
Number                Street
Brea   CA     92822
City          State     ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** 1959

**When was the debt incurred?** 03-19-2016

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify

$ 0.00

---

**4.7**

Bank of America
Nonpriority Creditor's Name

1825 E Buckeye Rd
Number                Street
Phoenix AZ    85034
City          State     ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** 0182

**When was the debt incurred?** 10-27-2015

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Credit Card Debt

$ 0.00

Debtor    Bradley James Carlson
First Name    Middle Name    Last Name

| 4.8 | Capital One | **Last 4 digits of account number** 3543 | $ 0.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**When was the debt incurred?** 10-26-2023

11013 W Broad St

Number        Street

**As of the date you file, the claim is:** Check all that apply.

Glen Allen VA      23060

☐ Contingent

City      State    ZIP Code

☐ Unliquidated

**Who owes the debt?** Check one.

☐ Disputed

☑ Debtor 1 only

☐ Debtor 2 only

**Type of NONPRIORITY unsecured claim:**

☐ Debtor 1 and Debtor 2 only

☐ Student loans

☐ At least one of the debtors and another

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ **Check if this claim relates to a community debt**

☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

☑ Other. Specify  Credit Card Debt

☑ No

☐ Yes

| 4.9 | Carlson Custom House, LLC | **Last 4 digits of account number** | $ 0.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**When was the debt incurred?** _____

1000 Walnut Street

Number        Street

**As of the date you file, the claim is:** Check all that apply.

Suite 1400

☐ Contingent

☐ Unliquidated

Kansas City MO    64106

☑ Disputed

City      State    ZIP Code

**Who owes the debt?** Check one.

**Type of NONPRIORITY unsecured claim:**

☑ Debtor 1 only

☐ Student loans

☐ Debtor 2 only

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ **Check if this claim relates to a community debt**

☑ Other. Specify

**Is the claim subject to offset?**

☑ No

☐ Yes

| 4.10 | Carlson Estate, LLC | **Last 4 digits of account number** | $ 0.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**When was the debt incurred?** _____

1000 Walnut Street

Number        Street

**As of the date you file, the claim is:** Check all that apply.

Suite 1400

☐ Contingent

☐ Unliquidated

Kansas City MO    64106

☑ Disputed

City      State    ZIP Code

**Who owes the debt?** Check one.

**Type of NONPRIORITY unsecured claim:**

☑ Debtor 1 only

☐ Student loans

☐ Debtor 2 only

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ **Check if this claim relates to a community debt**

☑ Other. Specify

**Is the claim subject to offset?**

☑ No

☐ Yes

| 4.11 | Citi | Last 4 digits of account number  0621 | $ 0.00 |
|---|---|---|---|

**Nonpriority Creditor's Name**

P.O. Box 6241
Number          Street
Sioux Falls SD     57117
City          State     ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim relates to a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**When was the debt incurred?** 12-03-2020

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Credit Card Debt

| 4.12 | Discover Bank | Last 4 digits of account number  5521 | $ 1,478.00 |
|---|---|---|---|

**Nonpriority Creditor's Name**

PO Box 15316
Number          Street
Wilmington DE     19850
City          State     ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim relates to a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**When was the debt incurred?** 11-30-2023

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Credit Card Debt

| 4.13 | Discover Bank | Last 4 digits of account number  3171 | $ 29,011.00 |
|---|---|---|---|

**Nonpriority Creditor's Name**

PO Box 15316
Number          Street
Wilmington DE     19850
City          State     ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim relates to a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**When was the debt incurred?** 02-22-2007

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Credit Card Debt

Debtor    Bradley James Gordon

First Name    Middle Name    Last Name

---

**4.14** | Dm/First State Bank Of

Nonpriority Creditor's Name

206 N 5th St

Number          Street

Saint Charles MO    63301

City          State    ZIP Code

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**  7739

**When was the debt incurred?**  01-04-2021

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify

$ 0.00

---

**4.15** | Empirical Prime, LLC

Nonpriority Creditor's Name

3320 S. Outer Belt Rd.

Number          Street

Grain Valley MO    64029

City          State    ZIP Code

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify

$ 0.00

---

**4.16** | Enterprise Bank & Trust

Nonpriority Creditor's Name

4963 Ward Parkway

Number          Street

Kansas City MO    64112

City          State    ZIP Code

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify

$ 8,276,172.00

---

| 4.17 | EP Builders | Last 4 digits of account number _____ | $ 0.00 |

EP Builders
Nonpriority Creditor's Name

1000 West Street
Number          Street
Suite 1200

Wilmington DE    19801
City        State    ZIP Code

**Who owes the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify

---

| 4.18 | EP Capital | Last 4 digits of account number _____ | $ 0.00 |

EP Capital
Nonpriority Creditor's Name

3320 S. Outer Belt Rd.
Number          Street
Grain Valley MO    64029

City        State    ZIP Code

**Who owes the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify

---

| 4.19 | EP Captives, LLC | Last 4 digits of account number _____ | $ 0.00 |

EP Captives, LLC
Nonpriority Creditor's Name

3320 S. Outer Belt Rd.
Number          Street
Grain Valley MO    64029

City        State    ZIP Code

**Who owes the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify

| 4.20 | EP Dealerships III LLC | Last 4 digits of account number ____ ____ ____ ____ | $ 0.00 |

**EP Dealerships III LLC**
Nonpriority Creditor's Name

1000 Walnut Street
Number          Street
Suite 1400

Kansas City MO    64106
City        State    ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** ____ ____ ____ ____
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify

$ 0.00

---

| 4.21 | EP Dealerships I LLC | | $ 0.00 |

**EP Dealerships I LLC**
Nonpriority Creditor's Name

1000 Walnut Street
Number          Street
Suite 1400

Kansas City MO    64106
City        State    ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** ____ ____ ____ ____
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify

---

| 4.22 | EP Dealerships LLC | | $ 0.00 |

**EP Dealerships LLC**
Nonpriority Creditor's Name

1000 Walnut Street
Number          Street
Suite 1400

Kansas City MO    64106
City        State    ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** ____ ____ ____ ____
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify

| 4.23 | EP Developers | | **Last 4 digits of account number** _____ | $ 0.00 |

**Nonpriority Creditor's Name**

1000 Walnut Street

Number     Street

Suite 1400

Kansas City MO    64106

City     State    ZIP Code

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify

---

| 4.24 | EP Manufacturing, LLC | | **Last 4 digits of account number** | $ 0.00 |

**Nonpriority Creditor's Name**

1000 Walnut Street

Number     Street

Suite 1400

Kansas City MO    64106

City     State    ZIP Code

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify

---

| 4.25 | EP Properties III, LLC | | **Last 4 digits of account number** | $ 0.00 |

**Nonpriority Creditor's Name**

1000 Walnut Street

Number     Street

Suite 1400

Kansas City MO    64106

City     State    ZIP Code

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify

**4.26**

EP Properties II, LLC
_____
Nonpriority Creditor's Name

1000 Walnut Street
_____
Number      Street

Suite 1400
_____

Kansas City MO   64106
_____
City          State   ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify

$ 0.00

---

**4.27**

EP Properties I, LLC
_____
Nonpriority Creditor's Name

1000 Walnut Street
_____
Number      Street

Suite 1400
_____

Kansas City MO   64106
_____
City          State   ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify

$ 0.00

---

**4.28**

EP Protective Service III, LLC
_____
Nonpriority Creditor's Name

1000 Walnut Street
_____
Number      Street

Suite 1400
_____

Kansas City MO   64106
_____
City          State   ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify

$ 0.00

| 4.29 | EP Protective Service II, LLC | | | | | | $ 0.00 |

**EP Protective Service II, LLC**
Nonpriority Creditor's Name

1000 Walnut Street
Number    Street
Suite 1400

Kansas City MO    64106
City    State    ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** _____
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify

$ 0.00

---

| 4.30 | EP Protective Service I, LLC | | | | | | $ 0.00 |

**EP Protective Service I, LLC**
Nonpriority Creditor's Name

1000 Walnut Street
Number    Street
Suite 1400

Kansas City MO    64106
City    State    ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** _____
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify

$ 0.00

---

| 4.31 | First State Bank of St. Charles | | | | | | $ 0.00 |

**First State Bank of St. Charles**
Nonpriority Creditor's Name

206 N 5th Street
Number    Street

St Charles MO    63301
City    State    ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** 0121
**When was the debt incurred?** 01-04-2021

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify

$ 0.00

Debtor   Bradley James Colson
         First Name   Middle Name   Last Name

| 4.32 | Fleet Protection Services, LLC | | Last 4 digits of account number _____ | $ 0.00 |

**4.32**

Fleet Protection Services, LLC
Nonpriority Creditor's Name

1000 Walnut Street
Number          Street
Suite 1400

Kansas City MO    64106
City          State      ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify

$ 0.00

---

**4.33**

Force Construction, LLC
Nonpriority Creditor's Name

1000 Walnut Street
Number          Street
Suite 1400

Kansas City MO    64106
City          State      ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify

$ 0.00

---

**4.34**

Ford Motor Credit
Nonpriority Creditor's Name

P.O. Box 105704
Number          Street
Atlanta GA    30348
City          State      ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** 7674

**When was the debt incurred?** 05-02-2018

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify

$ 0.00

---

Debtor    Bradley James Belton
Case 24-40281-can7    Doc 1    Filed 02/29/24    Entered 02/29/24 11:44:40    Desc Main
Document    Page 31 of 78

**4.35**

Home National Bank
Nonpriority Creditor's Name

7450 Huntington Pk Dr
Number    Street
Columbus OH    43235
City    State    ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**  5770

**When was the debt incurred?**  05-13-2018

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify

$ 0.00

---

**4.36**

Iroquois
Nonpriority Creditor's Name

201 E Cherry
Number    Street
Watseka IL    60970
City    State    ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**  4442

**When was the debt incurred?**  09-08-2017

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify

$ 0.00

---

**4.37**

JP Morgan Chase Bank, N.A.
Nonpriority Creditor's Name

P.O. Box 15369
Number    Street
Wilmington DE    19850
City    State    ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**  7382

