# UNITED STATES BANKRUPTCY COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | |
| **BRADLEY JAMES CARLSON,** | ) | **Case No. 24-40261-CAN7** |
| | ) | |
| **Debtor.** | ) | |

## NOTICE OF RULE 2004 EXAMINATION

TO:   Christine Brandow
1028 W. 70th Terrace
Kansas City, MO 64113

PLEASE TAKE NOTICE that, pursuant to Fed. R. Bankr. P. 2004 and Rule 2004-1 of the Local Rules of Practice of the United States Bankruptcy Court for the Western District of Missouri, as well as Fed. R. Bankr. P. 9016 and Fed. R. Civ. P., the United States Trustee, by undersigned counsel, requires **Christine Brandow** to produce the documents set forth on the attached subpoena duces tecum. Further, the United States Trustee intends to take the examination of Ms. Brandow at a future date to be determined by separate notice.  Pursuant to Local Rule 2004-1, any objection to, or motion to quash this notice must be filed within 7 days of this notice.

Dated:  June 20, 2024.

Respectfully submitted,

JERRY L. JENSEN
ACTING UNITED STATES TRUSTEE

and

PATTI J. STANLEY
ACTING ASSISTANT UNITED STATES TRUSTEE

BY: /s/ Adam E. Miller
Adam E. Miller, MO Bar #65429
Office of the United States Trustee
Charles Evans Whittaker Courthouse
400 East 9th Street, Room 3440
Kansas City, MO  64106
(816) 512-1940
(816) 512-1967 Telecopier
adam.e.miller@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

       The undersigned certifies that a copy of the foregoing was served by electronic notification, this 20th day of June 2024 on the Court's electronic case filing system and by U.S. Mail, postage prepaid, to the following:

Christine Brandow
1028 W. 70th Terrace
Kansas City, MO 64106

/s/ Adam E. Miller
Adam E. Miller

B2570 (Form 2570 – Subpoena to Produce Documents, Information, or Objects or To Permit Inspection in a Bankruptcy Case or Adversary Proceeding) (12/15)

# UNITED STATES BANKRUPTCY COURT

_____Western_____ District of ____Missouri____

In re __Bradley James Carlson_____
                    Debtor

_(Complete if issued in an adversary proceeding)_

Case No. ___24-40261_____

Chapter ___7_____

_____
                    Plaintiff
                        v.

_____
                    Defendant

Adv. Proc. No. _____

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A BANKRUPTCY CASE (OR ADVERSARY PROCEEDING)

To: ___Christine Brandow, 1028 West 70th Terrace, Kansas City, MO 64113_____
                    _(Name of person to whom the subpoena is directed)_

☐ _Production_: **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:  See Attached Exhibit "A"

| PLACE | DATE AND TIME |
|---|---|
| Office of the U.S. Trustee, 400 E. 9th Street, Ste. 3440 Kansas City MO 64106 | July 10, 2024 at 5:00 p.m. |

☐ _Inspection of Premises_: **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| PLACE | DATE AND TIME |
|---|---|
|  |  |

The following provisions of Fed. R. Civ. P. 45, made applicable in bankruptcy cases by Fed. R. Bankr. P. 9016, are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and 45(g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: __June 20, 2024__

            CLERK OF COURT

                                    OR

_____          ___/s/ Adam Eric Miller_____
_Signature of Clerk or Deputy Clerk_          _Attorney's signature_

The name, address, email address, and telephone number of the attorney representing _(name of party)_ Jerry L. Jensen, United States Trustee，who issues or requests this subpoena, are:
  Adam E. Miller, Esq.  400 E. 9th Street, Ste. 3440, Kansas City, Missouri 64106 816-512-1940 adam.e.miller@usdoj.gov

**Notice to the person who issues or requests this subpoena**

If this subpoena commands the production of documents, electronically stored information, or tangible things, or the inspection of premises before trial, a notice and a copy of this subpoena must be served on each party before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

## PROOF OF SERVICE
### (This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)

I received this subpoena for *(name of individual and title, if any)*: __Christine Brandow_____

on *(date)* June 20, 2024.

[X] I served the subpoena by delivering a copy to the named person as follows: __Certified Mail/Return Receipt Requested__

__1028 West 70th Terrace, Kansas City, MO 64113__

_____ on *(date)* __June 20, 2024_____ ; or

[ ] I returned the subpoena unexecuted because: _____

_____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of $ _____ .

My fees are $ _____ for travel and $_____ for services, for a total of $_____ .

