# Exhibit I

# COMMERCIAL GUARANTY

| Principal | Loan Date | Maturity | Loan No | Call / Coll 9B / 57 | Account | Officer *** | Initials |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

References in the boxes above are for Lender s use only and do not limit the applicability of this document to any particular loan or item
Any item above containing *** has been omitted due to text length limitations

**Borrower** Mulungas LLC
244 West Mill Street Suite 101
Liberty MO 64068

**Lender** Enterprise Bank & Trust
Overland Park
12695 Metcalf Avenue
P O Box 25250
Overland Park KS 66213

**Guarantor** Bradley J Carlson
REDACTED

**CONTINUING GUARANTEE OF PAYMENT AND PERFORMANCE** For good and valuable consideration Guarantor absolutely and unconditionally guarantees full and punctual payment and satisfaction of Guarantor s Share of the Indebtedness of Borrower to Lender and the performance and discharge of all Borrower s obligations under the Note and the Related Documents This is a guaranty of payment and performance and not of collection so Lender can enforce this Guaranty against Guarantor even when Lender has not exhausted Lender's remedies against anyone else obligated to pay the Indebtedness or against any collateral securing the Indebtedness this Guaranty or any other guaranty of the Indebtedness Guarantor will make any payments to Lender or its order on demand in legal tender of the United States of America in same day funds without set off or deduction or counterclaim and will otherwise perform Borrower's obligations under the Note and Related Documents Under this Guaranty Guarantor s obligations are continuing

**INDEBTEDNESS** The word Indebtedness as used in this Guaranty means all of the principal amount outstanding from time to time and at any one or more times accrued unpaid interest thereon and all collection costs and legal expenses related thereto permitted by law attorneys fees arising from any and all debts liabilities and obligations of every nature or form now existing or hereafter arising or acquired that Borrower individually or collectively or interchangeably with others owes or will owe Lender Indebtedness includes without limitation loans advances debts overdraft indebtedness credit card indebtedness lease obligations liabilities and obligations under any interest rate protection agreements or oreign currency exchange agreements or commodity price protection agreements other obligations and liabilities of Borrower and any present or future judgments against Borrower future advances loans or transactions that renew extend modify refinance consolidate or substitute these debts liabilities and obligations whether voluntarily or involuntarily incurred due or to become due by their terms or acceleration absolute or contingent liquidated or unliquidated determined or undetermined direct or indirect primary or secondary in nature or arising from a guaranty or surety secured or unsecured joint or several or joint and several evidenced by a negotiable or non negotiable instrument or writing originated by Lender or another or others barred or unenforceable against Borrower for any reason whatsoever for any transactions that may be voidable for any reason (such as infancy insanity ultra vires or otherwise) and originated then reduced or extinguished and then afterwards increased or reinstated

If Lender presently holds one or more guaranties or hereafter receives additional guaranties from Guarantor Lender s rights under all guaranties shall be cumulative This Guaranty shall not (unless specifically provided below to the contrary) affect or invalidate any such other guaranties Guarantor s liability will be Guarantor s aggregate liability under the terms of this Guaranty and any such other unterminated guaranties

**GUARANTOR S SHARE OF THE INDEBTEDNESS** The words Guarantor s Share of the Indebtedness as used in this Guaranty mean an amount not to exceed Four Hundred Fifty nine Thousand & 00/100 Dollars ($459 000 00) of all the principal amount interest thereon to the extent not prohibited by law and all collection costs expenses and attorneys fees whether or not there is a lawsuit and if there is a lawsuit any fees and costs for trial and appeals

Guarantor s Share of the Indebtedness will only be reduced by sums actually paid by Guarantor under this Guaranty but will not be reduced by sums from any other source including but not limited to sums realized from any collateral securing the Indebtedness or this Guaranty or payments by anyone other than Guarantor or reductions by operation of law judicial order or equitable principles Lender has the sole and absolute discretion to determine how sums shall be applied among guaranties of the Indebtedness

