# Exhibit J

## COMMERCIAL GUARANTY

| Principal | Loan Date | Maturity | Loan No | Call / Coll 1E / 59 | Account | Officer *** | Initials |
|-----------|-----------|----------|---------|----------------------|---------|-------------|----------|
| | | | | | | | |

| | |
|---|---|
| References in the boxes above are for Lender's use only and do not limit the applicability of this document to any particular loan or item | |
| Any item above containing *** has been omitted due to text length limitations | |

**Borrower**   Mulungas  LLC
3320 South Outer Road
Grain Valley  MO  64029

**Lender**   Enterprise Bank & Trust
Overland Park
12695 Metcalf Avenue
Overland Park  KS  66213

**Guarantor**   Bradley J  Carlson
REDACTED

---

**CONTINUING GUARANTEE OF PAYMENT AND PERFORMANCE**  For good and valuable consideration  Guarantor absolutely and unconditionally guarantees full and punctual payment and satisfaction of the Indebtedness of Borrower to Lender  and the performance and discharge of all Borrower's obligations under the Note and the Related Documents  This is a guaranty of payment and performance and not of collection  so Lender can enforce this Guaranty against Guarantor even when Lender has not exhausted Lender's remedies against anyone else obligated to pay the Indebtedness or against any collateral securing the Indebtedness  this Guaranty or any other guaranty of the Indebtedness  Guarantor will make any payments to Lender or its order  on demand  in legal tender of the United States of America  in same day funds  without set off or deduction or counterclaim  and will otherwise perform Borrower's obligations under the Note and Related Documents  Under this Guaranty  Guarantor's liability is unlimited and Guarantor's obligations are continuing

**INDEBTEDNESS**  The word  Indebtedness  as used in this Guaranty means all of the principal amount outstanding from time to time and at any one or more times  accrued unpaid interest thereon and all collection costs and legal expenses related thereto permitted by law  attorneys  fees  arising from any and all debts  liabilities and obligations of every nature or form  now existing or hereafter arising or acquired  that Borrower individually or collectively or interchangeably with others  owes or will owe Lender  Indebtedness includes  without limitation  loans  advances  debts  overdraft  indebtedness  credit card  indebtedness  lease  obligations  liabilities and obligations under any interest rate protection agreements or foreign currency exchange agreements or commodity price protection agreements  other obligations  and liabilities of Borrower  and any present or future judgments against Borrower  future advances  loans or transactions that renew  extend  modify  refinance  consolidate or substitute these debts  liabilities and obligations whether  voluntarily or involuntarily incurred  due or to become due by their terms or acceleration  absolute or contingent  liquidated or unliquidated  determined or undetermined  direct or indirect  primary or secondary in nature or arising from a guaranty or surety  secured or unsecured  joint or several or joint and several  evidenced by a negotiable or non negotiable instrument or writing  originated by Lender or another or others  barred or unenforceable against Borrower for any reason whatsoever  for any transactions that may be voidable for any reason (such as infancy  insanity  ultra vires or otherwise)  and originated then reduced or extinguished and then afterwards increased or reinstated

If Lender presently holds one or more guaranties  or hereafter receives additional guaranties from Guarantor  Lender's rights under all guaranties shall be cumulative  This Guaranty shall not (unless specifically provided below to the contrary) affect or invalidate any such other guaranties  Guarantor's liability will be Guarantor's aggregate liability under the terms of this Guaranty and any such other unterminated guaranties

**CONTINUING GUARANTY**  THIS IS A  CONTINUING  GUARANTY  UNDER WHICH GUARANTOR AGREES TO GUARANTEE THE FULL AND PUNCTUAL PAYMENT  PERFORMANCE  AND SATISFACTION OF THE INDEBTEDNESS OF BORROWER TO LENDER  NOW EXISTING OR HEREAFTER ARISING OR ACQUIRED  ON AN OPEN AND CONTINUING BASIS  ACCORDINGLY  ANY PAYMENTS MADE ON THE INDEBTEDNESS WILL NOT DISCHARGE OR DIMINISH GUARANTOR'S OBLIGATIONS AND LIABILITY UNDER THIS GUARANTY FOR ANY REMAINING AND SUCCEEDING INDEBTEDNESS EVEN WHEN ALL OR PART OF THE OUTSTANDING INDEBTEDNESS MAY BE A ZERO BALANCE FROM TIME TO TIME

