# Exhibit M



## Personal Financial Statement Form

Attached is the Enterprise Bank & Trust personal financial statement form.  The main purpose for collecting the information is to determine the financial viability of individuals who seek to influence or resolve their personal liability for any obligation to Enterprise Bank & Trust.  Please provide complete and accurate information and then sign, date and notarize this personal financial statement before submitting it to Enterprise Bank & Trust.

## PERSONAL FINANCIAL STATEMENT

| NAME | SOCIAL SECURITY NUMBER | |
|---|---|---|
| Bradley Carlson | REDACTED | |

| ADDRESS | | | HOME PHONE |
|---|---|---|---|
| REDACTED | | | ( 816 ) 918-9640 |
| CITY | | STATE | ZIP CODE |
| REDACTED | | REDAC | REDACTED |
| PREVIOUS ADDRESS | | | |

| BUSINESS OR OCCUPATION | EMPLOYED BY | BUSINESS PHONE |
|---|---|---|
| CEO | Empirical Prime LLC | 800-805-6818 |
| NO. OF YEARS IN PRESENT POSITION | PREVIOUSLY EMPLOYED BY | NO. YEARS |
| 16 yrs | | |

| NO. OF DEPENDENTS | Co-Applicant FIRST NAME | Co-Applicant SOCIAL SECURITY NO. | |
|---|---|---|---|

**STATEMENT DATE :**        **(FILL IN ALL BLANKS WRITING "NO" OR "NONE" WHERE NECESSARY)**

| ASSETS | | LIABILITIES | |
|---|---|---|---|
| List stock options, pensions, profit sharing, royalties, other preferred compensation rights | | List and describe all other encumbrances (including, but not limited to security interests, perfected or not) against any personality. | |
| Cash, on hand and in banks – Sch. 1 | $2,800.00 | Notes payable to banks – Sch. 1 | |
| Notes and accounts due me (collectible) -- Sch. 2 | | Notes and accounts due to others – Sch. 8 | $53,565.22 |
| Merchandise and farm products – Sch. 7 | | Borrowed on life insurance – Sch. 3 | |
| Listed stocks and bonds – Sch. 5 | | Rent and interest due | |
| Cash surrender value of life insurance – Sch. 3 | $7,386.10 | Chattel mortgages | |
| | | Real estate taxes due – Sch. 4 | |
| SUBTOTAL QUICK ASSETS | | | |
| Real Estate – Sch. 4 | $2,560,000 | Real estate mortgages – Sch.4 | $2,226,892.51 |
| Machinery & fixtures (used in business) Sch.7 | | Other liens on real estate | |
| Unlisted stocks and bonds – Sch. 5 | | | |
| Livestock – Sch. 6 | | Judgments – Sch. 9 | |
| Automobile make        model | | TOTAL LIABILITIES | $2,280,457.73 |
| Other assets – Sch.7 | $97,607.00 | NET WORTH | $387,335.37 |
| | | TOTAL | $2,667,793.10 |
| | | CONTINGENT LIABILITIES | |
| TOTAL | $2,667,793.10 | As endorser or co-maker   (Guarantor) | $11,002,707.88 |
| My TOTAL INCOME for year ending 20 22      was: | | On leases or contracts | |
| Salary | $150,175.46 | Legal claims | |
| Commissions, fees, etc. | | Provisions for Federal income tax | |
| Interest and dividends received | | Other special debt | |
| Co-applicant's income (source) | | MONTHLY INCOME AND EXPENSES | |
| Real estate income (source) | | Net monthly income | $26,746.93 |
| Other income (source)   Empirical Prime (Ward Pkwy) | $71,619.24 | Groceries (number of people) | $2,800.00 | |
| Total monthly income of dependents (except Co-applicant) | | Installment payments House Payment | $13,093.09 | |
| | | Utilities (gas, water, electric, phone) | $840.47 | |
| GROSS INCOME | | Transportation | $750.00 | |
| Deduct:  taxes paid during year | $34,094.14 | Insurance (life, health, home, car) | $3,301.45 | |
| Interest paid | $31,530.64 | Medical | $388.20 | |
| Contributions | | Estimated tax payments  (Property) | $2,701.30 | |
| Business expenses | | Other Expenses (Specify below) | | |
| | | Pet Food | $170.00 | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | TOTAL EXPENSES | $24,044.51 |
| NET INCOME | $156,169.92 | DIFFERENCES BETWEEN INCOME AND EXPENSES | $2,702.42 |

# SCHEDULES

**No. 1  Banking Relations. (List trust accounts, credit unions, individual retirement accounts, other retirement accounts, checking and savings accounts, certificates of deposit, money market funds, loan accounts, and other accounts.)**

| Name and Location | Cash Balance | Amount of Loan | Maturity of Loan | How Endorsed.  Guaranteed or Secured |
|---|---|---|---|---|

| Bank of America | $2,800.00 | | | |
|---|---|---|---|---|
| Pinnacle Bank | | $2,226,892.51 | 03/01/2028 | Secured by Home |
| | | | | |

