# Exhibit T

## BC PERSONAL ASSET SCHEDULE

08/16/2023

| CASH | DESCRIPTION | Serial # | Acquisition Cost | Current Value |
|---|---|---|---|---|
| **TOTALS** | | | **$2,800** | **$2,800** |
| | Cash Accounts - BofA | | $2,800 | $2,800 |

| LIFE INSURANCE CASH VALUE | | | Face Value | Cash Value |
|---|---|---|---|---|
| **TOTALS** | | | **$8,500,000** | **$7,386** |
| | Protective Life | | $500,000 | $7,386 |
| | Lincoln Financial | | $4,800,000 | $0 |
| | Lincoln Financial | | $3,200,000 | $0 |

| JEWELRY | DESCRIPTION | | Acquisition Cost | Current Value |
|---|---|---|---|---|
| **TOTALS** | | | **$40,323** | **$24,194** |
| | Rolex Yachtmaster | | $18,123 | $10,874 |
| | Rolex Submariner | | $7,300 | $4,380 |
| | Breitling Navitimer | | $6,400 | $3,840 |
| | Breitling Bentley | | $8,500 | $5,100 |

| GUNS | DESCRIPTION | | Acquisition Cost | Current Value |
|---|---|---|---|---|
| **TOTALS** | | | **$12,600** | **$6,300** |
| | Handgun - Taurus Judge | ADB971009 | $550 | $275 |
| | Handgun - Taurus Judge | ADB963453 | $550 | $275 |
| | Handgun - Taurus Judge | ADB971058 | $550 | $275 |
| | Handgun - Smith & Wesson 40mm | TZZ3663 | $700 | $350 |
| | Handgun - Smith & Wesson 38mm | KDJ3221 | $550 | $275 |
| | Handgun - Beretta 9mm M9A3 | BER725143 | $1,200 | $600 |
| | Handgun - Beretta 9mm Brigdier | WC4354 | $1,200 | $600 |
| | Assault Rifle - Springfield Armory 9mm SUB2000 | FG7F24 | $850 | $425 |
| | Assault Rifle - Springfield Armory 9mm | F034722 | $850 | $425 |
| | Assault Rifle - Smith & Wesson AR15 | SP33958 | $850 | $425 |
| | Shot Gun - Remmington 1100 12GA | L324562V | $650 | $325 |
| | Shot Gun - Benellie 12 GA Ethos | F320322V14 | $1,750 | $875 |
| | Shot Gun - Mossburg 12GA Tactical (Short) | T468504 | $1,800 | $900 |
| | Rifle - Marlon Firearms 30-06 | 91706476 | $550 | $275 |

| MOTOR VEHICLES | DESCRIPTION | | Acquisition Cost | |
|---|---|---|---|---|
| **TOTAL** | | | **$15,000** | **$9,000** |
| | 2020 Vespa Sprint 150 Blue | | $7,500 | $4,500 |
| | 2020 Vespa Sprint 150 Blue | | $7,500 | $4,500 |

| REAL ESTATE | DESCRIPTION | Mortgage | Current Value | Net Value |
|---|---|---|---|---|
| **TOTAL** | | | **$2,560,000** | **$333,107** |
| | REDACTED | $2,226,893 | $2,560,000 | $333,107 |

| MISCELLANEOUS | DESCRIPTION | | Acquisition Cost | |
|---|---|---|---|---|
| **TOTAL** | | | **$90,034** | **$18,007** |
| | RH- 2021 White Cloud Sofa | | $14,640 | $2,928 |
| | RH- 2020 Black Dining Table | | $3,220 | $644 |
| | RH- 2021 White/Gold Dining Room Chair 1 | | $895 | $179 |
| | RH- 2021 White/Gold Dining Room Chair 2 | | $895 | $179 |
| | RH- 2021 White/Gold Dining Room Chair 3 | | $895 | $179 |
| | RH- 2021 White/Gold Dining Room Chair 4 | | $895 | $179 |