**When was the debt incurred?**  08-27-2009

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Credit Card Debt

$ 65,393.00

Debtor   Bradley James Colson _____   Case number (if known) _____
First Name   Middle Name   Last Name

| 4.38 | JP Morgan Chase Bank, N.A. | Last 4 digits of account number  8417 | $ 0.00 |
|---|---|---|---|

Nonpriority Creditor's Name

P.O. Box 15369
_____
Number         Street

Wilmington DE    19850
_____
City      State     ZIP Code

**Who owes the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**When was the debt incurred?**  12-30-2023

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  Credit Card Debt

---

| 4.39 | Lumus Graphics, LLC | Last 4 digits of account number | $ 0.00 |
|---|---|---|---|

Nonpriority Creditor's Name

1000 Walnut Street
_____
Number         Street

Suite 1400

Kansas City MO    64106
_____
City      State     ZIP Code

**Who owes the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify

---

| 4.40 | Luxus Builders, LLC | Last 4 digits of account number | $ 0.00 |
|---|---|---|---|

Nonpriority Creditor's Name

1000 Walnut Street
_____
Number         Street

Suite 1400

Kansas City MO    64106
_____
City      State     ZIP Code

**Who owes the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify

| 4.41 | MAG Trucks, LLC | Last 4 digits of account number _____ | $ 0.00 |

**MAG Trucks, LLC**
Nonpriority Creditor's Name

1000 Walnut Street
Number        Street

Suite 1400

Kansas City MO    64106
City        State    ZIP Code

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify

$ 0.00

---

| 4.42 | Mulungas III, LLC |

**Mulungas III, LLC**
Nonpriority Creditor's Name

1000 Walnut Street
Number        Street

Suite 1400

Kansas City MO    64106
City        State    ZIP Code

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify

$ 0.00

---

| 4.43 | Mulungas II, LLC |

**Mulungas II, LLC**
Nonpriority Creditor's Name

1000 Walnut Street
Number        Street

Suite 1400

Kansas City MO    64106
City        State    ZIP Code

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify

$ 0.00

---

| 4.44 | Mulungas I, LLC |
|------|-----------------|

**Nonpriority Creditor's Name**

1000 Walnut Street

Number     Street
Suite 1400

Kansas City MO    64106

City     State    ZIP Code

**Who owes the debt?** Check one.

- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify

$ 0.00

---

| 4.45 | Prime Staffing, LLC |
|------|---------------------|

**Nonpriority Creditor's Name**

1000 Walnut Street

Number     Street
Suite 1400

Kansas City MO    64106

City     State    ZIP Code

**Who owes the debt?** Check one.

- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify

$ 0.00

---

| 4.46 | RPM Driveaway, LLC |
|------|--------------------|

**Nonpriority Creditor's Name**

601 NW Jefferson Street

Number     Street
Blue Springs MO    64014

City     State    ZIP Code

**Who owes the debt?** Check one.

- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify

$ 0.00

| 4.47 | Sapphire Capital, LLC | | Last 4 digits of account number _____ | | $ 0.00 |

**Sapphire Capital, LLC**
Nonpriority Creditor's Name

1000 Walnut Street
Number          Street

Suite 1400

Kansas City MO    64106
City        State    ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** _____
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify

$ 0.00

---

| 4.48 | Toronto-Dominion Bank Auto Finance | | | | $ 72,285.00 |

**Toronto-Dominion Bank Auto Finance**
Nonpriority Creditor's Name

P.O. Box 9223
Number          Street

Farmington MI    48333
City        State    ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** 8079
**When was the debt incurred?** 12/06/2022

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify

---

| 4.49 | Truist | | | | $ 0.00 |

**Truist**
Nonpriority Creditor's Name

P.O. Box 486
Number          Street

Whiteville NC    28472
City        State    ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** 1051
**When was the debt incurred?** 10-07-2020

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify

---

**Part 3:    List Others to Be Notified About a Debt That You Already Listed**

5. **Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.**

Bk Of Amer
Creditor's Name

P.O. Box 2240
Number          Street

Brea   CA    92822
City        State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line 4.6 of (Check one):
- [ ] Part 1: Creditors with Priority Unsecured Claims
- [x] Part 2: Creditors with Nonpriority Unsecured

**Last 4 digits of account number** 2865

Bk Of Amer
Creditor's Name

P.O. Box 2240
Number          Street

Brea    CA    92822
City    State   ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

**Line** _4.6_ of *(Check one):*

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** 4563

---

Brent King; B Riley Advisory Services
Creditor's Name

2405 Grand Boulevard
Number          Street

Suite 1210

Kansas City MO    64108
City    State   ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

**Line** _4.41_ of *(Check one):*

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**

---

Brent King; B Riley Advisory Services
Creditor's Name

2405 Grand Boulevard
Number          Street

Suite 1210

Kansas City MO    64108
City    State   ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

**Line** _4.24_ of *(Check one):*

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**

---

Brent King; B Riley Advisory Services
Creditor's Name

2405 Grand Boulevard
Number          Street

Suite 1210

Kansas City MO    64108
City    State   ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

**Line** _4.44_ of *(Check one):*

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**

---

Brent King; B Riley Advisory Services
Creditor's Name

2405 Grand Boulevard
Number          Street

Suite 1210

Kansas City MO    64108
City    State   ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

**Line** _4.15_ of *(Check one):*

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**

---

Brent King; B Riley Advisory Services
Creditor's Name

2405 Grand Boulevard
Number          Street

Suite 1210

Kansas City MO    64108
City    State   ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

**Line** _4.5_ of *(Check one):*

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**

---

Brent King; B Riley Advisory Services
Creditor's Name

2405 Grand Boulevard
Number          Street

Suite 1210

Kansas City MO    64108
City    State   ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

**Line** _4.43_ of *(Check one):*

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**

| | |
|---|---|
| **Bryan Cave Leighton Paisner, LLP**<br>Creditor's Name<br>**Attn: Jenifer L. Berhorst**<br>Number          Street<br>**1200 Main Street, Suite 3800**<br><br>**Kansas City MO     64105**<br>City       State    ZIP Code | **On which entry in Part 1 or Part 2 did you list the original creditor?**<br>**Line** 4.16 **of** *(Check one):*<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured<br>Claims<br>**Last 4 digits of account number** |
| **Christopher J. Redmond, Redmond Law Firm, LLC**<br>Creditor's Name<br>**6731 W. 121st Street**<br>Number          Street<br>**Suite 226**<br><br>**Shawnee Mission KS     66209**<br>City       State    ZIP Code | **On which entry in Part 1 or Part 2 did you list the original creditor?**<br>**Line** 4.41 **of** *(Check one):*<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured<br>Claims<br>**Last 4 digits of account number** |
| **Christopher J. Redmond, Redmond Law Firm, LLC**<br>Creditor's Name<br>**6731 W. 121st Street**<br>Number          Street<br>**Suite 226**<br><br>**Shawnee Mission KS     66209**<br>City       State    ZIP Code | **On which entry in Part 1 or Part 2 did you list the original creditor?**<br>**Line** 4.24 **of** *(Check one):*<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured<br>Claims<br>**Last 4 digits of account number** |
| **Christopher J. Redmond, Redmond Law Firm, LLC**<br>Creditor's Name<br>**6731 W. 121st Street**<br>Number          Street<br>**Suite 226**<br><br>**Shawnee Mission KS     66209**<br>City       State    ZIP Code | **On which entry in Part 1 or Part 2 did you list the original creditor?**<br>**Line** 4.44 **of** *(Check one):*<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured<br>Claims<br>**Last 4 digits of account number** |
| **Christopher J. Redmond, Redmond Law Firm, LLC**<br>Creditor's Name<br>**6731 W. 121st Street**<br>Number          Street<br>**Suite 226**<br><br>**Shawnee Mission KS     66209**<br>City       State    ZIP Code | **On which entry in Part 1 or Part 2 did you list the original creditor?**<br>**Line** 4.15 **of** *(Check one):*<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured<br>Claims<br>**Last 4 digits of account number** |
| **Christopher J. Redmond, Redmond Law Firm, LLC**<br>Creditor's Name<br>**6731 W. 121st Street**<br>Number          Street<br>**Suite 226**<br><br>**Shawnee Mission KS     66209**<br>City       State    ZIP Code | **On which entry in Part 1 or Part 2 did you list the original creditor?**<br>**Line** 4.5 **of** *(Check one):*<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured<br>Claims<br>**Last 4 digits of account number** |
| **Christopher J. Redmond, Redmond Law Firm, LLC**<br>Creditor's Name<br>**6731 W. 121st Street**<br>Number          Street<br>**Suite 226**<br><br>**Shawnee Mission KS     66209**<br>City       State    ZIP Code | **On which entry in Part 1 or Part 2 did you list the original creditor?**<br>**Line** 4.43 **of** *(Check one):*<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured<br>Claims<br>**Last 4 digits of account number** |

**Part 4:**    **Add the Amounts for Each Type of Unsecured Claim**

6. **Total the amounts of certain types of unsecured claims.** This information is for statistical reporting purposes only. 28 U.S.C. § 159.
   Add the amounts for each type of unsecured claim.

|  | | Total claim |
|---|---|---|
| **Total claims from Part 1** | 6a. **Domestic support obligations** | 6a. $ 0.00 |
| | 6b. **Taxes and certain other debts you owe the government** | 6b. $ 0.00 |
| | 6c. **Claims for death or personal injury while you were intoxicated** | 6c. $ 0.00 |
| | 6d. **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. $ 0.00 |
| | 6e. **Total.** Add lines 6a through 6d. | 6e. $ 0.00 |

|  | | Total claim |
|---|---|---|
| **Total claims from Part 2** | 6f. **Student loans** | 6f. $ 0.00 |
| | 6g. **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. $ 0.00 |
| | 6h. **Debts to pension or profit-sharing plans, and other similar debts** | 6h. $ 0.00 |
| | 6i. **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. $ 8,457,151.00 |
| | 6j. **Total.** Add lines 6f through 6i. | 6j. $ 8,457,151.00 |

**Fill in this information to identify your case:**

Debtor 1    Bradley James Carlson
_____
First Name          Middle Name          Last Name

Debtor 2
(Spouse, if filing) _____
First Name          Middle Name          Last Name

United States Bankruptcy Court for the:  Western District of Missouri

Case number _____
(if know)

☐ Check if this is
an amended
filing

Official Form 106G

# Schedule G: Executory Contracts and Unexpired Leases    12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).**

1.  **Do you have any executory contracts or unexpired leases?**

    ☑ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.

    ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on Schedule A/B: Property (Official Form 106A/B).

2.  **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).**  See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|
|  |  |

**Fill in this information to identify your case:**

Debtor 1    Bradley James Carlson
            First Name        Middle Name              Last Name

Debtor 2
(Spouse, if filing)  First Name    Middle Name          Last Name

United States Bankruptcy Court for the:  Western District of Missouri

Case number
(if know)

☐ Check if this is
an amended
filing

Official Form 106H

# Schedule H: Your Codebtors

**12/15**

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1. **Do you have any codebtors?**  (If you are filing a joint case, do not list either spouse as a codebtor.)
   ☐ No
   ☑ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?**  (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)
   ☑ No. Go to line 3.
   ☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

3. **In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|
| **3.1** Empirical Prime LLC fka Force Midwest, LLC<br>Name<br>4963 Ward Parkway<br>Street<br>Kansas City          MO      64112<br>City              State    ZIP Code | ☐ Schedule D, line ____<br>☑ Schedule E/F, line  4.16<br>☐ Schedule G, line ____ |
| **3.2** Mulugas I<br>Name<br>4963 Ward Parkway<br>Street<br>Kansas City          MO      64112<br>City              State    ZIP Code | ☐ Schedule D, line ____<br>☑ Schedule E/F, line  4.16<br>☐ Schedule G, line ____ |
| **3.3** MulungasII<br>Name<br>4963 Ward Parkway<br>Street<br>Kansas City          MO      64112<br>City              State    ZIP Code | ☐ Schedule D, line ____<br>☑ Schedule E/F, line  4.16<br>☐ Schedule G, line ____ |
| **3.4** APEX<br>Name<br>4963 Ward Parkway<br>Street<br>Kansas City          MO      64112<br>City              State    ZIP Code | ☐ Schedule D, line ____<br>☑ Schedule E/F, line  4.16<br>☐ Schedule G, line ____ |

Debtor    Bradley James Cayton

| 3.5 | MAG | | | | ☐ Schedule D, line _____ |
|---|---|---|---|---|---|
| | Name | | | | ☑ Schedule E/F, line 4.16 |
| | 4963 Ward Parkway | | | | ☐ Schedule G, line _____ |
| | Street | | | | |
| | Kansas City | MO | 64112 | | |
| | City | State | ZIP Code | | |

| 3.6 | EP Manufactural | | | | ☐ Schedule D, line _____ |
|---|---|---|---|---|---|
| | Name | | | | ☑ Schedule E/F, line 4.16 |
| | 4963 Ward Parkway | | | | ☐ Schedule G, line _____ |
| | Street | | | | |
| | Kansas City | MO | 64112 | | |
| | City | State | ZIP Code | | |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Bradley James Carlson |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | Western District of Missouri |
| Case number (If known) | _____ |

Check if this is:

☐ An amended filing

☑ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD / YYYY

Official Form 106I

# Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:  Describe Employment

| 1. Fill in your employment information. | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| If you have more than one job, attach a separate page with information about additional employers. | **Employment status** | ☑ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
| Include part-time, seasonal, or self-employed work. | **Occupation** | Owner | |
| Occupation may include student or homemaker, if it applies. | **Employer's name** | Sapphire Automotive Group LLC | |
| | **Employer's address** | 4741 Central St PMB 515 | |
| | | Number    Street | Number    Street |
| | | | |
| | | Kansas City, MO 64112 | |
| | | City    State    ZIP Code | City    State    ZIP Code |
| | **How long employed there?** | | |

## Part 2:  Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ 8,333.35 | $_____ |
| 3. **Estimate and list monthly overtime pay.** | 3. | + $ 0.00 | + $_____ |
| 4. **Calculate gross income.** Add line 2 + line 3. | 4. | $ 8,333.35 | $_____ |

Debtor 1    Bradley James Carlson
  First Name  Middle Name  Last Name

Case number *(if known)* _____

|  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|
| Copy line 4 here ................................................ ➔ 4. | $ 8,333.35 | $ _____ |

**5. List all payroll deductions:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $ 1,890.16 | $ _____ |
| 5b. **Mandatory contributions for retirement plans** | 5b. | $ 0.00 | $ _____ |
| 5c. **Voluntary contributions for retirement plans** | 5c. | $ 0.00 | $ _____ |
| 5d. **Required repayments of retirement fund loans** | 5d. | $ 0.00 | $ _____ |
| 5e. **Insurance** | 5e. | $ 659.19 | $ _____ |
| 5f. **Domestic support obligations** | 5f. | $ 0.00 | $ _____ |
| 5g. **Union dues** | 5g. | $ 0.00 | $ _____ |
| 5h. **Other deductions.** Specify: _____ | 5h. + | $ 0.00 | + $ _____ |
| | | $ _____ | $ _____ |
| | | $ _____ | $ _____ |
| | | $ _____ | $ _____ |
| | | $ _____ | $ _____ |
| 6. **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g + 5h. | 6. | $ 2,549.34 | $ _____ |
| 7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ 5,784.00 | $ _____ |

**8. List all other income regularly received:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 8a. **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | $ _____ |
| 8b. **Interest and dividends** | 8b. | $ 0.00 | $ _____ |
| 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ _____ |
| 8d. **Unemployment compensation** | 8d. | $ 0.00 | $ _____ |
| 8e. **Social Security** | 8e. | $ 0.00 | $ _____ |
| 8f. **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____ | 8f. | $ 0.00 | $ _____ |
| 8g. **Pension or retirement income** | 8g. | $ 0.00 | $ _____ |
| 8h. **Other monthly income.** Specify: _____ | 8h. + | $ 0.00 | + $ _____ |
| 9. **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h. | 9. | $ 0.00 | $ _____ |

| 10. **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ 5,784.00 | + | $ _____ | = | $ 5,784.00 |

**11. State all other regular contributions to the expenses that you list in *Schedule J.***

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*

Specify: _____ 11. + $ _____

**12. Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Your Assets and Liabilities and Certain Statistical Information,* if it applies    12. | $ 5,784.00

**Combined monthly income**

**13. Do you expect an increase or decrease within the year after you file this form?**

☐ No.   No longer taking a salary

☑ Yes. Explain:

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Bradley James Carlson |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | Western District of Missouri |
| | (State) |
| Case number | |
| (If known) | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

Official Form 106J

# Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Describe Your Household

1. **Is this a joint case?**

   ☑ No.  Go to line 2.

   ☐ Yes. **Does Debtor 2 live in a separate household?**

      ☐ No

      ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2.*

2. **Do you have dependents?**    ☑ No

   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents' names.

   ☐ Yes. Fill out this information for each dependent.........................

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**    ☑ No    ☐ Yes

## Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | | Your expenses |
|---|---|---|
| 4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. | $ 200.00 |
| **If not included in line 4:** | | |
| 4a. Real estate taxes | 4a. | $ 0.00 |
| 4b. Property, homeowner's, or renter's insurance | 4b. | $ 0.00 |
| 4c. Home maintenance, repair, and upkeep expenses | 4c. | $ 0.00 |
| 4d. Homeowner's association or condominium dues | 4d. | $ 0.00 |

| Debtor 1 | Bradley James Carlson | Case number *(if known)* |
|---|---|---|
| | First Name    Middle Name    Last Name | |

|  | | **Your expenses** |
|---|---|---|

5. **Additional mortgage payments for your residence**, such as home equity loans     5.   $ _____ 0.00

6. **Utilities:**

    6a.   Electricity, heat, natural gas     6a.   $ _____ 0.00

    6b.   Water, sewer, garbage collection     6b.   $ _____ 0.00

    6c.   Telephone, cell phone, Internet, satellite, and cable services     6c.   $ _____ 129.93

    6d.   Other. Specify: _____     6d.   $ _____ 0.00

7. **Food and housekeeping supplies**     7.   $ _____ 400.00

8. **Childcare and children's education costs**     8.   $ _____ 0.00

9. **Clothing, laundry, and dry cleaning**     9.   $ _____ 400.00

10. **Personal care products and services**     10.   $ _____ 460.00

11. **Medical and dental expenses**     11.   $ _____ 229.00

12. **Transportation.** Include gas, maintenance, bus or train fare.
Do not include car payments.     12.   $ _____ 250.00

13. **Entertainment, clubs, recreation, newspapers, magazines, and books**     13.   $ _____ 0.00

14. **Charitable contributions and religious donations**     14.   $ _____ 0.00

15. **Insurance.**
Do not include insurance deducted from your pay or included in lines 4 or 20.