I declare under penalty of perjury that this information is true and correct.

Date: __June 20, 2024_____

_____
/s/ Tavia Shreefer
*Server's signature*

Tavia Shreefer, Paralegal Specialist
_____
*Printed name and title*

400 E. 9th Street, Ste. 3440
Kansas City, MO 64106
_____
*Server's address*

Additional information concerning attempted service, etc.:

**UNITED STATES BANKRUPTCY COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

| | |
|---|---|
| **In re:** | ) |
| | ) |
| **BRADLEY JAMES CARLSON,** | )     **Case No. 24-40261-CAN7** |
| | ) |
| **Debtor.** | ) |

<u>**EXHIBIT "A" TO SUBPOENA FOR RULE 2004 EXAMINATION**</u>

TO:     Christine Brandow
        1028 W. 70th Terrace
        Kansas City, MO 64113

Produce the following things, within your possession custody and control:

1.      Any documents (defined for the purpose of this document as all written things, including but not limited to letters, emails, text messages, statements, filings, and the like, to be given the broadest possible meaning, whether in physical or electronic form, and whether stored in paper, on computer, or in the internet "cloud") which refer to, discuss or related to your alleged ownership of any legal entity associated with, employing or utilizing the services of Bradley James Carlson.

2.      All documents which refer to, discuss or relate to your service for any entity as an owner, officer, member, partner, organizer or registered agent for the period January 1, 2019 to present.

3.      To the extent not otherwise provided, a copy of any operating agreement, shareholder agreement or ownership agreement for any entity responses to requests number one or two.

4.      All communications (defined as emails, text messages and the like) between you and Brandley James Carlson discussing or relating to the following topics for the period January 1, 2019 to the present:
   a. The potential or actual appointment of a receiver over Mr. Carlson's person or legal entites;
   b. The filing of bankruptcy, either for Mr. Carlson individually or for any entity controlled by Mr. Carlson or you;
   c. The transfer of any assets, funds, customer accounts, business dealings, financial accounts, or the like between any entity owned or controlled by Mr. Carlson and any entity owned or controlled, in part or wholly by you;
   d. The transfer of any funds from any entity under the custody or control of Mr. Carlson to Mr. Carlson personally.
   e. The transfer of any funds from any entity under the custody or control of yourself to Mr. Carlson.
   f. The transfer of any funds from Mr. Carlson personally to any entity under his custody or control.
   g. The transfer of any funds from Mr. Carlson personally to any entity under your custody or control.
   h. A potential claim by Mr. Carlson against any or all entities under his custody of control,

totaling any amount up to $2,027,528.76.

i. The possession, transfer, or destruction of any financial records of Mr. Carlson, or any entity owned or controlled by Mr. Carlson.

j. The creation, possession or transfer of a backup drive containing the records of Mr. Carlson, or any entity owned or controlled by Mr. Carlson.

k. The deletion or alteration of any data on any backup drives containing the records of Mr. Carlson, or any entity owned or controlled by Mr. Carlson.

l. The deletion, destruction or alteration of any records or documents related to Mr. Carlson, or any entity owned or controlled by Mr. Carlson.

5.      All such communications between you and Emilie Thill which are response to any of the categories of communications sought in request number 4.

6.      Any document related to or discussing Mr. Carlson's personal finances for the period January 1, 2019 to the present.

7.      Any document related to or discussing the finances of any entity owned or controlled by Mr. Carlson for the period January 1, 2019 to the present.

8.      All electronically stored information, as that term is defined in the Federal Rules of Civil Proceed, including server or computer backups, and the like, not all already produced in response to a prior request, for any entity owned or controlled by Mr. Carlson.

Respectfully submitted,

JERRY L. JENSEN
ACTING UNITED STATES TRUSTEE

and

PATTI J. STANLEY
ACTING ASSISTANT UNITED STATES TRUSTEE

BY: /s/ Adam E. Miller
Adam E. Miller, MO Bar #65429
Office of the United States Trustee
Charles Evans Whittaker Courthouse
400 East 9th Street, Room 3440
Kansas City, MO  64106
(816) 512-1940
(816) 512-1967 Telecopier
adam.e.miller@usdoj.gov