The above limitation on liability is not a restriction on the amount of the Note of Borrower to Lender either in the aggregate or at any one time

**CONTINUING GUARANTY** THIS IS A CONTINUING GUARANTY UNDER WHICH GUARANTOR AGREES TO GUARANTEE THE FULL AND PUNCTUAL PAYMENT PERFORMANCE AND SATISFACTION OF THE GUARANTOR S SHARE OF THE INDEBTEDNESS OF BORROWER TO LENDER NOW EXISTING OR HEREAFTER ARISING OR ACQUIRED ON A CONTINUING BASIS ACCORDINGLY ANY PAYMENTS MADE ON THE INDEBTEDNESS WILL NOT DISCHARGE OR DIMINISH GUARANTOR S OBLIGATIONS AND LIABILITY UNDER THIS GUARANTY FOR ANY REMAINING AND SUCCEEDING INDEBTEDNESS EVEN WHEN ALL OR PART OF THE OUTSTANDING INDEBTEDNESS MAY BE A ZERO BALANCE FROM TIME TO TIME

**DURATION OF GUARANTY** This Guaranty will take effect when received by Lender without the necessity of any acceptance by Lender or any notice to Guarantor or to Borrower and will continue in full force until all the Indebtedness incurred or contracted before receipt by Lender of any notice of revocation shall have been fully and finally paid and satisfied and all of Guarantor s other obligations under this Guaranty shall have been performed in full If Guarantor elects to revoke this Guaranty Guarantor may only do so in writing Guarantor s written notice of revocation must be mailed to Lender by certified mail at Lender's address listed above or such other place as Lender may designate in writing Written revocation of this Guaranty will apply only to new Indebtedness created after actual receipt by Lender of Guarantor s written revocation For this purpose and without limitation the term new Indebtedness does not include the Indebtedness which at the time of notice of revocation is contingent unliquidated undetermined or not due and which later becomes absolute liquidated determined or due For this purpose and without limitation new Indebtedness does not include all or part of the Indebtedness that is incurred by Borrower prior to revocation incurred under a commitment that became binding before revocation any renewals extensions substitutions and modifications of the Indebtedness This Guaranty shall bind Guarantor s estate as to the Indebtedness created both before and after Guarantor's death or incapacity regardless of Lender s actual notice of Guarantor s death Subject to the foregoing Guarantor s executor or administrator or other legal representative may terminate this Guaranty in the same manner in which Guarantor might have terminated it and with the same effect Release of any other guarantor or termination of any other guaranty of the Indebtedness shall not affect the liability of Guarantor under this Guaranty A revocation Lender receives from any one or more Guarantors shall not affect the liability of any remaining Guarantors under this Guaranty It is anticipated that fluctuations may occur in the aggregate amount of the Indebtedness covered by this Guaranty and Guarantor specifically acknowledges and agrees that reductions in the amount of the Indebtedness even to zero dollars ($0 00) shall not constitute a termination of this Guaranty This Guaranty is binding upon Guarantor and Guarantor s heirs successors and assigns so long as any of the

Guaran or s Init als _____

## COMMERCIAL GUARANTY
### (Continued)

Guarantor's Share of the Indebtedness remains unpaid and even though the Guarantor s Share of the Indebtedness may from time to time be zero dollars ($0 00)

**GUARANTOR S AUTHORIZATION TO LENDER** Guarantor authorizes Lender either before or after any revocation hereof without notice or demand and without lessening Guarantor s liability under this Guaranty from time to time (A) prior to revocation as set forth above to make one or more additional secured or unsecured loans to Borrower to lease equipment or other goods to Borrower or otherwise to extend additional credit to Borrower (B) to alter compromise renew extend accelerate or otherwise change one or more times the time for payment or other terms of the Indebtedness or any part of the Indebtedness including increases and decreases of the rate of interest principal amount fees or other charges on the Indebtedness extensions may be repeated and may be for longer than the original loan term (C) to take and hold security for the payment of this Guaranty or the Indebtedness and exchange enforce waive subordinate fail or decide not to perfect and release any such security with or without the substitution of new collateral (D) to release substitute agree not to sue or deal with any one or more of Borrower s sureties endorsers or other guarantors on any terms or in any manner Lender may choose (E) to determine how when and what application of payments and credits shall be made on the Indebtedness (F) to apply such security and direct the order or manner of sale thereof including without limitation any nonjudicial sale permitted by the terms of the controlling security agreement or deed of trust as Lender in ts discretion may determine (G) to sell transfer assign or grant participations in all or any part of the Indebtedness and (H) to assign or transfer this Guaranty in whole or in part