**DURATION OF GUARANTY**  This Guaranty will take effect when received by Lender without the necessity of any acceptance by Lender  or any notice to Guarantor or to Borrower  and will continue in full force until all the Indebtedness incurred or contracted before receipt by Lender of any notice of revocation shall have been fully and finally paid and satisfied and all of Guarantor's other obligations under this Guaranty shall have been performed in full  If Guarantor elects to revoke this Guaranty  Guarantor may only do so in writing  Guarantor's written notice of revocation must be mailed to Lender  by certified mail  at Lender's address listed above or such other place as Lender may designate in writing  Written revocation of this Guaranty will apply only to new Indebtedness created after actual receipt by Lender of Guarantor's written revocation  For this purpose and without limitation  the term  new Indebtedness  does not include the Indebtedness which at the time of notice of revocation is contingent  unliquidated  undetermined or not due and which later becomes absolute  liquidated  determined or due  For this purpose and without limitation  new Indebtedness  does not include all or part of the Indebtedness that is  incurred by Borrower prior to revocation  incurred under a commitment that became binding before revocation  any renewals  extensions  substitutions and modifications of the Indebtedness  This Guaranty shall bind Guarantor's estate as to the Indebtedness created both before and after Guarantor's death or incapacity  regardless of Lender's actual notice of Guarantor's death  Subject to the foregoing  Guarantor's executor or administrator or other legal representative may terminate this Guaranty in the same manner in which Guarantor might have terminated it and with the same effect  Release of any other guarantor or termination of any other guaranty of the Indebtedness shall not affect the liability of Guarantor under this Guaranty  A revocation Lender receives from any one or more Guarantors shall not affect the liability of any remaining Guarantors under this Guaranty  It is anticipated that fluctuations may occur in the aggregate amount of the Indebtedness covered by this Guaranty  and Guarantor specifically acknowledges and agrees that reductions in the amount of the Indebtedness  even to zero dollars ($0 00)  shall not constitute a termination of this Guaranty  This Guaranty is binding upon Guarantor and Guarantor's heirs  successors and assigns so long as any of the Indebtedness remains unpaid and even though the Indebtedness may from time to time be zero dollars ($0 00)

**GUARANTOR'S AUTHORIZATION TO LENDER**  Guarantor authorizes Lender  either before or after any revocation hereof  without notice or demand and without lessening Guarantor's liability under this Guaranty from time to time  (A)  prior to revocation as set forth above  to make one or more additional secured or unsecured loans to Borrower  to lease equipment or other goods to Borrower  or otherwise to extend additional credit to Borrower  (B)  to alter  compromise  renew  extend  accelerate  or otherwise change the time  or more times the time for payment or other terms of the Indebtedness or any part of the Indebtedness  including increases and decreases of the rate of interest  principal amount  fees or other charges on the Indebtedness  extensions may be repeated and may be for longer than the original loan term  (C)  to take and hold security for the payment of this Guaranty or the Indebtedness  and exchange  enforce  waive  subordinate  fail or decide not to perfect  and release any such security  with or without the substitution of new collateral  (D)  to release  substitute  agree not to sue or deal with any one or more of Borrower's sureties  endorsers  or other guarantors on any terms or in any manner Lender may choose  (E)  to determine how  when and what application of payments and credits shall be made on the Indebtedness  (F)  to apply such security and direct the order or manner of sale thereof  including without limitation  any nonjudicial sale permitted by the terms of the controlling security agreement or deed of trust  as Lender in its discretion may determine  (G)  to sell  transfer  assign  or grant participations in all or any part of the Indebtedness and  (H)  to assign or transfer this Guaranty in whole or in part