**No. 2  Accounts, Loans and Notes Receivable.  (A List of the amounts owing to me/us.)**

| Name and Address of Debtor | Amount Owing | Age of Debt | Description or Nature of Debt | Description of Security Held | Date Payment Expected |
|---|---|---|---|---|---|
| NA | | | | | |

**No. 3  Life Insurance.**

| Name of Person Insured | Name of Beneficiary | Name of Insurance Company | Type of Policy | Face Amount of Policy | Total Cash Surrender Value | Total Loans Against Policy | Amount of Yearly Premium | Is Policy Assigned? To Whom? |
|---|---|---|---|---|---|---|---|---|
| Brad Carlson | Carlson Trust | Lincoln Financ | Term | $4,800,000 | $0.00 | $0.00 | $6,976.32 | No |
| Brad Carlson | Carlson Trust | Protective Life | Universal | $500,000 | $7,386.10 | $0.00 | $169.96 | No |
| Brad Carlson | Carlson Trust | Lincoln Financ | Term | $3,200,000 | $0.00 | $0.00 | $11,080.88 | No |

**No. 4  Real Estate.  The legal and equitable title to all the real estate listed in this statement is solely in the name of the undersigned, except as follows:**

| Location City/ County | Description | Mortgages or Liens | Due Dates and Amounts of Payments | Mortgages or Lien Holder | Original Cost | Present Market Value | Unpaid Taxes Year | Unpaid Taxes Amount |
|---|---|---|---|---|---|---|---|---|
| KC MO/Jacks| REDACTED | $2,226,892.51 | 1st / $15,794.39 | Pinnacle Bank | $1,025.000 | $2,560,000 | NA | $0.00 |

**No. 5  Stock and Bonds.**

| Face Value Bonds No. Stock Shares | Description of Security | Registered Name of | Cost | Present Market Value | Income Received Last Year | If Pledged State to Whom |
|---|---|---|---|---|---|---|
| NA | | | | | | |
| | | TOTAL | | | | |

# SCHEDULES

**No. 6  Livestock.  (Designate if mortgaged.)**

| Number | Kind | Price | Market Value |
|---|---|---|---|
| NA | | | |

**No. 7 Other Assets. (Designate if mortgaged)**

| | Yes | No |
|---|---|---|
| 1. Are you a trustee, executor, or administrator? | ✓ | |
| 2. Is anyone holding any money or anything of value on your behalf? | | ✓ |
| 3. Is there any likelihood you will receive a devise, bequest, or other inheritance ever or in a given time? | | ✓ |
| 4. Do you receive, or under any circumstances, expect to receive, benefits from any established trust from a claim for compensation or damages or from a contingent or future interest or property of any kind? | | ✓ |

Indicate safe deposit boxes (institutions, addresses, account numbers, balances); art objects, jewelry (including watches and rings); rugs and collectibles; annuities and interests in partnerships, patents, copyrights, trademarks, service marks, inventions, royalty agreements, licenses, franchises and other general intangibles below.

| Description | Value |
|---|---|
| See Attached Schedule | $105,407.00 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

**No. 8 Notes and Accounts Payable to Others. (Itemize every debt over $1,000.)**

| Name of Creditor | Origin of Debt | When Due | Amount |
|---|---|---|---|
| Discover CC | | Monthly | $29,713.66 |
| American Express CC | | Monthly | $21,278.51 |
| Chase CC | | Monthly | $2,573.05 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | TOTAL DUE TO OTHERS | $53,565.22 |

**No. 9 Judgments. (Recorded and Unrecorded.)**

| To (Plaintiff) | County | Amount |
|---|---|---|
| NA | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | TOTAL JUDGMENTS | |

# SCHEDULES

**No. 10 Current and Prior Business Relations.**

List sole proprietorship, partnerships, joint ventures, corporation or other business enterprises of any kind in which you are now or have been either a principal stock holder, officer or director, manager or chief operating officer at any time during the past three (3) years and the value of stock or interest beneficial or otherwise which you have had in such enterprises. If the value is "0", so state.

| Description | Value |
|---|---|
| CEO of Empirical Prime LLC and its subsidiaries | $0.00 |

| | |
|---|---|
| TOTAL | $0.00 |

**No. 11 Financial Statements and Instruments. (Include any cashier's checks, certified checks, money orders, uncashed checks, or notes.)**

| From | To |
|---|---|
| NA | |

Have you had any cashier's checks, certified checks, money orders, or uncashed checks delivered to you or to another for your benefit? ☐ Yes ☑ No

Have you had any financial statements prepared for you or by yourself, or have you issued any financial statements to any banks, ☑ Yes ☐ No

financial institutions, corporations, firms, individuals, or other entities within the last four (4) years? If "Yes", attach true copies.