| | | Description | | Acquisition Cost | |
|---|---|---|---|---|---|
| | | RH- 2021 White/Gold Dining Room Chair 5 | | $895 | $179 |
| | | RH- 2021 White/Gold Dining Room Chair 6 | | $895 | $179 |
| | | 2022- Black/Gold Barstool Chair 1 | | $564 | $113 |
| | | 2022- Black/Gold Barstool Chair 2 | | $564 | $113 |
| | | 2022- Black/Gold Barstool Chair 3 | | $564 | $113 |
| | | 2022- Black/Gold Barstool Chair 4 | | $564 | $113 |
| | | 2022- Zebra Rug | | $2,300 | $460 |
| | | RH- 2022 Black/Gold Office Table | | $3,809 | $762 |
| | | RH- 2022 Gunmetal Office Desk | | $3,789 | $758 |
| | | RH- 2022 Grey High Back Chair 1 | | $1,342 | $268 |
| | | RH- 2020 Grey High Back Chair 2 | | $1,342 | $268 |
| | | RH- 2021 Grey Manta Ray Bed Set | | $3,678 | $736 |
| | | Stearns & Foster- 2022 King Matress | | $4,567 | $913 |
| | | - 2022 King Matress | | $880 | $176 |
| | | - 2022 Queen Matress | | $856 | $171 |
| | | RH- 2021 Grey Manta Ray Night Stand 1 | | $1,350 | $270 |
| | | RH- 2021 Grey Manta Ray Night Stand 2 | | $1,350 | $270 |
| | | Custom Painting- Cats ' | | $0 | $0 |
| | | Custom Painting- Rainbow | | $0 | $0 |
| | | Custom Painiting- Black/Gold | | $3,000 | $600 |
| | | Madagascar Dragon Tree Small w/Planter | | $395 | $79 |
| | | Madagascar Dragon Tree Large w/Planter | | $1,567 | $313 |
| | | Madagascar Dragon Tree Large w/Planter | | $1,567 | $313 |
| | | Corn Plant Large w/Planter | | $1,567 | $313 |
| | | Everglades Palm Large w/Planter | | $1,567 | $313 |
| | | TV- Family Room | | $1,098 | $220 |
| | | TV- Sun Room | | $427 | $85 |
| | | TV- 2nd Master | | $860 | $172 |
| | | Samsung 2022- Outdoor TV 50" | | $4,867 | $973 |
| | | Outdoor TV Enclosure | | $0 | $0 |
| | | Outdoor Table Black | | $2,300 | $460 |
| | | Outdoor Chair Black 1 | | $540 | $108 |
| | | Outdoor Chair Black 2 | | $540 | $108 |
| | | Outdoor Chair Black 3 | | $540 | $108 |
| | | Outdoor Chair Black 4 | | $540 | $108 |
| | | Outdoor Chair Black 5 | | $540 | $108 |
| | | Outdoor Chair Black 6 | | $540 | $108 |
| | | Chase Louge Blue 1 | | $1,367 | $273 |
| | | Chase Lounge Blue 2 | | $1,367 | $273 |
| | | RH- Sofa Grey | | $2,300 | $460 |
| | | RH- Chair Grey 1 | | $980 | $196 |
| | | RH- Chari Grey 2 | | $980 | $196 |
| | | Weber- 2021 4 Burner Grill Red | | $856 | $171 |
| | | Traeger- 2020 Smoker Medium | | $690 | $138 |
| | | Traeger- 2020 Smoker Large | | $1,040 | $208 |
| | | Milwaukee Tool Chest | | $897 | $179 |
| | | Gun Safe | | $1,679 | $336 |
| | | Stihl-2022 Chain Saw | | $550 | $110 |
| | | Stihl- 2022 Back Pak Blower | | $649 | $130 |
| | | Stihl-2021 Blower | | $345 | $69 |
| | | John Deere Sero Turn Mower | | $2,950 | $590 |
| | | Milwaukee Electric Blower | | $180 | $36 |
| | ASSET SUMMARY | DESCRIPTION | | Acquisition Cost | |
| | **COMBINED TOTALS** | | | **$160,757** | **$400,794** |