    15a.   Life insurance     15a.   $ _____ 0.00

    15b.   Health insurance     15b.   $ _____ 0.00

    15c.   Vehicle insurance     15c.   $ _____ 0.00

    15d.   Other insurance. Specify: _____     15d.   $ _____ 0.00

16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20.
Specify: _____     16.   $ _____ 0.00

17. **Installment or lease payments:**

    17a.   Car payments for Vehicle 1     17a.   $ _____ 0.00

    17b.   Car payments for Vehicle 2     17b.   $ _____ 0.00

    17c.   Other. Specify: _____     17c.   $ _____ 0.00

    17d.   Other. Specify: _____     17d.   $ _____ 0.00

18. **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).**     18.   $ _____ 0.00

19. **Other payments you make to support others who do not live with you.**
Specify: _____     19.   $ _____ 0.00

20. **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.***

    20a.   Mortgages on other property     20a.   $ _____ 0.00

    20b.   Real estate taxes     20b.   $ _____ 0.00

    20c.   Property, homeowner's, or renter's insurance     20c.   $ _____ 0.00

    20d.   Maintenance, repair, and upkeep expenses     20d.   $ _____ 0.00

    20e.   Homeowner's association or condominium dues     20e.   $ _____ 0.00

| Debtor 1 | Bradley James Carlson | | | Case number *(if known)* _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| | | | | | |
|---|---|---|---|---|---|
| 21. | **Other**. Specify:_____ | | 21. | +$ | 0.00 |
| | utilities at apartment | | | +$ | 650.00 |
| | _____ | | | +$ | _____ |

22. **Calculate your monthly expenses.**

| | | | |
|---|---|---|---|
| 22a. Add lines 4 through 21. | | 22a. | $ 2,718.93 |
| 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 22c. Add line 22a | | 22b. | $ _____ |
| and 22b. The result is your monthly expenses. | | 22c. | $ 2,718.93 |

23. **Calculate your monthly net income.**

| | | | |
|---|---|---|---|
| 23a. Copy line 12 (*your combined monthly income*) from *Schedule I.* | | 23a. | $ 5,784.00 |
| 23b. Copy your monthly expenses from line 22c above. | | 23b. | − $ 2,718.93 |
| 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | | 23c. | $ 3,065.07 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.
☐ Yes.    Explain here:

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Bradley James Carlson |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name          Middle Name          Last Name |

United States Bankruptcy Court for the Western District of Missouri

Case number
(If known)    _____

☐ Check if this is an
   amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules          12/15

If two married people are filing together, both are equally responsible for supplying correct information.

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes.   Name of person_____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and
         Signature* (Official Form 119).

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

✗ /s/ Bradley James Carlson                    ✗ _____
Signature of Debtor 1                            Signature of Debtor 2

Date 02/29/2024                                 Date _____
    MM / DD / YYYY                                  MM / DD / YYYY

**Fill in this information to identify your case:**

Debtor 1 ___Bradley James Carlson___
First Name        Middle Name        Last Name

Debtor 2
(Spouse, if filing) First Name   Middle Name   Last Name

United States Bankruptcy Court for the: Western District of Missouri

Case number _____
(if know)

☐ Check if this is
an amended
filing

Official Form 107

# Statement of Financial Affairs for Individuals Filing for Bankruptcy          **4/22**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Give Details About Your Marital Status and Where You Lived Before |
|---|---|

**1. What is your current marital status?**

☐ Married
☑ Not married

**2. During the last 3 years, have you lived anywhere other than where you live now?**

☐ No
☑ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| 4963 Ward Parkway<br>Number    Street<br>Kansas City MO   64112<br>City    State   ZIP Code | From 01/2021<br>To 01/2024 | _____<br>Number    Street<br>_____<br>City    State   ZIP Code | From _____<br>To _____ |

**3. Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☑ No
☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H)

| Part 2: | Explain the Sources of Your Income |
|---|---|

**4. Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No
☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply | **Gross income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply | **Gross income**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ☑ Wages, commissions, bonuses, tips | $ _____ | ☐ Wages, commissions, bonuses, tips | $ _____ |
| | ☐ Operating a business | | ☐ Operating a business | |

Debtor      Bradley James Carlson                                    Case number *(if known)* _____
            First Name    Middle Name    Last Name

| | | |
|---|---|---|
| **For last calendar year:** | ☑ Wages, commissions, bonuses, tips    $ _____ | ☐ Wages, commissions, bonuses, tips    $ _____ |
| (January 1 to December 31, 2023 ) | ☐ Operating a business | ☐ Operating a business |
| **For the calendar year before that:** | ☑ Wages, commissions, bonuses, tips    $ 237,704.00 | ☐ Wages, commissions, bonuses, tips    $ _____ |
| (January 1 to December 31, 2022 ) | ☐ Operating a business | ☐ Operating a business |

**5. Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☑ No
☐ Yes. Fill in the details.

**Part 3:    List Certain Payments You Made Before You Filed for Bankruptcy**

**6. Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☑ No.    **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

   During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $7,575* or more?

   ☑ No. Go to line 7.

   ☐ Yes. List below each creditor to whom you paid a total of $7,575* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

   * Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.

☐ Yes.    **Debtor 1 or Debtor 2 or both have primarily consumer debts.**
   During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

   ☐ No. Go to line 7.

   ☐ Yes. List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

**7. Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?** *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

☑ No.
☐ Yes. List all payments to an insider.

**8. Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

☑ No.
☐ Yes. List all payments that benefited an insider.

**Part 4:    Identify Legal Actions, Repossessions, and Foreclosures**

**9. Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No
☑ Yes. Fill in the details.

Debtor     Bradley James Carlson
          First Name    Middle Name    Last Name                                    Case number *(if known)* _____

| | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Case title: Enterprise Bank & Trust v. Mulungas II, LLC, et. al<br>Case number: 2316-CV28464 | ; Date filed: 10/24/2023 | Circuit Court Of Jackson County, Missouri<br>Court Name<br>308 W Kansas Ave<br>Number          Street<br>Independence MO    64050<br>City         State    ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| Case title: Enterprise Bank & Trust v. Bradley J Carlson & Empirical Prime, LLC f/k/a Force Midwest, LLC<br>Case number: 2316-CV28588 | ; Date filed: 10/25/2023 | Circuit Court Of Jackson County, Missouri<br>Court Name<br>308 W Kansas Ave<br>Number          Street<br>Independence MO    64050<br>City         State    ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| Case title: ____<br>Case number: 2316-CV28588 | Garnishment: ; Date filed: 10/25/2023 | Circuit Court Of Jackson County, Missouri<br>Court Name<br>415 E. 12th Street<br>Number          Street<br>Kansas City MO    64106<br>City         State    ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

**10.** Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?
Check all that apply and fill in the details below.

☑ No. Go to line 11.
☐ Yes. Fill in the information below.

**11.** Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?

☑ No
☐ Yes. Fill in the details

**12.** Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?

☐ No
☑ Yes

---

**Part 5:    List Certain Gifts and Contributions**

**13.** Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?

☑ No
☐ Yes. Fill in the details for each gift.

**14.** Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?

☑ No
☐ Yes. Fill in the details for each gift or contribution.

---

**Part 6:    List Certain Losses**

**15.** Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?

☑ No
☐ Yes. Fill in the details.

---

**Part 7:    List Certain Payments or Transfers**

Debtor    Bradley James Carlson                                         Case number *(if known)* _____
_____ First Name _____ Middle Name _____ Last Name

**16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No
☑ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **The Sader Law Firm** <br> Person Who Was Paid <br> **2345 Grand Boulevard** <br> Number _____ Street <br> **Suite 2150** <br> **Kansas City MO    64108** <br> City _____ State _____ ZIP Code <br> **www.saderlawfirm.com** <br> Email or website address <br><br> Person Who Made the Payment, if Not You | Credit Report $36.00; Credit Counseling $24.00; Filing Fee $338.00; Financial Management $24.00 Total $422.00 | 01/2024 | $ 55,000.00 <br> $ _____ |

**17. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

☑ No
☐ Yes. Fill in the details.

**18. Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property).
Do not include gifts and transfers that you have already listed on this statement.

☐ No
☑ Yes. Fill in the details.

| | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| **Empirical Prime LLC** <br> Person Who Received Transfer <br> **3320 S. Outer Belt Rd.** <br> Number _____ Street <br> **Grain Valley MO    64029** <br> City _____ State _____ ZIP Code <br> Person's relationship to you _____ | First State Bank Ward Pkwy 2nd Loan, $909.24 | | 05/16/2022 |
| **Empirical Prime LLC** <br> Person Who Received Transfer <br> **3320 S. Outer Belt Rd.** <br> Number _____ Street <br> **Grain Valley MO    64029** <br> City _____ State _____ ZIP Code <br> Person's relationship to you _____ | Water Bill - Money, $154.00 | | 01/01/2022 |

Debtor    Bradley James Carlson    Case number *(if known)* _____
First Name    Middle Name    Last Name

| | | |
|---|---|---|
| Empirical Prime LLC<br>Person Who Received Transfer<br>3320 S. Outer Belt Rd.<br>Number    Street<br>Grain Valley MO    64029<br>City    State    ZIP Code<br>Person's relationship to you _____ | City of Kansas City - Util Payment, $137.61 | 02/16/2022 |
| Empirical Prime LLC<br>Person Who Received Transfer<br>3320 S. Outer Belt Rd.<br>Number    Street<br>Grain Valley MO    64029<br>City    State    ZIP Code<br>Person's relationship to you _____ | Service Warranty for Water Lines, $10.04 | 05/14/2022 |
| Empirical Prime LLC<br>Person Who Received Transfer<br>3320 S. Outer Belt Rd.<br>Number    Street<br>Grain Valley MO    64029<br>City    State    ZIP Code<br>Person's relationship to you _____ | First State Bank - Ward Pkwy 2nd Loan, $986.30 | 06/14/2022 |
| Empirical Prime LLC<br>Person Who Received Transfer<br>3320 S. Outer Belt Rd.<br>Number    Street<br>Grain Valley MO    64029<br>City    State    ZIP Code<br>Person's relationship to you _____ | 50% down for Carpet for Dea, $2,475.00 | 06/06/2022 |
| Empirical Prime LLC<br>Person Who Received Transfer<br>3320 S. Outer Belt Rd.<br>Number    Street<br>Grain Valley MO    64029<br>City    State    ZIP Code<br>Person's relationship to you _____ | Money, $26,147.11 | 01/05/2022 |
| Empirical Prime LLC<br>Person Who Received Transfer<br>3320 S. Outer Belt Rd.<br>Number    Street<br>Grain Valley MO    64029<br>City    State    ZIP Code<br>Person's relationship to you _____ | Service Warranty for Water Lines, $10.04 | 01/17/2022 |