**GUARANTOR S REPRESENTATIONS AND WARRANTIES** Guarantor represents and warrants to Lender that (A) no representations or agreements of any kind have been made to Guarantor which would limit or qualify in any way the terms of this Guaranty (B) this Guaranty is executed at Borrower s request and not at the request of Lender (C) Guarantor has full power right and authority to enter into this Guaranty (D) the provisions of this Guaranty do not conflict with or result in a default under any agreement or other instrument binding upon Guarantor and do not result in a violation of any law regulation court decree or order applicable to Guarantor (E) Guarantor has not and will not without the prior written consent of Lender sell lease assign encumber hypothecate transfer or otherwise dispose of all or substantially all of Guarantor s assets or any interest therein (F) upon Lender's request Guarantor will provide to Lender financial and credit information in form acceptable to Lender and all such financial information which currently has been and all future financial information which will be provided to Lender is and will be true and correct in all material respects and fairly present Guarantor s financial condition as of the dates the financial information is provided (G) no material adverse change has occured in Guaranto s financial condition since the date of the most recent financial statements provided to Lender and no event has occurred which may materially adversely affect Guarantor s financial condition (H) no litigation claim investigation administrative proceeding or similar action (including those for unpaid taxes) against Guarantor is pending or threatened (i) Lender has made no representation to Guarantor as to the creditworthiness of Borrower and (J) Guarantor has established adequate means of obtaining from Borrower on a continuing basis information regarding Borrower s financial condition Guarantor agrees to keep adequately informed from such means of any facts events or circumstances which might in any way affect Guarantor s risks under this Guaranty and Guarantor further agrees that absent a request for information Lender shall have no obligation to disclose to Guarantor any information or documents acquired by Lender in the course of its relationship with Borrower

**GUARANTOR S FINANCIAL STATEMENTS** Guarantor agrees to furnish Lender with the following

**Tax Returns** As soon as available but in no event later than thirty (30) days after the applicable filing date for the tax reporting period ended Guarantor's Federal and other governmental tax returns prepared by a certified public accountant satisfactory to Lender

**Additional Requirements Guarantor Annual Statements** As soon as available after the end of each fiscal year Guarantor s personal financial statement for the year ended prepared by Guarantor

A financial reports required to be provided under this Guaranty shall be prepared in accordance with GAAP applied on a consistent basis and certified by Guarantor as being true and correct

**GUARANTOR S WAIVERS** Except as prohibited by applicable law Guarantor waives any right to require Lender (A) to continue lending money or to extend other credit to Borrower (B) to make any presentment protest demand or notice of any kind including notice of any nonpayment of the Indebtedness or of any nonpayment related to any collateral or notice of any action or nonaction on the part of Borrower Lender any surety endorser or other guarantor in connection with the Indebtedness or in connection with the creation of new or additional loans or obligations (C) to resort for payment or to proceed directly or at once against any person including Borrower or any other guarantor (D) to proceed directly against or exhaust any collateral held by Lender from Borrower any other guarantor or any other person (E) to give notice of the terms time and place of any public or private sale of personal property security held by Lender from Borrower or to comply with any other applicable provisions of the Uniform Commercial Code (F) to pursue any other remedy within Lender's power or (G) to commit any act or omission of any kind or at any time with respect to any matter whatsoever