## COMMERCIAL GUARANTY
### (Continued)

**GUARANTOR S REPRESENTATIONS AND WARRANTIES**   Guarantor represents and warrants to Lender that   (A)   no representations or agreements of any kind have been made to Guarantor which would limit or qualify in any way the terms of this Guaranty   (B)   this Guaranty is executed at Borrower s request and not at the request of Lender   (C)   Guarantor has full power   right and authority to enter into this Guaranty   (D)   the provisions of this Guaranty do not conflict with or result in a default under any agreement or other instrument binding upon Guarantor and do not result in a violation of any law   regulation   court decree or order applicable to Guarantor   (E)   Guarantor has not and will not   without the prior written consent of Lender   sell   lease   assign   encumber   hypothecate   transfer   or otherwise dispose of all or substantially all of Guarantor s assets   or any interest therein   (F)   upon Lender's request   Guarantor will provide to Lender financial and credit information in form acceptable to Lender   and all such financial information which currently has been   and all future financial information which will be provided to Lender   is and will be true and correct in all material respects and fairly present Guarantor's financial condition as of the dates the financial information is provided   (G)   no material adverse change has occurred in Guarantor's financial condition since the date of the most recent financial statements provided to Lender and no event has occurred which may materially adversely affect Guarantor s financial condition   (H) no litigation   claim   investigation   administrative proceeding or similar action (including those for unpaid taxes) against Guarantor is pending or threatened   (I)   Lender has made no representation to Guarantor as to the creditworthiness of Borrower   and   (J)   Guarantor has established adequate means of obtaining from Borrower on a continuing basis   information regarding Borrower s financial condition   Guarantor agrees to keep adequately informed from such means of any facts   events   or circumstances which might in any way affect Guarantor's risks under this Guaranty   and Guarantor further agrees that   absent a request for information   Lender shall have no obligation to disclose to Guarantor   any information or documents acquired by Lender in the course of its relationship with Borrower

**GUARANTOR S FINANCIAL STATEMENTS**   Guarantor agrees to furnish Lender with the following

    **Annual Statements**   As soon as available after the end of each fiscal year   Guarantor s balance sheet and income statement for the year ended   prepared by Guarantor

    **Tax Returns**   As soon as available   but in no event later than thirty (30) days after the applicable filing date for the tax reporting period ended   Guarantor s Federal and other governmental tax returns   prepared by a tax professional satisfactory to Lender

All financial reports required to be provided under this Guaranty shall be prepared in accordance with GAAP   applied on a consistent basis   and certified by Guarantor as being true and correct

**GUARANTOR S WAIVERS**   Except as prohibited by applicable law   Guarantor waives any right to require Lender   (A)   to continue lending money or to extend other credit to Borrower   (B)   to make any presentment   protest   demand   or notice of any kind   including notice of any nonpayment of the Indebtedness or of any nonpayment related to any collateral   or notice of any action or nonaction on the part of Borrower   Lender   any surety   endorser   or other guarantor in connection with the Indebtedness   or in connection with the creation of new or additional loans or obligations   (C)   to resort for payment or to proceed directly or at once against any person   including Borrower or any other guarantor   (D)   to proceed directly against or exhaust any collateral held by Lender from Borrower   any other guarantor   or any other person   (E)   to give notice of the terms   time   and place of any public or private sale of personal property security held by Lender from Borrower or to comply with any other applicable provisions of the Uniform Commercial Code   (F)   to pursue any other remedy within Lender s power   or   (G)   to commit any act or omission of any kind   or at any time   with respect to any matter whatsoever