**NOTE: ATTACH ONLY TRUE AND CORRECT COPIES OF FEDERAL INCOME TAX RETURNS AND SCHEDULES FOR THE LAST THREE YEARS.**

# SCHEDULES

## OTHER LIABILITIES AND REMARKS

Transfer of all assets (real and/or personal each over $10,000.00) made by me other than in the ordinary course of business during the last three (3) calendar years. (Include party transferred to and relationship, business or family, if any.)

Compensation paid by recipient. (include to whom paid) NA

Total amount of notes endorsed by me  NA

Transfers of real estate within last three (3) years (include party transferred to, date and amount.) NA _____

Have you ever filed bankruptcy? Explain  No _____

Suits pending against me/us (Civil/Criminal)  No _____

Are you a partner in any venture? Explain  NA _____

There is no judgment against me/us, or lien unsatisfied upon my/our property, or suit pending against me/us in any court except as shown herein. I/we certify that the figures and statements contained herein and all representations herein are true and complete and give a correct showing of my/our financial condition as of  8/16  2023. Enterprise Bank & Trust is authorized to obtain such information as may be needed for verification.

Note that transactions which are not disclosed on this statement may subject me/us to criminal penalties under 18 U.S.C. 1014 as well as  applicable subsections of both 18 U.S.C. 981 pending to civil forfeiture and 18 U.S.C  982 pertaining to criminal forfeiture.

Signed this  16th  day of  August, 2023          Signature _____

Co-applicant's Signature _____

Sworn to before: _____C. Brandow_____          Signature ___C. Brandow___
Notary Public, in and for
Jackson  County, State of Missouri

**Be sure all schedules are filled out.**

C BRANDOW
Notary Public - Notary Seal
Jackson County - State of Missouri
Commission Number 15632659
My Commission Expires Nov 3, 2023

## BC PERSONAL ASSET SCHEDULE

**08/16/2023**

| CASH | DESCRIPTION | Serial # | Acquisition Cost | Current Value |
|---|---|---|---|---|
| **TOTALS** | | | **$2,800** | **$2,800** |
| | Cash Accounts - BofA | | $2,800 | $2,800 |

| LIFE INSURANCE CASH VALUE | | | Face Value | Cash Value |
|---|---|---|---|---|
| **TOTALS** | | | **$8,500,000** | **$7,386** |
| | Protective Life | | $500,000 | $7,386 |
| | Lincoln Financial | | $4,800,000 | $0 |
| | Lincoln Financial | | $3,200,000 | $0 |

| JEWELRY | DESCRIPTION | | Acquisition Cost | Current Value |
|---|---|---|---|---|
| **TOTALS** | | | **$40,323** | **$58,000** |
| | Rolex Yachtmaster | | $18,123 | $30,000 |
| | Rolex Submariner | | $7,300 | $18,000 |
| | Breitling Navitimer | | $6,400 | $5,000 |
| | Breitling Bentley | | $8,500 | $5,000 |

| GUNS | DESCRIPTION | | Acquisition Cost | Current Value |
|---|---|---|---|---|
| **TOTALS** | | | **$12,600** | **$12,600** |
| | Handgun - Taurus Judge | ADB971009 | $550 | $550 |
| | Handgun - Taurus Judge | ADB963453 | $550 | $550 |
| | Handgun - Taurus Judge | ADB971058 | $550 | $550 |
| | Handgun - Smith & Wesson 40mm | TZZ3663 | $700 | $700 |
| | Handgun - Smith & Wesson 38mm | KDJ3221 | $550 | $550 |
| | Handgun - Beretta 9mm M9A3 | BER725143 | $1,200 | $1,200 |
| | Handgun - Beretta 9mm Brigdier | WC4354 | $1,200 | $1,200 |
| | Assault Rifle - Springfield Armory 9mm SUB2000 | FG7F24 | $850 | $850 |
| | Assault Rifle - Springfield Armory 9mm | F034722 | $850 | $850 |
| | Assault Rifle - Smith & Wesson AR15 | SP33958 | $850 | $850 |
| | Shot Gun - Remmington 1100 12GA | L324562V | $650 | $650 |
| | Shot Gun - Benellie 12 GA Ethos | F320322V14 | $1,750 | $1,750 |
| | Shot Gun - Mossburg 12GA Tactical (Short) | T468504 | $1,800 | $1,800 |
| | Rifle - Marlon Firearms 30-06 | 91706476 | $550 | $550 |

| MOTOR VEHICLES | DESCRIPTION | | Acquisition Cost | |
|---|---|---|---|---|
| **TOTAL** | | | **$15,000** | **$9,000** |
| | 2020 Vespa Sprint 150 Blue | | $7,500 | $4,500 |
| | 2020 Vespa Sprint 150 Blue | | $7,500 | $4,500 |