Debtor    Bradley James Carlson
_____First Name_____Middle Name_____Last Name_____    Case number *(if known)* _____

| | | | |
|---|---|---|---|
| Empirical Prime LLC | Service Warranty for Water Lines, $10.04 | | 03/14/2022 |
| Person Who Received Transfer | | | |
| 3320 S. Outer Belt Rd. | | | |
| Number    Street | | | |
| Grain Valley MO     64029 | | | |
| City         State    ZIP Code | | | |
| Person's relationship to you _____ | | | |
| Empirical Prime LLC | Owner's Personal Articles Policy, $89.08 | | 05/01/2022 |
| Person Who Received Transfer | | | |
| 3320 S. Outer Belt Rd. | | | |
| Number    Street | | | |
| Grain Valley MO     64029 | | | |
| City         State    ZIP Code | | | |
| Person's relationship to you _____ | | | |
| Empirical Prime LLC | Payment to Brads American Express, $22,566.31 | | 12/30/2022 |
| Person Who Received Transfer | | | |
| 3320 S. Outer Belt Rd. | | | |
| Number    Street | | | |
| Grain Valley MO     64029 | | | |
| City         State    ZIP Code | | | |
| Person's relationship to you _____ | | | |
| APEX Specialty Vehicles, LLC | Force Midwest - Ethanol Trt for Brads Boat, $74.90 | | 12/21/2020 |
| Person Who Received Transfer | | | |
| 601 NW Jefferson Street | | | |
| Number    Street | | | |
| Blue Springs MO     64014 | | | |
| City         State    ZIP Code | | | |
| Person's relationship to you _____ | | | |
| APEX Specialty Vehicles, LLC | Payment to Brads Person CC - Chase Ink, $27,000.00 | | 11/14/2022 |
| Person Who Received Transfer | | | |
| 601 NW Jefferson Street | | | |
| Number    Street | | | |
| Blue Springs MO     64014 | | | |
| City         State    ZIP Code | | | |
| Person's relationship to you _____ | | | |
| APEX Specialty Vehicles, LLC | State Farm - Brads Personal Articles Insurance, $89.08 | | 02/06/2023 |
| Person Who Received Transfer | | | |
| 601 NW Jefferson Street | | | |
| Number    Street | | | |
| Blue Springs MO     64014 | | | |
| City         State    ZIP Code | | | |
| Person's relationship to you _____ | | | |

Debtor    Bradley James Carlson
_____    Case number *(if known)* _____
First Name    Middle Name    Last Name

Empirical Prime LLC
_____
Person Who Received Transfer
3320 S. Outer Belt Rd.
_____
Number    Street
Grain Valley MO    64029
_____
City    State    ZIP Code

Person's relationship to you _____

United States Treasury - 2020
Tax Year, $25,000.00

02/02/2022

---

Empirical Prime LLC
_____
Person Who Received Transfer
3320 S. Outer Belt Rd.
_____
Number    Street
Grain Valley MO    64029
_____
City    State    ZIP Code

Person's relationship to you _____

First State Bank - Ward Pkwy
2nd Loan - Interest, $844.17

03/16/2022

---

Empirical Prime LLC
_____
Person Who Received Transfer
3320 S. Outer Belt Rd.
_____
Number    Street
Grain Valley MO    64029
_____
City    State    ZIP Code

Person's relationship to you _____

Progressive Insurance
Premium, $148.59

07/06/2022

---

Empirical Prime LLC
_____
Person Who Received Transfer
3320 S. Outer Belt Rd.
_____
Number    Street
Grain Valley MO    64029
_____
City    State    ZIP Code

Person's relationship to you _____

First State Bank Ward Pkwy
2nd Loan - Interest, $1,592.46

11/08/2022

---

APEX Specialty Vehicles, LLC
_____
Person Who Received Transfer
601 NW Jefferson Street
_____
Number    Street
Blue Springs MO    64014
_____
City    State    ZIP Code

Person's relationship to you _____

Home Inspection - Brads
Personal Home, $1,009.40

12/01/2020

---

APEX Specialty Vehicles, LLC
_____
Person Who Received Transfer
601 NW Jefferson Street
_____
Number    Street
Blue Springs MO    64014
_____
City    State    ZIP Code

Person's relationship to you _____

State Farm - Brads Personal
Articles Insurance, $95.33

04/25/2023

Debtor    <u>Bradley James Carlson</u>    Case number *(if known)* _____
          First Name    Middle Name    Last Name

---

Empirical Prime LLC
<small>Person Who Received Transfer</small>

3320 S. Outer Belt Rd.
<small>Number    Street</small>

Grain Valley MO    64029
<small>City        State    ZIP Code</small>

Person's relationship to you _____

Service Warranty for Water Lines, $10.04

<u>02/14/2022</u>

---

Empirical Prime LLC
<small>Person Who Received Transfer</small>

3320 S. Outer Belt Rd.
<small>Number    Street</small>

Grain Valley MO    64029
<small>City        State    ZIP Code</small>

Person's relationship to you _____

First State Bank - Ward Pkwy 2nd Loan - Interest, $960.61

<u>02/16/2022</u>

---

Empirical Prime LLC
<small>Person Who Received Transfer</small>

3320 S. Outer Belt Rd.
<small>Number    Street</small>

Grain Valley MO    64029
<small>City        State    ZIP Code</small>

Person's relationship to you _____

Service Warranty for Water Lines, $10.04

<u>04/14/2022</u>

---

Empirical Prime LLC
<small>Person Who Received Transfer</small>

3320 S. Outer Belt Rd.
<small>Number    Street</small>

Grain Valley MO    64029
<small>City        State    ZIP Code</small>

Person's relationship to you _____

Service Warranty for Water Lines, $10.04

<u>06/14/2022</u>

---

Empirical Prime LLC
<small>Person Who Received Transfer</small>

3320 S. Outer Belt Rd.
<small>Number    Street</small>

Grain Valley MO    64029
<small>City        State    ZIP Code</small>

Person's relationship to you _____

Progressive Insurance Premiums, $136.87

<u>08/08/2022</u>

---

Empirical Prime LLC
<small>Person Who Received Transfer</small>

3320 S. Outer Belt Rd.
<small>Number    Street</small>

Grain Valley MO    64029
<small>City        State    ZIP Code</small>

Person's relationship to you _____

United States Treasury 2020 Taxes, $25,000.00

<u>03/28/2022</u>

---

Debtor    Bradley James Carlson    Case number *(if known)* _____
First Name    Middle Name    Last Name

---

Empirical Prime LLC
Person Who Received Transfer

3320 S. Outer Belt Rd.
Number    Street

Grain Valley MO    64029
City    State    ZIP Code

Person's relationship to you _____

Eagle County Court Fees -
Brad CC Charge, $143.50

05/13/2022

---

Empirical Prime LLC
Person Who Received Transfer

3320 S. Outer Belt Rd.
Number    Street

Grain Valley MO    64029
City    State    ZIP Code

Person's relationship to you _____

United States Treasury,
$25,000.00

05/16/2022

---

Empirical Prime LLC
Person Who Received Transfer

3320 S. Outer Belt Rd.
Number    Street

Grain Valley MO    64029
City    State    ZIP Code

Person's relationship to you _____

Service Warranty for Water
Lines, $10.04

07/14/2022

---

Empirical Prime LLC
Person Who Received Transfer

3320 S. Outer Belt Rd.
Number    Street

Grain Valley MO    64029
City    State    ZIP Code

Person's relationship to you _____

Marios Lawn Service - Lawn
Services Ward Pkwy, $450.00

08/05/2022

---

Empirical Prime LLC
Person Who Received Transfer

3320 S. Outer Belt Rd.
Number    Street

Grain Valley MO    64029
City    State    ZIP Code

Person's relationship to you _____

Service Warranty for Water
Lines, $11.16

10/14/2022

---

Empirical Prime LLC
Person Who Received Transfer

3320 S. Outer Belt Rd.
Number    Street

Grain Valley MO    64029
City    State    ZIP Code

Person's relationship to you _____

First State Bank Ward Pkwy
2nd Loan Interest, $1,335.61

10/17/2022

---

Debtor    __Bradley James Carlson__    Case number *(if known)* _____
<span>First Name      Middle Name      Last Name</span>

| | |
|---|---|
| **Empirical Prime LLC** <br> Person Who Received Transfer <br> **3320 S. Outer Belt Rd.** <br> Number    Street <br> **Grain Valley MO      64029** <br> City          State    ZIP Code <br><br> Person's relationship to you _____ | United States Treasury - 2021 Taxes, $10,000.00 <br><br><br><br> 12/06/2022 |
| **Empirical Prime LLC** <br> Person Who Received Transfer <br> **3320 S. Outer Belt Rd.** <br> Number    Street <br> **Grain Valley MO      64029** <br> City          State    ZIP Code <br><br> Person's relationship to you _____ | First State Bank - Ward Pkwy 2nd Loan Interest, $965.74 <br><br><br><br> 07/18/2022 |
| **Empirical Prime LLC** <br> Person Who Received Transfer <br> **3320 S. Outer Belt Rd.** <br> Number    Street <br> **Grain Valley MO      64029** <br> City          State    ZIP Code <br><br> Person's relationship to you _____ | Progressive Insurance Premium, $136.92 <br><br><br><br> 09/07/2022 |
| **Empirical Prime LLC** <br> Person Who Received Transfer <br> **3320 S. Outer Belt Rd.** <br> Number    Street <br> **Grain Valley MO      64029** <br> City          State    ZIP Code <br><br> Person's relationship to you _____ | Payment to Brads American Express, $14,367.13 <br><br><br><br> 11/04/2022 |
| **Luxus Builders** <br> Person Who Received Transfer <br> **3320 S. Outer Belt Rd.** <br> Number    Street <br> **Grain Valley MO      64029** <br> City          State    ZIP Code <br><br> Person's relationship to you _____ | Dick's Sporting Goods, $243.33 <br><br><br><br> 07/01/2021 |
| **APEX Specialty Vehicles, LLC** <br> Person Who Received Transfer <br> **601 NW Jefferson Street** <br> Number    Street <br> **Blue Springs MO      64014** <br> City          State    ZIP Code <br><br> Person's relationship to you _____ | Service Warranty for Water Line, $12.59 <br><br><br><br> 02/14/2023 |