Guarantor also waives any and all rights or defenses based on suretyship or impairment of collateral including but not limited to any rights or defenses arising by reason of (A) any one action or anti deficiency law or any other law which may prevent Lender from bringing any action including a claim for deficiency against Guarantor before or after Lender s commencement or completion of any foreclosure action either judicially or by exercise of a power of sale (B) any election of remedies by Lender which destroys or otherwise adversely affects Guarantor s subrogation rights or Guarantor s rights to proceed against Borrower for reimbursement including without limitation any loss of rights Guarantor may suffer by reason of any law limiting qualifying or discharging the Indebtedness (C) any disability or other defense of Borrower of any other guarantor or of any other person or by reason of the cessation of Borrower s liability from any cause whatsoever other than payment in full in legal tender of the Indebtedness (D) any right to claim discharge of the Indebtedness on the basis of unjustified impairment of any collateral for the Indebtedness (E) any statute of limitations if at any time any action or suit brought by Lender against Guarantor is commenced there is outstanding Indebtedness which is not barred by any applicable statute of limitations or (F) any defenses given to guarantors at law or in equity other than actual payment and performance of the Indebtedness If payment is made by Borrower whether voluntarily or otherwise or by any third party on the Indebtedness and thereafter Lender is forced to remit the amount of that payment to Borrower s trustee in bankruptcy or to any similar person under any federal or state bankruptcy law or law for the relief of debtors the Indebtedness shall be considered unpaid for the purpose of the enforcement of this Guaranty

Guarantor further waives and agrees not to assert or claim at any time any deductions to the amount guaranteed under this Guaranty for any claim of setoff counterclaim counter demand recoupment or similar right whether such claim demand or right may be asserted by the Borrower the Guarantor or both

**GUARANTOR S UNDERSTANDING WITH RESPECT TO WAIVERS** Guarantor warrants and agrees that each of the waivers set forth above is made with Guarantor s full knowledge of its significance and consequences and that under the circumstances the waivers are reasonable and not contrary to public policy or law If any such waiver is determined to be contrary o any applicable law or public policy such waiver shall be effective only to the extent permitted by law or public policy

**RIGHT OF SETOFF** To the extent permitted by applicable law Lender reserves a right of setoff in all Guarantor s accounts with Lender

Guarantor s Initials

## COMMERCIAL GUARANTY
### (Continued)

Page 3

(whether checking savings or some other account) This includes all accounts Guarantor holds jointly with someone else and all accounts Guarantor may open in the future However this does not include any IRA or Keogh accounts or any trust accounts for which setoff would be prohibited by law Guarantor authorizes Lender to the extent permitted by applicable law to hold these funds if there is a default and Lender may apply the funds in these accounts to pay what Guarantor owes under the terms of this Guaranty

**SUBORDINATION OF BORROWER S DEBTS TO GUARANTOR** Guarantor agrees that the Indebtedness whether now existing or hereafter created shall be superior to any claim that Guarantor may now have or hereafter acquire against Borrower whether or not Borrower becomes insolvent Guarantor hereby expressly subordinates any claim Guarantor may have against Borrower upon any account whatsoever to any claim that Lender may now or hereafter have against Borrower In the event of insolvency and consequent liquidation of the assets of Borrower through bankruptcy by an assignment for the benefit of creditors by voluntary liquidation or otherwise the assets of Borrower applicable to the payment of the claims of both Lender and Guarantor shall be paid to Lender and shall be first applied by Lender to the Indebtedne s Guaranto does hereby assign to Lender all claims which it may have or acquire against Borrower or against any assignee or trustee in bankruptcy of Borrower provided however that such assignment shall be effective only for the purpose of assuring to Lender full payment in legal tender of the Indebtedness If Lender so requests any notes or credit agreements now or hereafter evidencing any debts or obligations of Borrower to Guarantor shal be marked with a legend that the same are subject to this Guaranty and shall be delivered to Lender Guarantor agrees and Lender is he ewv authorized in the name of Guarantor from time to time to file financing statements and continuation statements and to execute documents and to take such other actions as Lender deems necessary or appropriate to perfect preserve and enforce its rights under this Guaranty