Guarantor also waives any and all rights or defenses based on suretyship or impairment of collateral including   but not limited to   any rights or defenses arising by reason of   (A)   any   one action   or   anti deficiency   law or any other law which may prevent Lender from bringing any action   including a claim for deficiency   against Guarantor   before or after Lender s commencement or completion of any foreclosure action   either judicially or by exercise of a power of sale   (B)   any election of remedies by Lender which destroys or otherwise adversely affects Guarantor s subrogation rights or Guarantor s rights to proceed against Borrower for reimbursement   including without limitation   any loss of rights Guarantor may suffer by reason of any law limiting   qualifying   or discharging the Indebtedness   (C)   any disability or other defense of Borrower   of any other guarantor   or of any other person   or by reason of the cessation of Borrower s liability from any cause whatsoever   other than payment in full in legal tender of the Indebtedness   (D)   any right to claim discharge of the Indebtedness on the basis of unjustified impairment of any collateral for the Indebtedness   (E)   any statute of limitations   if at any time any action or suit brought by Lender against Guarantor is commenced   there is outstanding Indebtedness which is not barred by any applicable statute of limitations   or   (F)   any defenses given to guarantors at law or in equity other than actual payment and performance of the Indebtedness   If payment is made by Borrower   whether voluntarily or otherwise   or by any third party   on the Indebtedness and thereafter Lender is forced to remit the amount of that payment to Borrower s trustee in bankruptcy or to any similar person under any federal or state bankruptcy law or law for the relief of debtors   the Indebtedness shall be considered unpaid for the purpose of the enforcement of this Guaranty

Guarantor further waives and agrees not to assert or claim at any time any deductions to the amount guaranteed under this Guaranty for any claim of setoff   counterclaim   counter demand   recoupment   or similar right   whether such claim   demand   or right may be asserted by the Borrower   the Guarantor   or both

**GUARANTOR S UNDERSTANDING WITH RESPECT TO WAIVERS**   Guarantor warrants and agrees that each of the waivers set forth above is made with Guarantor s full knowledge of its significance and consequences and that   under the circumstances   the waivers are reasonable and not contrary to public policy or law   If any such waiver is determined to be contrary to any applicable law or public policy   such waiver shall be effective only to the extent permitted by law or public policy

**RIGHT OF SETOFF**   To the extent permitted by applicable law   Lender reserves a right of setoff in all Guarantor's accounts with Lender (whether checking   savings   or some other account)   This includes all accounts Guarantor holds jointly with someone else and all accounts Guarantor may open in the future   However   this does not include any IRA or Keogh accounts   or any trust accounts for which setoff would be prohibited by law   Guarantor authorizes Lender   to the extent permitted by applicable law   to hold these funds if there is a default   and Lender may apply the funds in these accounts to pay what Guarantor owes under the terms of this Guaranty

**SUBORDINATION OF BORROWER S DEBTS TO GUARANTOR**   Guarantor agrees that the Indebtedness   whether now existing or hereafter created   shall be superior to any claim that Guarantor may now have or hereafter acquire against Borrower   whether or not Borrower becomes insolvent   Guarantor hereby expressly subordinates any claim Guarantor may have against Borrower   upon any account whatsoever   to any claim that Lender may now or hereafter have against Borrower   In the event of insolvency and consequent liquidation of the assets of Borrower   through bankruptcy   by an assignment for the benefit of creditors   by voluntary liquidation   or otherwise   the assets of Borrower applicable to the payment of the claims of both Lender and Guarantor shall be paid to Lender and shall be first applied by Lender to the Indebtedness   Guarantor does hereby assign to Lender all claims which it may have or acquire against Borrower or against any assignee or trustee in bankruptcy of Borrower   provided however   that such assignment shall be effective only for the purpose of assuring to Lender full payment in legal tender of the Indebtedness   If Lender so requests   any notes or credit agreements now or hereafter evidencing any debts or obligations of Borrower to Guarantor shall be marked with a legend that the same are subject to this Guaranty and shall be delivered to Lender   Guarantor agrees   and Lender is hereby authorized   in the name of Guarantor   from time to time to file financing statements and continuation statements and to execute documents and to take such other actions as Lender deems necessary or appropriate to perfect   preserve and enforce its rights under this Guaranty

**MISCELLANEOUS PROVISIONS**   The following miscellaneous provisions are a part of this Guaranty

**Amendments**   This Guaranty together with any Related Documents constitutes the entire understanding and agreement of the parties as to the matters set forth in this Guaranty   No alteration of or amendment to this Guaranty shall be effective unless given in writing and signed by the party or parties sought to be charged or bound by the alteration or amendment