| REAL ESTATE | DESCRIPTION | Mortgage | Current Value | Net Value |
|---|---|---|---|---|
| **TOTAL** | | | **$2,560,000** | **$333,107** |
| | REDACTED | $2,226,893 | $2,560,000 | $333,107 |

| MISCELLANEOUS | DESCRIPTION | | Acquisition Cost | |
|---|---|---|---|---|
| **TOTAL** | | | **$90,034** | **$18,007** |
| | RH- 2021 White Cloud Sofa | | $14,640 | $2,928 |
| | RH- 2020 Black Dining Table | | $3,220 | $644 |
| | RH- 2021 White/Gold Dining Room Chair 1 | | $895 | $179 |
| | RH- 2021 White/Gold Dining Room Chair 2 | | $895 | $179 |

| Description | Acquisition Cost | |
|---|---|---|
| RH- 2021 White/Gold Dining Room Chair 3 | $895 | $179 |
| RH- 2021 White/Gold Dining Room Chair 4 | $895 | $179 |
| RH- 2021 White/Gold Dining Room Chair 5 | $895 | $179 |
| RH- 2021 White/Gold Dining Room Chair 6 | $895 | $179 |
| 2022- Black/Gold Barstool Chair 1 | $564 | $113 |
| 2022- Black/Gold Barstool Chair 2 | $564 | $113 |
| 2022- Black/Gold Barstool Chair 3 | $564 | $113 |
| 2022- Black/Gold Barstool Chair 4 | $564 | $113 |
| 2022- Zebra Rug | $2,300 | $460 |
| RH- 2022 Black/Gold Office Table | $3,809 | $762 |
| RH- 2022 Gunmetal Office Desk | $3,789 | $758 |
| RH- 2022 Grey High Back Chair 1 | $1,342 | $268 |
| RH- 2020 Grey High Back Chair 2 | $1,342 | $268 |
| RH- 2021 Grey Manta Ray Bed Set | $3,678 | $736 |
| Stearns & Foster- 2022 King Matress | $4,567 | $913 |
| - 2022 King Matress | $880 | $176 |
| - 2022 Queen Matress | $856 | $171 |
| RH- 2021 Grey Manta Ray Night Stand 1 | $1,350 | $270 |
| RH- 2021 Grey Manta Ray Night Stand 2 | $1,350 | $270 |
| Custom Painting- Cats ' | $0 | $0 |
| Custom Painting- Rainbow | $0 | $0 |
| Custom Painiting- Black/Gold | $3,000 | $600 |
| Madagascar Dragon Tree Small w/Planter | $395 | $79 |
| Madagascar Dragon Tree Large w/Planter | $1,567 | $313 |
| Madagascar Dragon Tree Large w/Planter | $1,567 | $313 |
| Corn Plant Large w/Planter | $1,567 | $313 |
| Everglades Palm Large w/Planter | $1,567 | $313 |
| TV- Family Room | $1,098 | $220 |
| TV- Sun Room | $427 | $85 |
| TV- 2nd Master | $860 | $172 |
| Samsung 2022- Outdoor TV 50" | $4,867 | $973 |
| Outdoor TV Enclosure | $0 | $0 |
| Outdoor Table Black | $2,300 | $460 |
| Outdoor Chair Black 1 | $540 | $108 |
| Outdoor Chair Black 2 | $540 | $108 |
| Outdoor Chair Black 3 | $540 | $108 |
| Outdoor Chair Black 4 | $540 | $108 |
| Outdoor Chair Black 5 | $540 | $108 |
| Outdoor Chair Black 6 | $540 | $108 |
| Chase Louge Blue 1 | $1,367 | $273 |
| Chase Lounge Blue 2 | $1,367 | $273 |
| RH- Sofa Grey | $2,300 | $460 |
| RH- Chair Grey 1 | $980 | $196 |
| RH- Chari Grey 2 | $980 | $196 |
| Weber- 2021 4 Burner Grill Red | $856 | $171 |
| Traeger- 2020 Smoker Medium | $690 | $138 |
| Traeger- 2020 Smoker Large | $1,040 | $208 |
| Milwaukee Tool Chest | $897 | $179 |
| Gun Safe | $1,679 | $336 |
| Stihl-2022 Chain Saw | $550 | $110 |
| Stihl- 2022 Back Pak Blower | $649 | $130 |
| Stihl-2021 Blower | $345 | $69 |
| John Deere Sero Turn Mower | $2,950 | $590 |
| Milwaukee Electric Blower | $180 | $36 |

| ASSET SUMMARY | DESCRIPTION | Acquisition Cost | |
|---|---|---|---|
| **COMBINED TOTALS** | | **$160,757** | **$100,407** |