Debtor    Bradley James Carlson
    First Name    Middle Name    Last Name

Case number *(if known)* _____

---

APEX Specialty Vehicles, LLC
Person Who Received Transfer

601 NW Jefferson Street
Number    Street

Blue Springs MO    64014
City        State    ZIP Code

Person's relationship to you _____

Mario's Lawn Service, $340.00

08/08/2023

---

Empirical Prime LLC
Person Who Received Transfer

3320 S. Outer Belt Rd.
Number    Street

Grain Valley MO    64029
City        State    ZIP Code

Person's relationship to you _____

Service Warranty for Water Lines, $10.04

08/14/2022

---

Empirical Prime LLC
Person Who Received Transfer

3320 S. Outer Belt Rd.
Number    Street

Grain Valley MO    64029
City        State    ZIP Code

Person's relationship to you _____

Service Warranty for Water Lines, $1,174.65

08/16/2022

---

Empirical Prime LLC
Person Who Received Transfer

3320 S. Outer Belt Rd.
Number    Street

Grain Valley MO    64029
City        State    ZIP Code

Person's relationship to you _____

Payment to Brads American Express, $9,586.65

12/02/2022

---

APEX Specialty Vehicles, LLC
Person Who Received Transfer

601 NW Jefferson Street
Number    Street

Blue Springs MO    64014
City        State    ZIP Code

Person's relationship to you _____

Mario's Lawn Service, $5,476.16

06/06/2023

---

APEX Specialty Vehicles, LLC
Person Who Received Transfer

601 NW Jefferson Street
Number    Street

Blue Springs MO    64014
City        State    ZIP Code

Person's relationship to you _____

Mario's Lawn Service, $1,450.00

07/13/2023

---

Debtor    Bradley James Carlson
_____
First Name    Middle Name    Last Name

Case number *(if known)* _____

| | | |
|---|---|---|
| APEX Specialty Vehicles, LLC<br>Person Who Received Transfer<br>601 NW Jefferson Street<br>Number    Street<br>Blue Springs MO    64014<br>City    State    ZIP Code<br>Person's relationship to you _____ | AIG Insurance for Ward,<br>$531.00 | 12/05/2022 |
| APEX Specialty Vehicles, LLC<br>Person Who Received Transfer<br>601 NW Jefferson Street<br>Number    Street<br>Blue Springs MO    64014<br>City    State    ZIP Code<br>Person's relationship to you _____ | Mario's Lawn Service, $340.00 | 06/06/2023 |
| Empirical Prime LLC<br>Person Who Received Transfer<br>3320 S. Outer Belt Rd.<br>Number    Street<br>Grain Valley MO    64029<br>City    State    ZIP Code<br>Person's relationship to you _____ | Progressive Insurance<br>Premium, $136.92 | 11/08/2022 |
| Empirical Prime LLC<br>Person Who Received Transfer<br>3320 S. Outer Belt Rd.<br>Number    Street<br>Grain Valley MO    64029<br>City    State    ZIP Code<br>Person's relationship to you _____ | Service Warranty for Water<br>Lines, $1,592.46 | 11/17/2022 |
| Empirical Prime LLC<br>Person Who Received Transfer<br>3320 S. Outer Belt Rd.<br>Number    Street<br>Grain Valley MO    64029<br>City    State    ZIP Code<br>Person's relationship to you _____ | Progressive Insurance<br>Premium, $136.92 | 12/04/2022 |
| Empirical Prime LLC<br>Person Who Received Transfer<br>3320 S. Outer Belt Rd.<br>Number    Street<br>Grain Valley MO    64029<br>City    State    ZIP Code<br>Person's relationship to you _____ | First State Bank - Ward Pkwy<br>2nd Loan - Interest, $1,390.40 | 12/16/2022 |

Debtor   Bradley James Carlson
_____  _____  _____
First Name  Middle Name  Last Name

Case number*(if known)* _____

| | | |
|---|---|---|
| Empirical Prime LLC | Service Warranty for Water Lines, $11.16 | 12/14/2022 |
| Person Who Received Transfer | | |
| 3320 S. Outer Belt Rd. | | |
| Number   Street | | |
| Grain Valley MO      64029 | | |
| City         State     ZIP Code | | |
| Person's relationship to you _____ | | |
| APEX Specialty Vehicles, LLC | Payment to Brads Southwest Chase CC, $79,896.93 | 01/12/2023 |
| Person Who Received Transfer | | |
| 601 NW Jefferson Street | | |
| Number   Street | | |
| Blue Springs MO      64014 | | |
| City         State     ZIP Code | | |
| Person's relationship to you _____ | | |
| APEX Specialty Vehicles, LLC | Chase Ink - Payment on Brads Southwest Account, $5,000.00 | 05/01/2023 |
| Person Who Received Transfer | | |
| 601 NW Jefferson Street | | |
| Number   Street | | |
| Blue Springs MO      64014 | | |
| City         State     ZIP Code | | |
| Person's relationship to you _____ | | |
| RPM Driveaway | CO Ambulance charge for Brad, $1,462.28 | 10/04/2022 |
| Person Who Received Transfer | | |
| 601 NW Jefferson Street | | |
| Number   Street | | |
| Blue Springs MO      64014 | | |
| City         State     ZIP Code | | |
| Person's relationship to you _____ | | |
| APEX Specialty Vehicles, LLC | Mario's Lawn Service, $340.00 | 06/06/2023 |
| Person Who Received Transfer | | |
| 601 NW Jefferson Street | | |
| Number   Street | | |
| Blue Springs MO      64014 | | |
| City         State     ZIP Code | | |
| Person's relationship to you _____ | | |
| APEX Specialty Vehicles, LLC | Payment to Brads Personal CC - Chase Inl, $7,000.00 | 11/21/2022 |
| Person Who Received Transfer | | |
| 601 NW Jefferson Street | | |
| Number   Street | | |
| Blue Springs MO      64014 | | |
| City         State     ZIP Code | | |
| Person's relationship to you _____ | | |

Debtor    Bradley James Carlson
_____    _____    _____
First Name    Middle Name    Last Name    Case number *(if known)* _____

APEX Specialty Vehicles, LLC
_____
Person Who Received Transfer
601 NW Jefferson Street
_____
Number    Street
Blue Springs MO    64014
_____
City    State    ZIP Code

Person's relationship to you _____

State Farm - Brads Personal
Articles Insurance, $95.33

08/01/2023

---

APEX Specialty Vehicles, LLC
_____
Person Who Received Transfer
601 NW Jefferson Street
_____
Number    Street
Blue Springs MO    64014
_____
City    State    ZIP Code

Person's relationship to you _____

Chase Ink Payment on Brads
Southwest CC, $6,539.72

06/02/2023

---

APEX Specialty Vehicles, LLC
_____
Person Who Received Transfer
601 NW Jefferson Street
_____
Number    Street
Blue Springs MO    64014
_____
City    State    ZIP Code

Person's relationship to you _____

State Farm - Brads Personal
Articles Insurance, $95.33

07/11/2023

---

APEX Specialty Vehicles, LLC
_____
Person Who Received Transfer
601 NW Jefferson Street
_____
Number    Street
Blue Springs MO    64014
_____
City    State    ZIP Code

Person's relationship to you _____

Mario's Lawn Servie, $340.00

07/13/2023

---

APEX Specialty Vehicles, LLC
_____
Person Who Received Transfer
601 NW Jefferson Street
_____
Number    Street
Blue Springs MO    64014
_____
City    State    ZIP Code

Person's relationship to you _____

Service Warranty - Water Line,
$12.55

07/14/2023

---

APEX Specialty Vehicles, LLC
_____
Person Who Received Transfer
601 NW Jefferson Street
_____
Number    Street
Blue Springs MO    64014
_____
City    State    ZIP Code

Person's relationship to you _____

Additional Escrow Paid for sale
of Duplex, $6,251.15

07/28/2023

Debtor   Bradley James Carlson
First Name      Middle Name      Last Name

Case number *(if known)* _____

| APEX Specialty Vehicles, LLC | Mario's Lawn Service, $340.00 | | 08/08/2023 |
|---|---|---|---|
| Person Who Received Transfer | | | |
| 601 NW Jefferson Street | | | |
| Number    Street | | | |
| Blue Springs MO    64014 | | | |
| City    State    ZIP Code | | | |
| Person's relationship to you _____ | | | |

| Empirical Prime LLC | First State Bank - Ward Pkwy 2nd Loan - Interest, $815.06 | | 04/18/2022 |
|---|---|---|---|
| Person Who Received Transfer | | | |
| 3320 S. Outer Belt Rd. | | | |
| Number    Street | | | |
| Grain Valley MO    64029 | | | |
| City    State    ZIP Code | | | |
| Person's relationship to you _____ | | | |

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called asset-protection devices.)

☑ No
☐ Yes. Fill in the details.

| **Part 8:** | **List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units** |
|---|---|

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
**Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.**

☑ No
☐ Yes. Fill in the details.

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☐ No
☑ Yes. Fill in the details.

| | Who else had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| Bank of America | Bradley Carlson | , $0.00 | ☐ No |
| Name of Financial Institution | Name | | ☑ Yes |
| Bank of America | | | |
| Number    Street | Number    Street | | |
| City  State  ZIP Code | City  State  ZIP Code | | |

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy**

☑ No
☐ Yes. Fill in the details.

| **Part 9:** | **Identify Property You Hold or Control for Someone Else** |
|---|---|

23. **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

☐ No
☑ Yes. Fill in the details.

| | Where is the property? | Describe the property | Value |
|---|---|---|---|

Debtor    Bradley James Carlson    Case number *(if known)* _____
    First Name    Middle Name    Last Name

| Emily Till | | 2024 GMC 1500 Truck | $ Unknown |
| Owner's Name | | | |
| Number    Street | Number    Street | | |
| City    State    ZIP Code | City    State    ZIP Code | | |

---

**Part 10:    Give Details About Environmental Information**

For the purpose of Part 10, the following definitions apply:

- *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

- *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

- *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?

☑ No
☐ Yes. Fill in the details.