**MISCELLANEOUS PROVISIONS** The following miscellaneous provisions are a part of this Guaranty

**Amendments** This Guaranty together with any Related Documents constitutes the entire understanding and agreement of the parties as to the matters set forth in this Guaranty No alteration of or amendment to this Guaranty shall be effective unless given in writing and signed by the party or parties sought to be charged or bound by the alteration or amendment

**Attorneys Fees Expenses** Guarantor agrees to pay upon demand all of Lender's costs and expenses including Lender s attorneys fees and Lender s legal expenses incurred in connection with the enforcement of this Guaranty Lender may hire or pay someone else to help enforce this Guaranty and Guarantor shall pay the costs and expenses of such enforcement Costs and expenses include Lender s attorneys fees and legal expenses whether or not there is a lawsuit including attorneys fees and legal expenses for bankruptcy proceedings (including efforts to modify or vacate any automatic stay or injunction) and appeals Guarantor also shall pay all court costs and such additional fees as may be directed by the court

**Caption Headings** Caption headings in this Guaranty are for convenience purposes only and are not to be used to interpret or define the provisions of this Guaranty

**Governing Law** This Guaranty will be governed by federal law applicable to Lender and to the extent not preempted by federal law the laws of the State of Missouri without regard to its conflicts of law provisions

**Choice of Venue** Guarantor agrees that the sole jurisdiction of any lawsuit arising hereunder shall be the state or federal courts having jurisdiction over any county in which the Lender has an office

**Integration** Guaran or further agrees that Guarantor has read and fully understands the terms of this Guaranty Guarantor has had the opportunity to be advised by Guarantor s attorney with respect to this Guaranty the Guaranty fully reflects Guarantor s intentions and parol evidence is not required to interpret the terms of this Guaranty Guarantor hereby indemnifies and holds Lender harmless from all losses claims damages and costs (including Lender s attorneys fees) suffered or incurred by Lender as a result of any breach by Guarantor of the warranties representations and agreements of this paragraph

**Interpretation** In all cases where there is more than one Borrower or Guarantor then all words used in this Guaranty in the singular shall be deemed to have been used in the plural where the context and construction so require and where there is more than one Borrower named in this Guaranty or when this Guaranty is executed by more than one Guarantor the words Borrower and Guarantor respectively shall mean all and any one or more of them The words Guarantor Borrower and Lender include the heirs successors assigns and transferees of each of them All of the obligations of Guarantor under this Guaranty (if more than one Guarantor) shall be joint and several If a court finds that any provision of this Guaranty is not valid or should not be enforced that fact by itself will not mean that the rest of this Guaranty will not be valid or enforced Therefore a court will enforce the rest of the provisions of this Guaranty even if a provision of this Guaranty may be found to be invalid or unenforceable If any one or more of Borrower or Guarantor are corporations partnerships limited liability companies or similar entities it is not necessary for Lender to inquire into the powers of Borrower or Guarantor or of the officers directors partners managers or other agents acting or purporting to act on their behalf and any indebtedness made or created in reliance upon the professed exercise of such powers shall be guaranteed under this Guaranty

**Notices** Any notice required to be given under this Guaranty shall be given in writing and except for revocation notices by Guarantor shall be effective when actually delivered when actually received by telefacsimile (unless otherwise required by law) when deposited with a nationally recognized overnight courier or if mailed when deposited in the United States mail as first class certified or registered mail postage prepaid directed to the addresses shown near the beginning of this Guaranty All revocation notices by Guarantor shall be in writing and shall be effective upon delivery to Lender as provided in the section of this Guaranty entitled DURATION OF GUARANTY Any party may change its address for notices under this Guaranty by giving formal written notice to the other parties specifying that the purpose of the notice is to change the party s address For notice purposes Guarantor agrees to keep Lender informed at all times of Guarantor s current address Unless otherwise provided or required by law if there is more than one Guarantor any notice given by Lender to any Guarantor is deemed to be notice given to all Guarantors