**Attorneys Fees Expenses**   Guarantor agrees to pay upon demand all of Lender's costs and expenses including Lender's attorneys fees and Lender s legal expenses incurred in connection with the enforcement of this Guaranty   Lender may hire or pay someone else to help enforce this Guaranty and Guarantor shall pay the costs and expenses of such enforcement   Costs and expenses include Lender s attorneys fees and legal expenses whether or not there is a lawsuit including attorneys fees and legal expenses for bankruptcy proceedings (including efforts to modify or vacate any automatic stay or injunction) and appeals   Guarantor also shall pay all court costs and such additional fees as may be directed by the court

**Caption Headings**   Caption headings in this Guaranty are for convenience purposes only and are not to be used to interpret or define the provisions of this Guaranty

**Governing Law   This Guaranty will be governed by federal law applicable to Lender and  to the extent not preempted by federal law  the laws of the State of Missouri without regard to its conflicts of law provisions**

**Integration**   Guarantor further agrees that Guarantor has read and fully understands the terms of this Guaranty   Guarantor has had the opportunity to be advised by Guarantor s attorney with respect to this Guaranty  the Guaranty fully reflects Guarantor's intentions and parol evidence is not required to interpret the terms of this Guaranty   Guarantor hereby indemnifies and holds Lender harmless from all losses claims  damages  and costs (including Lender s attorneys fees) suffered or incurred by Lender as a result of any breach by Guarantor of the warranties  representations and agreements of this paragraph

**Interpretation**   In all cases where there is more than one Borrower or Guarantor  then all words used in this Guaranty in the singular shall be deemed to have been used in the plural  where the context and construction so require  and where there is more than one Borrower named in this Guaranty or when this Guaranty is executed by more than one Guarantor  the words Borrower  and  Guarantor respectively shall mean all and any one or more of them   The words  Guarantor   Borrower  and  Lender  include the heirs  successors assigns  and transferees of each of them   All of the obligations of Guarantor under this Guaranty (if more than one Guarantor) shall be joint and several   If a court finds that any provision of this Guaranty is not valid or should not be enforced  that fact by itself will not mean that the rest of this Guaranty will not be valid or enforced   Therefore  a court will enforce the rest of the provisions of this Guaranty even if a provision of this Guaranty may be found to be invalid or unenforceable   If any one or more of Borrower or Guarantor are corporations partnerships  limited liability companies  or similar entities  it is not necessary for Lender to inquire into the powers of Borrower or Guarantor or of the officers  directors  partners  managers  or other agents acting or purporting to act on their behalf  and any indebtedness made or created in reliance upon the professed exercise of such powers shall be guaranteed under this Guaranty

**Notices**   Any notice required to be given under this Guaranty shall be given in writing  and  except for revocation notices by Guarantor shall be effective when actually delivered  when actually received by telefacsimile (unless otherwise required by law)  when deposited with a nationally recognized overnight courier  or  if mailed  when deposited in the United States mail  as first class  certified or registered mail postage prepaid  directed to the addresses shown near the beginning of this Guaranty   All revocation notices by Guarantor shall be in writing and shall be effective upon delivery to Lender as provided in the section of this Guaranty entitled  DURATION OF GUARANTY Any party may change its address for notices under this Guaranty by giving formal written notice to the other parties  specifying that the purpose of the notice is to change the party s address   For notice purposes  Guarantor agrees to keep Lender informed at all times of Guarantor s current address   Unless otherwise provided or required by law  if there is more than one Guarantor  any notice given by Lender to any Guarantor is deemed to be notice given to all Guarantors

**No Waiver by Lender**   Lender shall not be deemed to have waived any rights under this Guaranty unless such waiver is given in writing and signed by Lender   No delay or omission on the part of Lender in exercising any right shall operate as a waiver of such right or any other right   A waiver by Lender of a provision of this Guaranty shall not prejudice or constitute a waiver of Lender s right otherwise to demand strict compliance with that provision or any other provision of this Guaranty   No prior waiver by Lender  nor any course of dealing between Lender and Guarantor  shall constitute a waiver of any of Lender s rights or of any of Guarantor s obligations as to any future transactions Whenever the consent of Lender is required under this Guaranty  the granting of such consent by Lender in any instance shall not constitute continuing consent to subsequent instances where such consent is required and in all cases such consent may be granted or withheld in the sole discretion of Lender