25. Have you notified any governmental unit of any release of hazardous material?

☑ No
☐ Yes. Fill in the details.

26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.

☑ No
☐ Yes. Fill in the details.

---

**Part 11:    Give Details About Your Business or Connections to Any Business**

27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?

☑ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)

☐ A partner in a partnership

☐ An officer, director, or managing executive of a corporation

☐ An owner of at least 5% of the voting or equity securities of a corporation

☐ No. None of the above applies. Go to Part 12.

☑ Yes. Check all that apply above and fill in the details below for each business.

| Empirical Prime LLC | **Describe the nature of the business** | **Employer Identification number** |
| Business Name | Holding Company | **Do not include Social Security number or ITIN.** |
| 4963 Ward Parkway | | EIN: __ __ – __ __ __ __ __ __ __ |
| Number    Street | **Name of accountant or bookkeeper** | **Dates business existed** |
| Kansas City MO    64112 | CBIZ | |
| City    State    ZIP Code | | From 12/17/2015  To  Current |

28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.

☑ No. None of the above applies. Go to Part 12.

☐ Yes. Check all that apply above and fill in the details below for each business.

---

Debtor    Bradley James Carlson                                     Case number *(if known)* _____
         First Name    Middle Name    Last Name

| Part 12: | Sign Below |

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. **18 U.S.C. §§ 152, 1341, 1519, and 3571.**

✖ /s/ Bradley James Carlson _____    ✖ _____
   Signature of Debtor 1                              Signature of Debtor 2

Date  02/29/2024                                   Date  _____

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____    Attach the Bankruptcy Petition Preparer's Notice,
                                                            Declaration, and Signature (Official Form 119).

**Fill in this information to identify your case:**

| Debtor 1 | Bradley James Carlson | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: Western District of Missouri

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 108

# Statement of Intention for Individuals Filing Under Chapter 7    **12/15**

**If you are an individual filing under chapter 7, you must fill out this form if:**

■ creditors have claims secured by your property, or

■ you have leased personal property and the lease has not expired.

**You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form.**

**If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).**

| **Part 1:** | **List Your Creditors Who Have Secured Claims** |
|---|---|

1. For any creditors that you listed in Part 1 of *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D), fill in the information below.

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: Pinnacle Bank | ☑ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement*.<br>☐ Retain the property and [explain]: _____ | ☑ No<br>☐ Yes |
| Description of property securing debt: 4963 Ward Parkway | | |

| **Part 2:** | **List Your Unexpired Personal Property Leases** |
|---|---|

For any unexpired personal property lease that you listed in *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G), fill in the information below. Do not list real estate leases. *Unexpired leases* are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|

Debtor   Bradley James Carlson                               Case number *(if known)* _____

---

| Part 3: | Sign Below |

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.

✖ /s/ Bradley James Carlson _____          ✖ _____
    Signature of Debtor 1                                      Signature of Debtor 2

Date 02/29/2024 _____                               Date 02/29/2024 _____
    MM/DD/YYYY                                              MM/DD/YYYY

**Fill in this information to identify your case:**

Debtor 1    Bradley James Carlson
_____
First Name          Middle Name          Last Name

Debtor 2    _____
(Spouse, if filing)  First Name          Middle Name          Last Name

United States Bankruptcy Court for the:  Western District of Missouri

Case number    _____
(if known)

**Check one box only as directed in this form and in Form 122A-1Supp:**

☑ 1. There is no presumption of abuse.

☐ 2. The calculation to determine if a presumption of abuse applies will be made under *Chapter 7 Means Test Calculation* (Official Form 122A–2).

☐ 3. The Means Test does not apply now because of qualified military service but it could apply later.

☐ Check if this is an amended filing

## Official Form 122A—1

# Chapter 7 Statement of Your Current Monthly Income

12/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known). If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file *Statement of Exemption from Presumption of Abuse Under § 707(b)(2)* (Official Form 122A-1Supp) with this form.

### Part 1:    Calculate Your Current Monthly Income

1. **What is your marital and filing status?** Check one only.

   ☑ **Not married.** Fill out Column A, lines 2-11.

   ☐ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

   ☐ **Married and your spouse is NOT filing with you.** You and your spouse are:

      ☐ **Living in the same household and are not legally separated.** Fill out both Columns A and B, lines 2-11.

      ☐ **Living separately or are legally separated**. Fill out Column A, lines 2-11; do not fill out Column B. By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not include evading the Means Test requirements. 11 U.S.C. § 707(b)(7)(B).

Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case. 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

|  |  | Column A Debtor 1 | Column B Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $_____ | $_____ |
| 3. | **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $_____ | $_____ |
| 4. | **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | $_____ | $_____ |

5. **Net income from operating a business, profession, or farm**

|  | Debtor 1 | Debtor 2 |  |  |
|---|---|---|---|---|
| Gross receipts (before all deductions) | $_____ | $_____ |  |  |
| Ordinary and necessary operating expenses | − $_____ | − $_____ |  |  |
| Net monthly income from a business, profession, or farm | $_____ | $_____ | Copy here➔ | $_____    $_____ |

6. **Net income from rental and other real property**

|  | Debtor 1 | Debtor 2 |  |  |
|---|---|---|---|---|
| Gross receipts (before all deductions) | $_____ | $_____ |  |  |
| Ordinary and necessary operating expenses | − $_____ | − $_____ |  |  |
| Net monthly income from rental or other real property | $_____ | $_____ | Copy here➔ | $_____    $_____ |

7. **Interest, dividends, and royalties**    $_____    $_____

Debtor 1    **Bradley James Carlson**
    First Name      Middle Name      Last Name

Case number *(if known)*_____

| | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|

8. **Unemployment compensation** — $_____   $_____

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here: .............................↓

For you ........................................................... $_____

For your spouse ................................................ $_____

9. **Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act. Also, except as stated in the next sentence, do not include any compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If you received any retired pay paid under chapter 61 of title 10, then include that pay only to the extent that it does not exceed the amount of retired pay to which you would otherwise be entitled if retired under any provision of title 10 other than chapter 61 of that title.   $_____   $_____

10. **Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act; payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism; or compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If necessary, list other sources on a separate page and put the total below.

_____   $_____   $_____

_____   $_____   $_____

Total amounts from separate pages, if any.   + $_____   + $_____

11. **Calculate your total current monthly income.** Add lines 2 through 10 for each column. Then add the total for Column A to the total for Column B.   $_____ **+** $_____ **=** $_____

      **Total current monthly income**

---

**Part 2:**   **Determine Whether the Means Test Applies to You**

12. **Calculate your current monthly income for the year.** Follow these steps:

12a. Copy your total current monthly income from line 11. ............................................ **Copy line 11 here ➜**   $_____

Multiply by 12 (the number of months in a year).   **x 12**

12b. The result is your annual income for this part of the form.     12b.   $_____

13. **Calculate the median family income that applies to you.** Follow these steps:

Fill in the state in which you live.   [_____]

Fill in the number of people in your household.   [_____]

Fill in the median family income for your state and size of household. ..............................13.   $_____

To find a list of applicable median income amounts, go online using the link specified in the separate instructions for this form. This list may also be available at the bankruptcy clerk's office.

14. **How do the lines compare?**

14a. ❑   Line 12b is less than or equal to line 13. On the top of page 1, check box 1, *There is no presumption of abuse.* Go to Part 3. Do NOT fill out or file Official Form 122A-2.

14b. ❑   Line 12b is more than line 13. On the top of page 1, check box 2, *The presumption of abuse is determined by Form 122A-2.* Go to Part 3 and fill out Form 122A–2.

---

| Debtor 1 | Bradley James Carlson | | Case number *(if known)*_____ |
|---|---|---|---|
| | First Name    Middle Name    Last Name | | |

## Part 3:    Sign Below

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

✘ /s/ Bradley James Carlson                    ✘ _____
Signature of Debtor 1                            Signature of Debtor 2

Date 02/29/2024                            Date _____
     MM / DD  / YYYY                              MM / DD  / YYYY

If you checked line 14a, do NOT fill out or file Form 122A–2.

If you checked line 14b, fill out Form 122A–2 and file it with this form.

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Bradley James Carlson |
| | First Name      Middle Name      Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name      Middle Name      Last Name |
| United States Bankruptcy Court for the: | Western District of Missouri |
| Case number | |
| (If known) | |

☐ Check if this is an amended filing

## Official Form 122A—1Supp

## Statement of Exemption from Presumption of Abuse Under § 707(b)(2)   12/15

File this supplement together with *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A-1), if you believe that you are exempted from a presumption of abuse. Be as complete and accurate as possible. If two married people are filing together, and any of the exclusions in this statement applies to only one of you, the other person should complete a separate Form 122A-1 if you believe that this is required by 11 U.S.C. § 707(b)(2)(C).

### Part 1:   Identify the Kind of Debts You Have

1. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose." Make sure that your answer is consistent with the answer you gave on line 16 of the *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101).

   ☑ No. Go to Form 122A-1; on the top of page 1 of that form, check box 1, *There is no presumption of abuse,* and sign Part 3. Then submit this supplement with the signed Form 122A-1.

   ☐ Yes. Go to Part 2.

### Part 2:   Determine Whether Military Service Provisions Apply to You

2. **Are you a disabled veteran** (as defined in 38 U.S.C. § 3741(1))**?**

   ☐ No.  Go to line 3.

   ☐ Yes. Did you incur debts mostly while you were on active duty or while you were performing a homeland defense activity? 10 U.S.C. § 101(d)(1)); 32 U.S.C. § 901(1).

       ☐ No. Go to line 3.

       ☐ Yes. Go to Form 122A-1; on the top of page 1 of that form, check box 1, *There is no presumption of abuse,* and sign Part 3. Then submit this supplement with the signed Form 122A-1.

3. **Are you or have you been a Reservist or member of the National Guard?**

   ☐ No.  Complete Form 122A-1. Do not submit this supplement.

   ☐ Yes. Were you called to active duty or did you perform a homeland defense activity? 10 U.S.C. § 101(d)(1); 32 U.S.C. § 901(1)

       ☐ No. Complete Form 122A-1. Do not submit this supplement.