**No Waiver by Lender** Lender shall not be deemed to have waived any rights under this Guaranty unless such waiver is given in writing and signed by Lender No delay or omission on the part of Lender in exercising any right shall operate as a waiver of such right or any other right A waiver by Lender of a provision of this Guaranty shall not prejudice or constitute a waiver of Lender s right otherwise to demand strict compliance with that provision or any other provision of this Guaranty No prior waiver by Lender nor any course of dealing between Lender and Guarantor shall constitute a waiver of any of Lender s rights or of any of Guarantor s obligations as to any future transactions Whenever the consent of Lender is required under this Guaranty the granting of such consent by Lender in any instance shall not constitute continuing consent to subsequent instances where such consent is required and in all cases such consent may be granted or withheld in the sole discretion of Lender

**Successors and Assigns** This Guaranty shall be understood to be for the benefit of Lender and for such other person or persons as may from time to time become or be the holder or owner of any of the Indebtedness or any interest therein and this Guaranty shall be transferable to the same extent and with the same force and effect as any such Indebtedness may be transferable

Guarantor s Initials _____

## COMMERCIAL GUARANTY
### (Continued)

Page 4

**ADDITIONAL PROVISION 1** This Guaranty amends modifies and ratifies as amended the Commercial Guaranty dated December 23 2013 from Guarantor guarantying the Indebtedness of Borrower to Lender

**ADDITIONAL PROVISION 2 WAIVE JURY** Guarantor hereby waives the right to any jury trial in any action proceeding or counterclaim brought by either Lender or Guarantor against the other

**DEFINITIONS** The following capitalized words and terms shall have the following meanings when used in this Guaranty Unless specifically stated to the contrary all references to dollar amounts shall mean amounts in lawful money of the United States of America Words and terms used in the singular shall include the plural and the plural shall include the singular as the context may require Words and terms not otherwise defined in this Guaranty shall have the meanings attributed to such terms in the Uniform Commercial Code

**Borrower** The word Borrower means Mulungas LLC and includes all co signers and co makers signing the Note and all their successors and assigns

**GAAP** The word GAAP means generally accepted accounting principles

**Guarantor** The word Guarantor means everyone signing this Guaranty including without limitation Bradley J Carlson and in each case any signer s successors and assigns

**Guarantor s Share of the Indebtedness** The words Guarantor s Share of the Indebtedness mean Guarantor's indebtedness to Lender as more particularly described in this Guaranty

**Guaranty** The word Guaranty means this guaranty from Guarantor to Lender

**Indebtedness** The word Indebtedness means Borrower s indebtedness to Lender as more particularly described in this Guaranty

**Lender** The word Lender means Enterprise Bank & Trust its successors and assigns

**Note** The word Note means and includes without limitation all of Borrower s promissory notes and/or credit agreements evidencing Borrower s loan obligations in favor of Lender together with all renewals of extensions of modifications of refinancings of consolidations of and substitutions for promissory notes or credit agreements

**Related Documents** The words Related Documents mean all promissory notes credit agreements loan agreements environmental agreements guaranties security agreements mortgages deeds of trust security deeds collateral mortgages and all other instruments agreements and documents whether now or hereafter existing executed in connection with the Indebtedness

EACH UNDERSIGNED GUARANTOR ACKNOWLEDGES HAVING READ ALL THE PROVISIONS OF THIS GUARANTY AND AGREES TO ITS TERMS IN ADDITION EACH GUARANTOR UNDERSTANDS THAT THIS GUARANTY IS EFFECTIVE UPON GUARANTOR S EXECUTION AND DELIVERY OF THIS GUARANTY TO LENDER AND THAT THE GUARANTY WILL CONTINUE UNTIL TERMINATED IN THE MANNER SET FORTH IN THE SECTION TITLED DURATION OF GUARANTY NO FORMAL ACCEPTANCE BY LENDER IS NECESSARY TO MAKE THIS GUARANTY EFFECTIVE THIS GUARANTY IS DATED JULY 10 2014

GUARANTOR

X _____
Bradley J Carlson