**Successors and Assigns**   This Guaranty shall be understood to be for the benefit of Lender and for such other person or persons as may from time to time become or be the holder or owner of any of the Indebtedness or any interest therein  and this Guaranty shall be transferable to the same extent and with the same force and effect as any such Indebtedness may be transferable

**Replacement of Prior Guaranty**  This Guaranty amends  modifies  and ratifies as amended the Commercial Guaranty dated July 10  2014 from Guarantor guarantying the Indebtedness of Borrower to Lender

**DEFINITIONS**   The following capitalized words and terms shall have the following meanings when used in this Guaranty   Unless specifically stated to the contrary  all references to dollar amounts shall mean amounts in lawful money of the United States of America   Words and terms used in the singular shall include the plural  and the plural shall include the singular  as the context may require   Words and terms not otherwise defined in this Guaranty shall have the meanings attributed to such terms in the Uniform Commercial Code

**Borrower**   The word  Borrower  means Mulungas  LLC and includes all co signers and co makers signing the Note and all their successors and assigns

**GAAP**   The word  GAAP  means generally accepted accounting principles

**Guarantor**   The word  Guarantor' means everyone signing this Guaranty  including without limitation Bradley J  Carlson  and in each case any signer s successors and assigns

**Guaranty**   The word  Guaranty  means this guaranty from Guarantor to Lender

**Indebtedness**   The word  Indebtedness  means Borrower s indebtedness to Lender as more particularly described in this Guaranty

**Lender**   The word  Lender  means Enterprise Bank & Trust  its successors and assigns

**Note**   The word  Note  means the Note dated December 23  2013 and executed by Borrower in the principal amount of $765 000 00 together with all renewals of  extensions of  modifications of  refinancings of  consolidations of  and substitutions for the note or credit agreement

**Related Documents**   The words  Related Documents  mean all promissory notes  credit agreements  loan agreements  environmental agreements  guaranties  security agreements  mortgages  deeds of trust  security deeds  collateral mortgages  and all other instruments agreements and documents  whether now or hereafter existing  executed in connection with the Indebtedness

## COMMERCIAL GUARANTY
### (Continued)

Loan No REDACTED                                                                                      Page 4

**WAIVE JURY**  Lender and Guarantor hereby waive the right to any jury trial in any action proceeding or counterclaim brought by either Lender or Guarantor against the other

EACH UNDERSIGNED GUARANTOR ACKNOWLEDGES HAVING READ ALL THE PROVISIONS OF THIS GUARANTY AND AGREES TO ITS TERMS  IN ADDITION  EACH GUARANTOR UNDERSTANDS THAT THIS GUARANTY IS EFFECTIVE UPON GUARANTOR S EXECUTION AND DELIVERY OF THIS GUARANTY TO LENDER AND THAT THE GUARANTY WILL CONTINUE UNTIL TERMINATED IN THE MANNER SET FORTH IN THE SECTION TITLED  DURATION OF GUARANTY    NO FORMAL ACCEPTANCE BY LENDER IS NECESSARY TO MAKE THIS GUARANTY EFFECTIVE  THIS GUARANTY IS DATED JUNE 23  2015

GUARANTOR

X _____
Bradley J  Carlson

---

## INDIVIDUAL ACKNOWLEDGMENT

STATE OF __Missouri__                                        )
                                                            ) SS
__24th__ OF __June__                                        )

On this __24th__ day of __June__ _____ 20__15__ before me personally appeared **Bradley J  Carlson** to me known to be the person described in and who executed the foregoing Commercial Guaranty  and acknowledged that he or she executed the same as his or her free act and deed

Notary Public _____    [SEAL]

My Commission expires
__5/20/19__