       ☐ Yes. Check any one of the following categories that applies:

          ☐ **I was called to active duty after September 11, 2001,** for at least 90 days and remain on active duty**.**

          ☐ **I was called to active duty after September 11, 2001,** for at least 90 days and was released from active duty on _____, which is fewer than 540 days before I file this bankruptcy case.

          ☐ **I am performing a homeland defense activity for at least 90 days.**

          ☐ **I performed a homeland defense activity for at least 90 days**, ending on _____, which is fewer than 540 days before I file this bankruptcy case.

   > If you checked one of the categories to the left, go to Form 22A-1.  On the top of page 1 of Form 22A-1, check box 3, *The Means Test does not apply now,* and sign Part 3. Then submit this supplement with the signed Form 22A-1. You are not required to fill out the rest of Official Form 22A-1 during the exclusion period. The *exclusion period* means the time you are on active duty or are performing a homeland defense activity, and for 540 days afterward. 11 U.S.C. § 707(b)(2)(D)(ii).
   >
   > If your exclusion period ends before your case is closed, you may have to file an amended form later.

1st State
206 North 5th Street
Saint Charles, MO 63301

American Express
P.O. Box 297871
Fort Lauderdale, FL 33329

APEX
4963 Ward Parkway
Kansas City, MO 64112

APEX Specialty Vehicles, LLC
601 NW Jefferson Street
Blue Springs, MO 64014

Attorney General, Main Justice Building
950 Pennsylvania Avenue NW
Washington, DC 20530-0001

Bank of America
1825 E Buckeye Rd
Phoenix, AZ 85034

Bank of America
P.O. Box 2240
Brea, CA 92822

Bk Of Amer
P.O. Box 2240
Brea, CA 92822

Brent King; B Riley Advisory Services
2405 Grand Boulevard
Suite 1210
Kansas City, MO 64108

Bryan Cave Leighton Paisner, LLP
Attn: Jenifer L. Berhorst
1200 Main Street, Suite 3800
Kansas City, MO 64105

Capital One
11013 W Broad St
Glen Allen, VA 23060

Carlson Custom House, LLC
1000 Walnut Street
Suite 1400
Kansas City, MO 64106

Carlson Estate, LLC
1000 Walnut Street
Suite 1400
Kansas City, MO 64106

Christopher J. Redmond, Redmond Law Firm, LLC
6731 W. 121st Street
Suite 226
Shawnee Mission, KS 66209

Citi
P.O. Box 6241
Sioux Falls, SD 57117

Discover Bank
PO Box 15316
Wilmington, DE 19850

Dm/First State Bank Of
206 N 5th St
Saint Charles, MO 63301

Empirical Prime LLC fka Force Midwest, LLC
4963 Ward Parkway
Kansas City, MO 64112

Empirical Prime, LLC
3320 S. Outer Belt Rd.
Grain Valley, MO 64029

Enterprise Bank & Trust
4963 Ward Parkway
Kansas City, MO 64112

EP Builders
1000 West Street
Suite 1200
Wilmington, DE 19801

EP Capital
3320 S. Outer Belt Rd.
Grain Valley, MO 64029

EP Captives, LLC
3320 S. Outer Belt Rd.
Grain Valley, MO 64029

EP Dealerships I LLC
1000 Walnut Street
Suite 1400
Kansas City, MO 64106

EP Dealerships III LLC
1000 Walnut Street
Suite 1400
Kansas City, MO 64106

EP Dealerships LLC
1000 Walnut Street
Suite 1400
Kansas City, MO 64106

EP Developers
1000 Walnut Street
Suite 1400
Kansas City, MO 64106

EP Manufacural
4963 Ward Parkway
Kansas City, MO 64112

EP Manufacturing, LLC
1000 Walnut Street
Suite 1400
Kansas City, MO 64106

EP Properties I, LLC
1000 Walnut Street
Suite 1400
Kansas City, MO 64106

EP Properties II, LLC
1000 Walnut Street
Suite 1400
Kansas City, MO 64106

EP Properties III, LLC
1000 Walnut Street
Suite 1400
Kansas City, MO 64106

EP Protective Service I, LLC
1000 Walnut Street
Suite 1400
Kansas City, MO 64106

EP Protective Service II, LLC
1000 Walnut Street
Suite 1400
Kansas City, MO 64106

EP Protective Service III, LLC
1000 Walnut Street
Suite 1400
Kansas City, MO 64106

First State Bank of St. Charles
206 N 5th Street
St Charles, MO 63301

Fleet Protection Services, LLC
1000 Walnut Street
Suite 1400
Kansas City, MO 64106

Force Construction, LLC
1000 Walnut Street
Suite 1400
Kansas City, MO 64106

Ford Motor Credit
P.O. Box 105704
Atlanta, GA 30348

Home National Bank
7450 Huntington Pk Dr
Columbus, OH 43235

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19255

Iroquois
201 E Cherry
Watseka, IL 60970

JP Morgan Chase Bank, N.A.
P.O. Box 15369
Wilmington, DE 19850

Lumus Graphics, LLC
1000 Walnut Street
Suite 1400
Kansas City, MO 64106

Luxus Builders, LLC
1000 Walnut Street
Suite 1400
Kansas City, MO 64106

MAG
4963 Ward Parkway
Kansas City, MO 64112

MAG Trucks, LLC
1000 Walnut Street
Suite 1400
Kansas City, MO 64106

Mulugas I
4963 Ward Parkway
Kansas City, MO 64112

Mulungas I, LLC
1000 Walnut Street
Suite 1400
Kansas City, MO 64106

Mulungas II, LLC
1000 Walnut Street
Suite 1400
Kansas City, MO 64106

Mulungas III, LLC
1000 Walnut Street
Suite 1400
Kansas City, MO 64106

MulungasII
4963 Ward Parkway
Kansas City, MO 64112

Office of the United States Trustee
400 E 9th Street
Room 3440
Kansas City, MO 64106

Pinnacle Bank
P.O. Box 461209
Papillion, NE 68046

Prime Staffing, LLC
1000 Walnut Street
Suite 1400
Kansas City, MO 64106

RPM Driveaway, LLC
601 NW Jefferson Street
Blue Springs, MO 64014

Sapphire Capital, LLC
1000 Walnut Street
Suite 1400
Kansas City, MO 64106

Toronto-Dominion Bank Auto Finance
P.O. Box 9223
Farmington, MI 48333

Truist
P.O.  Box 486
Whiteville, NC 28472

U.S. Attorney, KS- Bankruptcy
500 State Ave., Ste. 360
Kansas City, KS 66101

U.S. Attorney, WDMO- Bankruptcy
400 East 9th Street, Room 5510
Kansas City, MO 64106

United States Bankruptcy Court

Western District of Missouri

In re:  Bradley James Carlson

Case No.

Chapter    7

Debtor(s)

**Verification of Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:    _____02/29/2024_____

/s/ Bradley James Carlson
_____
Signature of Debtor

_____
Signature of Joint Debtor

# Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)

**This notice is for you if:**

> **You are an individual filing for bankruptcy,** and
>
> **Your debts are primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

## The types of bankruptcy that are available to individuals

Individuals who meet the qualifications may file under one of four different chapters of the Bankruptcy Code:

- Chapter 7 — Liquidation
- Chapter 11— Reorganization
- Chapter 12— Voluntary repayment plan for family farmers or fishermen
- Chapter 13— Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

## Chapter 7:  Liquidation

|   | |   |
|---|---|---|
| | $245 | filing fee |
| | $78 | administrative fee |
| + | $15 | trustee surcharge |
| | $338 | total fee |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their non-exempt property to be used to pay their creditors. The primary purpose of filing under chapter 7 is to have your debts discharged. The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law. Therefore, you may still be responsible to pay:

- most taxes;
- most student loans;
- domestic support and property settlement obligations;

- most fines, penalties, forfeitures, and criminal restitution obligations; and
- certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

- fraud or theft;
- fraud or defalcation while acting in breach of fiduciary capacity;
- intentional injuries that you inflicted; and
- death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A–1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A–2).

If your income is above the median for your state, you must file a second form —the *Chapter 7 Means Test Calculation* (Official Form 122A–2). The calculations on the form— sometimes called the *Means Test*—deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If your income is more than the median income for your state of residence and family size, depending on the results of the *Means Test*, the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property*. Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

## Chapter 11: Reorganization

|   | $1,167 | filing fee |
|---|--------|------------|
| + | $571 | administrative fee |
|   | $1,738 | total fee |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.

**Read These Important Warnings**

Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.

Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.

You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.

Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

---

### Chapter 12:  Repayment plan for family farmers or fishermen

---

|   | $200 | filing fee |
| + | $78 | administrative fee |
|   | $278 | total fee |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

---

### Chapter 13:  Repayment plan for individuals with regular income

---

|   | $235 | filing fee |
| + | $78 | administrative fee |
|   | $313 | total fee |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

- domestic support obligations,
- most student loans,
- certain taxes,
- debts for fraud or theft,
- debts for fraud or defalcation while acting in a fiduciary capacity,
- most criminal fines and restitution obligations,
- certain debts that are not listed in your bankruptcy papers,
- certain debts for acts that caused death or personal injury, and
- certain long-term secured debts.

### Warning: File Your Forms on Time

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition. The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

For more information about the documents and their deadlines, go to:
http://www.uscourts.gov/forms/bankruptcy-forms

## Bankruptcy crimes have serious consequences

- If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury—either orally or in writing—in connection with a bankruptcy case, you may be fined, imprisoned, or both.

- All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

## Make sure the court has your mailing address

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). To ensure that you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together—called a *joint case*. If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

## Understand which services you could receive from credit counseling agencies

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h). If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days *before* you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from: http://www.uscourts.gov/services-forms/bankruptcy/credit-counseling-and-debtor-education-courses.

In Alabama and North Carolina, go to: http://www.uscourts.gov/services-forms/bankruptcy/credit-counseling-and-debtor-education-courses.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.