# Exhibit V

Electronically Filed - JACKSON - INDEPENDENCE - January 19, 2024 - 04:05 PM

IN THE CIRCUIT COURT OF JACKSON COUNTY, MISSOURI
AT INDEPENDENCE

| | | |
|---|---|---|
| ENTERPRISE BANK & TRUST, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2316-CV28464 |
| | ) | |
| MULUNGAS II, LLC, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

BRENT KING, RECEIVER'S REPORT
REPORT NO. 1

Brent King is Receiver of the following Receivership entities: Mulungas II, LLC f/k/a Force Commercial Building, LLC, a Missouri Limited Liability Company; Mulungas I, LLC, f/k/a Mulungas, LLC, a Missouri Limited Liability Company; Empirical Prime, LLC, f/k/a Force Midwest, LLC, a Missouri Limited Liability Company; Apex Specialty Vehicles, LLC, a Missouri Limited Liability Company ("Apex"); MAG Trucks, LLC, a Missouri Limited Liability Company ("MAG Trucks"); and EP Manufacturing, LLC, f/k/a Mid Western Automotive, LLC, a Missouri Limited Liability Company (the "Receiver").

The Court approved and entered a Limited Order for Appointment of Receiver on November 3, 2023. The Court Order set out, among other provisions, as follows:

> "The Court finds that it has jurisdiction over the parties and the subject matter, the legal prerequisites for the appointment of a receiver have been met and that equity will be served by the appointment of a limited general receiver at this time with limited powers until a post-appointment hearing on the merits of the appointment of a receiver order may be held."

Electronically Filed - JACKSON - INDEPENDENCE - January 19, 2024 - 04:05 PM

The Court approved and entered a Stipulated Order Appointing Receiver on November 17, 2023. The Court Order set out, among other provisions, as follows:

IT IS ORDERED that Brent King, Managing Director of Glass Ratner Advisory and Capital Group, be, and he hereby is, appointed the general receiver ("Receiver") of Defendants Mulungas II, Mulungas I, Empirical, Apex, Mag, and EP, pursuant to the Missouri Commercial Receivership Act, Mo. Rev. Stat. § 515.500 et seq. (MCRA), and Mo. R. Civ. P. 62.08, limited to the orders of the Court outlined herein, to serve with bond. Unless otherwise expressly set forth in this or a subsequent separate Order, the provisions of the MCRA shall control Receivership administration. The Receiver shall take such action as is in the best interests of Plaintiff and creditors and parties in interest.

The Receiver would note that, as opposed to a Receivership liquidating personal and real property, this Receivership proceeding is very complex and intertwined with an extensive number of related entities. The Receiver has recovered the server at the offices of MAG Trucks and Apex and downloaded the information on the server but from the Receiver's perspective many documents have been previously removed from the server. Bradley J. Carlson, former CEO at the time of the appointment of Brent King, as Receiver, related to him that all of the company documents and financial information were on the server and that statement is not correct and is inaccurate.

As a result, extensive time has been spent trying to piece together the financial information in regard to the Receivership entities and to understand the scope and extent of the way in which business was conducted at MAG Trucks and Apex.

Electronically Filed - JACKSON - INDEPENDENCE - January 19, 2024 - 04:05 PM

The Receiver has prepared this Report in order to give the Court and creditors a more accurate statement of the financial condition of the Receivership entities.

The following details the current status of the actions of Brent King, Receiver.

### Empirical Prime – Apex Specialty Vehicles, LLC and Mag Trucks operations

Empirical Prime is a named Receivership Entity that owns two  non-operating companies: Apex Specialty Vehicles LLC ("Apex") and MAG Trucks LLC ("MAG Trucks").  MAG Trucks and Apex are named Receivership Entities.

MAG Trucks previously sold light duty, step side trucks and cargo vans.  Apex previously built custom bodies for the trucks sold by MAG Trucks, including food trucks, personal travel coaches, and custom "one-off" bodies usually for mobile product marketing.

MAG Trucks and Apex were engaged in a business that requires large amounts of capital. They existed in a highly competitive marketplace in an industry that generates thin profit margins. MAG Trucks and Apex have struggled financially and have been insolvent since 2019. Apex, Empirical Prime and Mid-Western Automotive (which includes MAG Trucks) received PPP loans of $734,000 in 2021 and $628,000 in 2020 which were forgiven. In addition, these companies received $1,400,000 under the CARES Act in 2021  from the US Treasury that gave MAG Trucks and Apex the ability to keep the doors open but did nothing to resolve the burdens of excessive overhead, inadequate profits and personal distributions to Bradley J. Carlson.

### Financial reporting irregularities

Financial statements prepared and distributed by Apex and MAG Trucks failed to accurately reflect their true financial condition.  The balance sheets intentionally overstated the

Electronically Filed - JACKSON - INDEPENDENCE - January 19, 2024 - 04:05 PM

value of assets including work in process, inventory, and cash on hand.  MAG Trucks and Apex intentionally omitted debts and obligations to other banks or failed to properly identify or include debt to the secured creditors from whom it borrowed.  The loan agreement between MAG Trucks, Apex and its senior secured creditor, Enterprise Bank, contains a prohibition against borrowing from other banks.  Unbeknownst to Enterprise Bank & Trust, MAG Trucks and Apex obtained additional lines of credit from Pinnacle Bank and Central Bank, in violation of its loan covenants with Enterprise Bank & Trust.

MAG Trucks and Apex also prepared and distributed Income Statements that significantly overstated profits.  On November 17, 2023, Bradley J. Carlson told the Receiver that MAG Trucks and Apex is having one of its best years ever and falsely claimed MAG Trucks and Apex had booked more than $1.7 million of EBITDA in the first 10 months of 2023.  The Receiver has reviewed the QuickBooks records and can confirm that the Company's CFO, Ms. Christine Brandow, had improperly recorded approximately $1,500,000 of customer deposits as revenue, and failed to enter the expenses that Apex would incur by completing the work related to these customer deposits.  The results of  Ms. Brandow's misstatement overstated 2023 earnings by approximately $1,500,000.  By 2023, the Company's Banks had stopped advancing operating capital to MAG Trucks and Apex.  Customer deposits were the only remaining source of operating funds.

MAG Trucks required its customers to pay in advance for every truck it sold.  Apex required a pre-paid deposit of 50% to 100% before work could begin.

MAG Trucks and Apex historically lacked capital and so it used current customer deposits to build vehicles it had sold months earlier.  But in 2023, with no  bank capital, MAG Trucks and Apex fell even farther behind.  MAG Trucks and Apex did not segregate customer prepayment

Electronically Filed - JACKSON - INDEPENDENCE - January 19, 2024 - 04:05 PM

into segregated accounts and had no financial protocols to protect customer deposits.  As  soon as customer deposits were received, MAG Trucks and Apex disbursed the funds to other uses.  When MAG Trucks and Apex closed, on October 31, 2023, the customer deposit accounts were short by more than $2,000,000 of funds.  Individual customer account shortfalls range from $40,000 to $325,000.

Bradley J. Carlson met the Receiver upon his appointment and provided a sheet detailing work contracted for and not yet completed. The chart provided by Bradley J. Carlson is below for the Court and creditors review.

| Customer Names | Truck/ Sprinter/ Trailer/ RV/ Cust Owned | Contract Date | Vehicle Purchase | Title To Customer | Contract + Change Orders Amount | Initial Payment | Production Spot Reservation | Initial Payment Amount (50%) | Change Order Payment Received | Progress Payments Received | Balance of Contract | SOW Complete to What Point | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Loaves and Fishes | Truck | 5/19/2023 | ☑ | ☐ | 355,000.00 | ☑ | | 177,500.00 | | | 177,500.00 | 30% Comp | |
| Louisiana Running | Truck | 8/7/2023 | ☑ | ☑ | 108,000.00 | ☑ | | 54,000.00 | | 20,298.00 | 33,702.00 | 90% Comp | |
| KC Outreach | RV | 6/23/2023 | ☑ | ☐ | 157,000.00 | ☑ | | 78,500.00 | | 39,250.00 | 39,250.00 | 95% Comp | |
| Carousel's #3 | Truck | 7/27/2023 | ☑ | ☐ | 180,000.00 | ☑ | | 90,000.00 | | 110,000.00 | -20,000.00 | 75% Comp | |
| Wegmans | Sprinter | 3/8/2023 | ☑ | ☑ | 211,490.00 | ☑ | | 105,745.00 | | | 105,745.00 | Not started | |
| Catholic Charities | Truck | 2/10/2023 | ☑ | ☑ | 74,932.00 | ☑ | | 37,466.00 | | | 37,466.00 | Not started | |
| Circus Arts | Trailer | 10/4/2023 | ☐ | ☐ | 81,250.00 | ☑ | | 40,625.00 | | | 40,625.00 | Not started | |
| MGI (McCoy) | Sprinter | 4/28/2023 | ☑ | ☑ | 207,515.00 | ☑ | | 103,757.50 | | | 103,757.50 | Not started | |
| OFI (Oliver) | Sprinter | 5/25/2023 | ☑ | ☑ | 170,000.00 | ☑ | | 85,000.00 | | | 85,000.00 | Not started | |
| AJK (Pet Foods) | Sprinter | 5/23/2023 | ☑ | ☑ | 202,560.00 | ☑ | | 101,280.00 | | | 101,280.00 | Not started | |
| Jaska Russell | Sprinter | 5/10/2023 | ☑ | ☑ | 227,538.00 | ☑ | | 107,250.00 | 13,038.00 | | 107,250.00 | Not started | |
| Jeff Collins | Sprinter | 5/10/2023 | ☑ | ☑ | 225,166.00 | ☑ | | 108,000.00 | 9,166.00 | | 108,000.00 | Not started | |
| Pro Athlete | Sprinter | 10/20/2023 | ☑ | ☐ | 217,314.00 | ☑ | | 108,657.00 | | | 108,657.00 | Not started | |
| B2Z Enterprises (Reza) | Cust Owned | 10/24/2023 | ☐ | ☐ | 211,499.00 | ☑ | 50,000.00 | 0.00 | | | 161,499.00 | Not started | |
| Credit Union of Texas | Truck | 9/12/2023 | ☑ | ☑ | 179,230.00 | ☑ | | 89,615.00 | | | 89,615.00 | Not started | |
| Cerro Coso | Sprinter | | ☑ | ☑ | 0.00 | ☐ | | 0.00 | | | 0.00 | Vehicle Only | |
| MMR Constructors | Sprinter | | ☑ | ☑ | 0.00 | ☐ | | 0.00 | | | 0.00 | Vehicle Only | |
| Red Shed | Ford F59 | | ☑ | ☑ | 0.00 | ☐ | | 0.00 | | | 0.00 | 85% Comp | MAG Unit |
| | | | | | | | 50,000.00 | 1,287,395.50 | 22,204.00 | 169,548.00 | 1,279,346.50 | | |
| | | | | | | | Total Payments Collected to Date | | | 1,529,147.50 | | | |

A true and accurate statement of work to be performed and the status of title, funds collected and status of work performed is set out by the Receiver below.

Electronically Filed - JACKSON - INDEPENDENCE - January 19, 2024 - 04:05 PM

MATRIX OF CUSTOMER RELATED LOSSES AT APEX AND MAG:

Enterprise Bank and Trust v. Mulungas II, LLC, et. al.
Circuit Court of Jackson County, Missouri
Case No.: 2316-CV-28464

| Buyer Name | Background | Funds Collected by MAG / Apex From Customers | Customer and Bank Losses By Buyer | Status of Work On Project |
|---|---|---|---|---|
| Pro Athlete | Mag sold truck that does not exist | 204,105.00 | 204,105.00 | Work not started - chassis does not exist |
| Credit Union of Texas | Mag sold truck that does not exist | 198,613.00 | 198,613.00 | Work not started - chassis does not exist |
| Circus Arts | Mag sold trailer that does not exist | 40,625.00 | 40,625.00 | Work not started - trailer does not exist |
| Carousel's #... | Apex accepted deposit for truck that does not exist | 100,000.00 | 100,000.00 | Work not started - chassis does not exist |
| Carousel's #3 | Mag sold truck without consent of Receiver | 261,292.00 | 261,292.00 | Actually complete |
| Loaves & Fishes of St. Louis | Mag sold truck out of trust | 327,500.00 | 327,500.00 | Mostly incomplete - truck does not operate |
| KC Outreach - KC Health Department | Mag sold truck out of trust | 293,250.00 | 156,000.00 | Nearly complete |
| Treasure Valley Coffee | Mag sold truck out of trust | 50,000.00 | 50,000.00 | Customer has vehicle - title held by Bank |
| Habitat LLC/Mike Weis/Roc Shoe | Mag sold truck but does not possess title | 70,000.00 | 70,000.00 | Partially complete - truck does not operate |
| Louisiana Running | Title has been delivered to the buyer | 74,298.00 | 44,298.00 | Partially complete - vehicle is inoperable |
| MCI - McCoy Group Inc | The title has been delivered to the buyer | 199,980.00 | 103,757.00 | Work not started |
| 961, LLC | The title has been delivered to the buyer | 90,000.00 | 90,000.00 | Work not started |
| Catholic Charities | The title has been delivered to the buyer | 92,080.00 | 37,440.00 | Work not started |
| ABA Properties, LLC | The title has been delivered to the buyer | 282,720.00 | 101,280.00 | Work not started |
| Justin Russell | The title has been delivered to the buyer | 87,250.00 | 103,250.00 | Work not started |
| Jeff Collins | The title has been delivered to the buyer | 138,000.00 | 108,000.00 | Work not started |
| Weavers | The title has been delivered to the buyer | 292,255.00 | 108,725.00 | Work not started |
| Total | | $ 3,592,851.00 | $ 2,025,923.00 | |

Is Riley Advisory Services
A division of Riley Financial, a nationally recognized [NASDAQ: RILY]

The Receiver and his counsel have coordinated with the customers of MAG Trucks and Apex as to the status of the vehicles they contracted to purchase from MAG Trucks, the work Apex was paid to perform and complete. The Receiver and his counsel have determined bona fide purchasers should receive the vehicles they paid MAG Trucks for.

Losses related to customer contracts and deposits fall into four general categories:

- Sale of trucks that were never provided

- Sale of trucks out of trust

- Deposits received for projects that were started but are not complete

- Deposits received for projects that were not started

Electronically Filed - JACKSON - INDEPENDENCE - January 19, 2024 - 04:05 PM

The Receiver and his Counsel regularly communicate with customers about the facts associated with their claim, and how to best address them.

**Sale of Trucks that do not Exist**

1) Credit Union of Texas ("CUTX")
2) Pro Athlete of Kansas City, Missouri ("Pro Athlete")
3) B2Z Enterprises

1) <u>Credit Union of Texas ("CUTX"):</u>

On September 12, 2023, MAG Trucks and Apex signed contracts related to the production of a truck with custom build out, for the Credit Union of Texas ("CUTX"). The MAG Trucks invoice to CUTX specified a unique VIN number that it allegedly sold to CUTX. CUTX paid $89,000.00 for the truck, but the Receiver has confirmed the truck is the property of John Kennedy Ford's Commercial Truck dealership in Pennsylvania. John Kennedy sales manager confirmed that truck was not sold to MAG Trucks. CUTX advised the Receiver they had no idea MAG Trucks did not own the truck CUTX purchased from MAG Trucks.

In September 2023, CUTX paid Apex an additional $89,615.00 as a 50% down payment for the body Apex agreed to build on the truck MAG Trucks had just sold CUTX. MAG Trucks sold CUTX a truck that does not exist and all the money MAG Trucks and Apex collected from CUTX is gone. The statements of the Receiver are documented by Ryan Lione, counsel for CUTX. The letter is as follows:

Electronically Filed - JACKSON - INDEPENDENCE - January 19, 2024 - 04:05 PM



# GRIFFITH DAVISON

December 20, 2023

Brent King                                                  VIA Email: BKing@Brileyfin.com
B | Riley Advisory Services
7101 College Blvd., Suite 730
Overland Park, Kansas 66210

Re:     Credit Union of Texas as Creditor of Apex Specialty Vehicles, LLC & MAG Trucks, LLC

Dear Mr. King:

We represent Credit Union of Texas ("CUTX") and were recently notified of your appointment as receiver for Apex Specialty Vehicles, LLC ("Apex") and MAG Trucks, LLC ("MAG"). This letter is to inform you of CUTX's contracts with MAG and Apex regarding the purchase and custom buildout of a food truck ("Vehicle"), which occurred prior to your appointment. Below are the details of the contracts with MAG and Apex, and attached are all relevant documents (as further described herein) for your review.

*Timeline and Details of Contracts*

CUTX purchased the Vehicle from MAG and entered into an agreement with Apex to customize the Vehicle. Below is a timeline for reference:

- August 16, 2023: Craig Chambers, V.P. of Engagement for CUTX, contacted Brad Carlson, CEO of Apex, regarding the purchase and buildout of a new food truck (see email attached hereto as Exhibit "A"). CUTX had previously purchased and customized two food trucks from MAG/Apex and reached out to Brad to inquire about acquiring an additional, third food truck (the Vehicle).

- September 12, 2023: CUTX purchased the Vehicle from MAG for $89,000.00, identified as a 2022 Ford F59, Stock No. NEW09375, VIN: 1F65F5KN3N0A09375 (see Bill of Sale/Odometer Statement from MAG attached hereto as Exhibit "B" and ACH receipt for the payment of $89,000.00 to MAG attached hereto as Exhibit "C").

- September 12, 2023: CUTX entered into a Specialty Conversion Contract with Apex to perform a customized buildout of the Vehicle ("Apex Contract"), for a total contract price of $179,230.00 (see Specialty Conversion Contract attached hereto as Exhibit "D"). An initial payment of 50% of the total contract price ($89,615.00) was due upon signing of the Apex Contract (see ACH receipt for payment of $89,615.00 to Apex attached hereto as Exhibit "E"). The remaining portion of the contract price was to be paid as follows: (i) 25% to be paid upon completion of the floor finish; and (ii) the remaining 25% to be paid upon completion of the conversion. The total paid by CUTX to MAG and Apex for the purchase and buildout of the Vehicle as of the date of this letter is **$178,615.00** (equaling the purchase price of $89,000.00 plus 50% of the Apex Contract price of $89,615.00).

Electronically Filed - JACKSON - INDEPENDENCE - January 19, 2024 - 04:05 PM

Brent King
December 20, 2023
Page 2

If you have any further review of this letter and/or attached services, you need additional information, please do not hesitate to contact me via email or by phone directly at (xxx) xxx-xxxx.

Thank you for your time and attention to this matter. I look forward to working with you to resolve this matter on behalf of Credit Union of Texas.

Sincerely,

Ryan W. Lione
Rlione@griffithdavison.com

Electronically Filed - JACKSON - INDEPENDENCE - January 19, 2024 - 04:05 PM



Credit Union of Texas
900 W. Bethany Dr. Suite 500
Allen, TX 75013

| | |
|---|---|
| Total | $99,000.00 |
| Payments/Credits | $0.00 |
| Balance Due | |

Electronically Filed - JACKSON - INDEPENDENCE - January 19, 2024 - 04:05 PM

EXHIBIT "C"

CREDIT UNION OF TEXAS

Net Amount:    89,000.00

| Date | Invoice Number | Description | Amount |
|------|----------------|-------------|--------|
| 9/12/2023 | NEW09375 | MAG TRUCKS- CUTX FOOD TRUCK 3 | 89,000.00 |

MAG TRUCKS LLC
3320 S OUTER BELT RD
GRAIN VALLEY, MO 64029

Electronically Filed - JACKSON - INDEPENDENCE - January 19, 2024 - 04:05 PM



Electronically Filed - JACKSON - INDEPENDENCE - January 19, 2024 - 04:05 PM



EXHIBIT "B"

PINNACLE WIRING INSTRUCTIONS

Account:            REDACTED

Special Instructions:    Truck #

Recipient Bank:     Pinnacle Bank

Routing/ABA Number:    REDACTED

Electronically Filed - JACKSON - INDEPENDENCE - January 19, 2024 - 04:05 PM



### EXHIBIT "A"

2) Pro Athlete of Kansas City, Missouri ("Pro Athlete")

Electronically Filed - JACKSON - INDEPENDENCE - January 19, 2024 - 04:05 PM

2) <u>Pro Athlete of Kansas City, Missouri ("Pro Athlete")</u>

On October 20, 2023, Apex and Mag sold a Mercedes chassis with coach buildout to Pro Athlete of Kansas City, MO. Pro Athlete paid MAG Trucks and Apex a total of $204,105 which consisted of full payment for a truck, and a 50% deposit for construction of the body. The truck Pro Athlete purchased does not exist. Apex did not start the chassis buildout. All the money MAG Trucks and Apex collected from Pro Athlete has been spent.

3) <u>B2Z Enterprises</u>

On October 24, 2023, Apex accepted $50,000 for a "future build slot reservation" to customer B2Z Enterprises. Three business days later, Apex permanently closed. The funds received by Apex were spent before Brent King was appointed as Receiver.

**Sale of Trucks Out of Trust – Banks Hold The Titles**

1) Treasure Valley Coffee
2) Kansas City Health Department
3) Loaves and Fishes for St. Louis, Inc.
4) Habitué Red Shed

1) <u>Treasure Valley Coffee</u>

On September 8, 2023, MAG Trucks sold a truck to customer Treasure Valley Coffee of Boise, Idaho ("Treasury Valley"). Treasure Valley coffee has their truck but not the truck's title. The Receiver has learned that MAG Trucks diverted the TV Coffee proceeds and failed to pay off the Pinnacle Bank loan against the truck. Treasure Valley still does not have a title for the truck it paid for.

2) <u>Kansas City Health Department</u>

On June 6, 2023, Mag Trucks sold a Class A Recreational vehicle to the Kansas City Health Department's Community Outreach program. KC Outreach paid $175,500 for the vehicle, and

Electronically Filed - JACKSON - INDEPENDENCE - January 19, 2024 - 04:05 PM

then paid Apex $117,750 for a total of $293,750.  To acquire the RV, MAG Trucks used floor plan financing of $156,000 from Pinnacle Bank.  However, Mag failed to pay Pinnacle from the funds it collected from KC Outreach.  Mag Trucks used the KC Outreach sale proceeds to pay off loans against other vehicles it had previously financed through Pinnacle Bank, and Pinnacle still holds the KC Outreach title.

3)   Loaves and Fishes for St. Louis, Inc.

On May 19, 2023, Loaves and Fishes for St. Louis, Inc. ("Loaves and Fishes") purchased a vehicle from MAG Trucks for the sum of $145,000. On June 21, 2023, Loaves and Fishes paid by Check #10998 the sum of $145,000 to MAG Trucks for the vehicle. In addition, on May 19, 2023, a Specialty Conversion Contract was entered into between Loaves and Fishes and Apex for the sum of $355,000. On May 31, 2023, Loaves and Fishes paid Apex the sum of $177,500 as a 50% payment on the conversion work to be performed on the vehicle. Work performed on the conversion is estimated to be between 10 to 15 percent complete, and the truck is inoperable.

To acquire the Loaves and Fishes truck chassis, MAG Trucks used floor plan financing from Pinnacle Bank. However, MAG Trucks failed to pay Pinnacle Bank from the funds MAG Trucks collected from Loaves and Fishes. MAG Trucks used the Loaves and Fishes sale proceeds to pay off loans against other vehicles it had previously financed through Pinnace Bank and Pinnacle Bank still holds the Certificate of Title on the vehicle Loaves and Fishes purchased and paid for.

4)   Habitué (Mike Wells)

On October 2, 2023, Habitué (Mike Wells) purchased a vehicle from MAG Trucks for the sum of $41,488 of which $2,000 was a down payment. On October 2, 2023, a down payment of $2,000 was issued by Red Shed LLC, Habitué sister company. On October 10, 2023, a payment

Electronically Filed - JACKSON - INDEPENDENCE - January 19, 2024 - 04:05 PM

for the balance of the purchase price of $39,488 was made by Habitué to MAG Trucks by wire transfer. Despite Habitué having paid the full purchase price of its vehicle, MAG Trucks has failed to deliver an assignment of the Certificate of Title to the vehicle to Habitué.

Deposits received for projects that were started but have not been completed:

1) Loaves and Fishes
2) Louisiana Running
3) Kansas City Health Department

Deposits received for projects that were not started:

1) Wegmans Food Markets, Inc.
2) Catholic Community Services of Western Washington ("Catholic Services")
3) MGI Leasing Inc. (McCoy)
4) Olivier Family Investments, LLC (OFI)
5) AJK Properties, LLC
6) Jaska Collins Russell
7) Jeff Collins
8) Louisiana Running Company LLC

1) <u>Wegmans Food Markets, Inc. ("Wegmans")</u>

Wegmans Food Markets, Inc. ("Wegmans") on February 17, 2023, purchased a vehicle from MAG Trucks for the sum of $96,510. Wegmans paid MAG Trucks in full for the vehicle in the amount of $96,510 and received a Certificate of Title for the vehicle from MAG Trucks. Wegmans entered into a Special Conversion Contract with Apex in the amount of $211,490 and Wegmans paid a deposit of $105,745 which represents 50% of the contract price. As of the date of the appointment of Brent King, Receiver no work had been started on the vehicle.

2) <u>Catholic Community Services of Western Washington</u>

Catholic Community Services of Western Washington ("Catholic Services") on February 1, 2023, purchased a vehicle from MAG Trucks for $64,670. On February 1, 2023, Catholic Services paid MAG Trucks by cashier's check for $64,670 for the vehicle. Catholic Services

Electronically Filed - JACKSON - INDEPENDENCE - January 19, 2024 - 04:05 PM

received a Certificate of Title for the vehicle on October 15, 2023. Nearly one year earlier, Catholic Services entered into a Specialty Conversion Contract with Apex on the 23rd day of May, 2022. Catholic Services paid a deposit of $37,466 for work to be performed. Catholic Services had been extremely patient with Apex and Mag Trucks but as of the date of the appointment of Brent King as Receiver, no work had been started on the vehicle.

3) MGI Leasing, Inc. (McCoy)

MGI Leasing Inc. (McCoy) "MGI" on April 26, 2023, purchased a vehicle from MAG Trucks for the sum of $96,203. MGI paid for the full purchase price of the vehicle in the amount of $96,203. On April 26, 2023, a Certificate of Title was assigned to MGI from MAG Trucks on the vehicle. On April 28, 2023, MGI entered into a Specialty Conversion Contract with Apex in the amount of $207,515 and paid Apex a deposit of $103,757.50 for work to be performed. As of the date of the appointment of Brent King as Receiver, no work had been started on the vehicle.

4) Olivier Family Investments LLC

Olivier Family Investments LLC ("OFI") on March 3, 2023, purchased a vehicle from MAG Trucks for the sum of $80,000. On April 3, 2023, OFI paid MAG Trucks $80,000 by Check #1081 for the full purchase price of the vehicle. A Specialty Conversion Contract was entered into on May 25, 2023, for the amount of $170,000 between OFI and Apex. On June 26, 2023, OFI paid Apex the sum of $85,000 by Check #1085 for work to be performed. As of the date of the appointment of Brent King as Receiver, no work had been started on the vehicle.

5) AJK Properties LLC

AJK Properties LLC ("AJK") on January 25, 2023, purchased a vehicle from MAG Trucks for the sum of $81,400. AJK paid MAG Trucks the sum of $81,400 for payment of the full purchase price of the vehicle. On March 3, 2023, the Certificate of Title to the vehicle was

Electronically Filed - JACKSON - INDEPENDENCE - January 19, 2024 - 04:05 PM

transferred from MAG Trucks to AJK, but the assignment is undated. AJK entered into a Specialty Conversion Contract on May 3, 2023, for a total cost of $202,560 with Apex. On May 23, 2023, AJK paid Apex the sum of $101,280 as payment for work to be performed. As of the date of the appointment of Brent King as Receiver, no work had been started on the vehicle.

6) Jaska Collins Russell

Jaska Collins Russell ("J. Russell") purchased a vehicle from MAG Trucks for the sum of $80,000 on February 9, 2023. J. Russell paid MAG Trucks the sum of $80,000 on February 9, 2023, by Check #8178. The Certificate of Title to the vehicle was transferred from MAG Trucks to J. Russell wherein the assignment is undated. A Specialty Conversion Contract was entered into between J. Russell and Apex in the amount of $214,500. On May 18, 2023, J. Russell paid Apex a deposit of $107,250 by Check #2574 for work to be performed. As of the date of the appointment of Brent King as Receiver, no work had been started on the vehicle.

7) Jeff Collins

On February 9, 2023, Jeff Collins ("J. Collins") purchased a vehicle from MAG Trucks for the sum of $80,000. On February 9, 2023, J. Collins paid to MAG Trucks the full purchase price for the vehicle by Check #8350 in the amount of $80,000. A Certificate of Title was assigned from MAG Trucks to J. Collins on the vehicle with an undated assignment. J. Collins entered into a Specialty Conversion Contract with Apex on May 10, 2023, in the amount of $216,000. On May 18, 2023, J. Collins paid Apex the sum of $108,000 for work to be started on the vehicle by Check #8400. As of the date of the appointment of Brent King as Receiver, no work had been started on the vehicle.

Electronically Filed - JACKSON - INDEPENDENCE - January 19, 2024 - 04:05 PM

8)  Louisiana Running Company LLC

Louisiana Running Company LLC ("Louisiana Running") on April 19, 2023, purchased a vehicle from MAG Trucks for the sum of $62,510. Louisiana Running paid the full purchase price for the vehicle to MAG Trucks in the amount of $62,510. Louisiana Running entered into a Specialty Conversion Contract of April 19, 2023, at a total cost of $108,000. Louisiana Running paid a deposit of 50% of the contract in the amount of $54,000 and a purchaser progress payment of $20,298 for work on the vehicle. As of the date of the appointment of Brent King as Receiver, the project is less than 50% complete.

**Actions Being Undertaken by Brent King, Receiver to Turnover Vehicles to Customers who are Bona Fide Purchasers**

The Receiver, as noted previously, at the date of his appointment as Receiver and filing the bond required by the Court, took possession of forty-four (44) vehicles. Numerous vehicles were previously acquired by customers from MAG Trucks and who had entered into Specialty Conversion Contracts and paid substantial dollars down for work to be started on conversion of the vehicles by Apex.

The Receiver with the assistance of his counsel have contacted numerous customers who purchased vehicles from MAG Trucks, and some of which still do not have titles to their vehicles. Many others paid for extensive conversions to be performed on vehicles by Apex and on the majority of vehicles no work has ever been started despite having 50% or more of the conversion costs paid by customers of Apex.

The Receiver with the assistance of his counsel have drafted motions to turnover the vehicles to customers who are bona fide purchasers. The draft motions to be filed in the near future are agreed motions between the Receiver, Enterprise Bank & Trust, Pinnacle Bank, Central Bank

Electronically Filed - JACKSON - INDEPENDENCE - January 19, 2024 - 04:05 PM

and the respective customers. The motions request an expedited ruling by the Court allowing the Receiver to turnover the vehicles to customers of MAG Trucks and Apex if the customers are bona fide purchasers. A number of vehicles will not be included in the current motions as a result of the Receiver having requested information and detail as to the underlying transactions and not having yet received the requested information.

**Based on the Review of Financial Information by the Receiver a Determination has been Made as the Reason MAG Trucks LLC and Apex Specialty Vehicles LLC did not have Sufficient Funds to Perform the Work Contracted For**

The Receiver has taken custody of the MAG Trucks and Apex transportation fleet driven by executives of MAG Trucks and Apex that includes a 2023 Mercedes SUV, a 2023 BMW convertible, a 2022 GMC Denali pickup with premium leather interior, a 2022 RAM 1500 truck, and a 2020 Mercedes SUV.  The fleet of corporate vehicles cost hundreds of thousands of dollars and was entirely paid for by MAG Trucks and Apex.

Company records indicate MAG Trucks and Apex had recently funded the purchase of two Porsche and one Lamborghini automobiles; Multiple Rolex and other luxury men's watches; the residence of Mr. Carlson on the KC Plaza; the residence of CFO Ms. Christine Brandow on Ward Parkway;  several 35' to 40' boats; and several million dollars in leveraged distributions to MAG Trucks and Apex founder, Bradley J. Carlson.

In the Receiver's view, the Receivership entities, especially MAG Trucks and Apex have been insolvent for a number of years. Notwithstanding that fact, Bradley J. Carlson has taken funds out of the Receivership entities in excess of two million dollars while MAG Trucks and Apex were insolvent. The funds taken out of Apex by Bradley J. Carlson, and other Executive perks funded

by the company, have left creditors, who had paid for work to be performed, without a completed product, and with no explanation of why work was not even started in the majority of cases.

**Food Truck Donated in Violation of Bank Loan Covenants**

The Enterprise Bank loan covenants specifically prohibit MAG Trucks and Apex from giving away or donating company assets. Despite this prohibition, and the company's insolvency, MAG Trucks and Apex donated a food truck to an Adventist church in Johnson County Kansas in June of 2023. The Receiver's investigation into other breaches of loan covenants is ongoing.

This is the food truck donated to an Adventist Church in Overland Park, Kansas. The market value of the food truck is estimated to exceed $80,000.



The Receiver's review of records of Enterprise Bank & Trust, Central Bank and Pinnacle Bank indicate that by 2022, Enterprise Bank & Trust and Central Bank of the Midwest realized that MAG Trucks and Apex earned little or no profits. The banks also realized the multi-million-dollar distributions from MAG Trucks and Apex, to its founder, Bradley J. Carlson, were paid while the company was insolvent and that these distributions caused a further deepening of the negative net worth of MAG Trucks and Apex. The Receiver can confirm that company records

Electronically Filed - JACKSON - INDEPENDENCE - January 19, 2024 - 04:05 PM

Electronically Filed - JACKSON - INDEPENDENCE - January 19, 2024 - 04:05 PM

indicate Bradley J. Carlson personally received at least $5,000,000 of distributions to himself using funds borrowed from Secured Creditors, Customer Deposits and PPP Loans and tax credits, most of which occurred while MAG Trucks and Apex were insolvent.

Several deposit customers, who lost significant amounts of money at MAG Trucks and Apex, told the Receiver that they had expressed concerns over the security of their very large deposits and when they did, the MAG Trucks and Apex sales team pointed to the widely publicized food truck donation, and suggested that this gift demonstrated the financial viability of MAG Trucks and Apex.

Customers who lost money at Apex told the Receiver they now see the donated food truck as a prop used to imply that MAG Trucks and Apex were financially sound and to assuage customer concerns about paying such large deposits. Ironically, the donated food truck was funded with deposits MAG Trucks and Apex collected from the very customers who expressed their concerns about the security of their deposits.

**New Companies Formed by The Executives and Owners of Mag Trucks and Apex**

In April 2023, MAG Trucks and Apex had no operating capital lenders and were grossly insolvent. Enterprise Bank & Trust offered a forbearance agreement that Bradley J. Carlson rejected.

In April 23, 2023, Bradley J. Carlson, Christine Brandow, Emilie Thill, and Blake Fulton initiated the formation of at least ten new Corporate Entities.

On October 31, 2023, three days before the creation of this Receivership Estate, Apex and Mag closed. On November 1, 2023, Apex/MAG executives Bradley J. Carlson, Christine Brandow, Emilie Thill, and former company owner Blake Fulton, began to operate an identical business called Sapphire Specialty Manufacturing ("Sapphire").

Electronically Filed - JACKSON - INDEPENDENCE - January 19, 2024 - 04:05 PM

Missouri Secretary of State records indicate at least 10 new corporate entities were created in 2023 by Apex (Defendant entity) CFO Ms. Christine Brandow, Apex Director of Marketing Ms. Emilie Thill, and former Apex/Mag co-owner, Mr. Blake Fulton.

Entities Formed in 2023

1. **Apex Specialty, LLC** -- Formed on April 25, 2023 by Emilie Thill (Note that Christine Brandow, Debtor Company CFO, lists her e-mail address as Christine@ForceMidwest.com  Force Midwest is a Receivership Entity);

2. **Apex Manufacturing, LLC** -- Formed on April 25, 2023 by Emilie (Note that Christine Brandow, Debtor Company CFO, lists her e-mail address as Christine@ForceMidwest.com  Force Midwest is a Receivership Entity);

3. **Sapphire Manufacturing, LLC** -- Formed on April 25, 2023 by Christine Brandow, Debtor CFO, and Emilie Thill, Debtor's Director of Marketing (Note that Christine Brandow lists her e-mail address as Christine@epholdings.com  EP Holdings is owned by a Receivership Entity);

4. **Sapphire Specialty Trucks, LLC** -- Formed on April 25, 2023 by Christine Brandow, Debtor CFO, and Emilie Thill, Debtor's Director of Marketing (Note that Christine Brandow lists her e-mail address as Christine@epholdings.com EP Holdings is owned by a Receivership Entity);

5. **Sapphire Specialty, LLC** -- Formed on April 25, 2023 by Christine Brandow, Debtor CFO, and Emilie Thill, Debtor's Director of Marketing (Note that Christine Brandow lists her e-mail address as Christine@epholdings.com EP Holdings is owned by a Receivership Entity);

6. **Sapphire Automotive Group, LLP** -- Formed November 15, 2023 by Christine Brandow. Debtor CFO, and Emilie Thill, Debtor Director of Marketing;

7. **Sapphire Specialty Coaches** -- Fictitious Name created on November 16, 2023 for Sapphire Automotive Group;

8. **Sapphire Specialty Manufacturing** -- Fictitious Name created on November 16, 2023 for Sapphire Automotive Group, LLP;

9. **Sapphire Specialty** -- Fictitious Name created on November 9, 2023 for Brow Trucks, LLC - owned by Blake Fulton, who was Brad Carlson's former partner in MAG Trucks, LLC.  Christine Brandow, Debtor CFO, is listed as the Registered Agent for Brow Trucks, LLC;

Electronically Filed - JACKSON - INDEPENDENCE - January 19, 2024 - 04:05 PM

10. **Sapphire Specialty Trucks** -- Fictitious Name created on November 9, 2023 for Brow Trucks, LLC - owned by Blake Fulton, who was Brad Carlson's former partner in MAG Trucks, LLC.  Christine Brandow, Debtor CFO, is listed as the Registered Agent for Brow Trucks, LLC.

Bradley J. Carlson and Christine Brandow kept the financial failure of MAG Trucks and Apex very quiet and have attempted to blur the lines between Apex/Mag and Sapphire.  In recent testimony, Central Bank officials claimed the new companies were introduced to them by Mr. Carlson as a routine "re-branding" of MAG Trucks and Apex.  Based on these representations, Central Bank of the Midwest opened checking accounts for the newly formed entities. These new accounts included one for Apex Specialty, LLC.  Apex Specialty LLC is a new company with a name that is similar to the Receivership Entity, Apex Specialty Vehicles, LLC.  The Apex/Mag Executives have diverted significant amounts of assets into their newly formed entities.

On May 8, 2023, Apex Specialty Vehicles LLC, instructed their customer the McCoy Group, Inc., to wire $103,757 into the accounts of the newly formed entity, Apex Specialty, LLC. The wire transfer directions from Apex Specialty, LLC are set out below.  The beneficiary is clearly identified as the newly formed company Apex Specialty LLC.

Electronically Filed - JACKSON - INDEPENDENCE - January 19, 2024 - 04:05 PM

## MCCOY GROUP INC

**Status**
Completed

## Transaction Information

**Account Number/Name**
REDACTED /MGI LEASING INC

**Branch Location/Bank Name/Bank ID**
JPMORGAN CHASE BANK, NA
(WI)/JPMORGAN CHASE BANK,

**Method**
Wire

**Payment Amount**
USD 103,757.50

**Value Date**
05/08/2023

**Bank to Bank Transfer**
No

**Beneficiary Bank Country**
UNITED STATES - US

## Routing/Reference Information

**Beneficiary**

Account Number
REDACTED
APEX Specialty LLC
UNITED STATES - US

**Beneficiary Bank**

United States FED ABA
REDACTED
CENTRAL TRUST BANK
MONEY DESK
PO BOX 779
JEFFERSON CITY,MO,65102-
UNITED STATES - US

No ID

Last Validation:   05/08/2023 03:57 PM

On November 2, 2023, former Apex employee Madeline Owen emailed Apex Customer, Kansas City Health Department to "send over our email to you so you have it." The new email address is for the newly formed company Sapphire Specialty. Former MAG Trucks and Apex employees, now employed by Sapphire, did not advise the KC Health Department that on November 3, 2023, their contract with Apex would become Receivership Estate Property, and as

Electronically Filed - JACKSON - INDEPENDENCE - January 19, 2024 - 04:05 PM

such it  could only be managed by the Receiver.  Instead, the Sapphire employees simply ignored the Order Appointing Receiver, and as the emails below demonstrate, continued to perform on the Apex contract with KC Health Department.  In December, 2023, when the Receiver informed the KC Health Department about the Receivership, they were shocked, and immediately provided the Receiver with the following emails.

**From:** Madeline Taloney Owen <madeline@sapphirespecialty.com>
**Sent:** Wednesday, November 1, 2023 2:39 PM
**To:** Duitsman, Stacie A <Stacie.Duitsman@kcmo.org>; Christine Brandow <christine@sapphirespecialty.com>
**Subject:** New Emails from Christine and Madeline

**EXTERNAL: This email originated from outside the kcmo.org organization. Use caution and examine the sender address before replying or clicking links.**

Hi Stacie,

We wanted to send over our email to you now just so you have it.

Thanks!

Electronically Filed - JACKSON - INDEPENDENCE - January 19, 2024 - 04:05 PM

**From:** Christine Brandow <christine@sapphirespecialty.com>
**Sent:** Monday, November 6, 2023 10:24 AM
**To:** Edsall, Abby <Abby.Edsall@kcmo.org>
**Cc:** Duitsman, Stacie A <Stacie.Duitsman@kcmo.org>; Madeline Taloney Owen
<madeline@sapphirespecialty.com>
**Subject:** Re: New Emails from Christine and Madeline

**EXTERNAL: This email originated from outside the kcmo.org organization. Use caution and examine the sender address before replying or clicking links.**

Good morning, Abby -

Let me know when you have some time today for the call you requested.

I have an appt at 1:45pm but can talk before or I can let you know when I am done with the appointment.

Christine

On Mon, Nov 6, 2023 at 10:25 AM Edsall, Abby <Abby.Edsall@kcmo.org> wrote:

Hi Christine,

Do we want to say 11:00am?

**From:** Christine Brandow <christine@sapphirespecialty.com>
**Sent:** Monday, November 6, 2023 10:26 AM
**To:** Edsall, Abby <Abby.Edsall@kcmo.org>
**Cc:** Duitsman, Stacie A <Stacie.Duitsman@kcmo.org>
**Subject:** Re: New Emails from Christine and Madeline

**EXTERNAL: This email originated from outside the kcmo.org organization. Use caution and examine the sender address before replying or clicking links.**

Sounds good - talk to you then

Christine

Electronically Filed - JACKSON - INDEPENDENCE - January 19, 2024 - 04:05 PM

**From:** Edsall, Abby
**Sent:** Thursday, November 16, 2023 3:41 PM
**To:** Christine Brandow <christine@sapphirespecialty.com>
**Subject:** RE: New Emails from Christine and Madeline

Hi Christine,

I was just checking in on the final invoice for the RV and a quote for the vinyl wrap of the RV.

Thank you!

**From:** Christine Brandow <christine@sapphirespecialty.com>
**Sent:** Tuesday, December 5, 2023 12:22 PM
**To:** Edsall, Abby <Abby.Edsall@kcmo.org>
**Subject:** Re: RV Invoice + Quote

**EXTERNAL: This email originated from outside the kcmo.org organization. Use caution and examine the sender address before replying or clicking links.**

Good morning Abby –

I had sent the final invoice from APEX the day after we spoke. I will need to see if I can get a copy or issue a new one.

In order to give an accurate quote for the wrap, we will need to see the wrap design. I can assume it will be a full wrap, but obviously I don't want to over quote it.
Do you have the design completed?

Thank you!

Christine

The Receivership Estate was created on November 3, 2023 and as these emails demonstrate, Sapphire founder (and Apex CFO) Christine Brandow continued to operate the KC Outreach contract for the benefit of Sapphire in violation of the Order Appointing Receiver, and the Apex CFO's fiduciary obligation to the Creditors of MAG Trucks and Apex.

Sapphire also took MAG Trucks and Apex photos, designs, and Intellectual Property, rebranded it as Sapphire's and presented it to the world as their own. The following screen shots show historic builds of the Receivership Entity Apex Specialty Vehicle. All of which now appear on the Sapphire Specialty Manufacturing website.

Electronically Filed - JACKSON - INDEPENDENCE - January 19, 2024 - 04:05 PM

I.      **APEX PROMOTION OF PRODUCTS 2019 TO 2023**



I.      **SAPPHIRE PROMOTION OF THE SAME PRODUCTS ON 1-12-2023**



Electronically Filed - JACKSON - INDEPENDENCE - January 19, 2024 - 04:05 PM

**II.        Apex Promotion of Products 2019 TO 2023**



**II.        SAPPHIRE PROMOTION OF THE SAME PRODUCTS 1-12-2023**



Electronically Filed - JACKSON - INDEPENDENCE - January 19, 2024 - 04:05 PM

## III. APEX PROMOTION OF PRODUCTS 2019 TO 2023



## III.    SAPPHIRE PROMOTION OF THE SAME PRODUCTS 1-12-2023



The photos above are Receivership Estate Property and are being used by Sapphire without the consent of the Receiver.

**Sapphire Claims it Built the Food Truck for C. Alexanders**

On January 12, 2024, Sapphire Specialty Vehicles posted, to their Facebook page, the following image of a food truck Sapphire claims it built for customer C. Alexanders. However, on November 15, 2023, the C Alexanders food truck exploded with the cook inside. The explosion caused severe, life-threatening burns to the cook. The victim was hospitalized in a burn unit for ten weeks, is in severe pain, and his medical bills are expected to exceed $5,000,000.

The Receivership entities are insured by The Hartford Insurance. The Receiver does not know if Sapphire is insured, but Sapphire's published claim that Sapphire built the C. Alexanders truck that exploded, suggests that Sapphire Specialty Manufacturing may be responsible for this explosion. The Food truck was delivered by an unknown individual and the Receiver is investigating who built and completed the food truck, who inspected the food truck, and which legal entity delivered C. Alexanders food truck.

Electronically Filed - JACKSON - INDEPENDENCE - January 19, 2024 - 04:05 PM

Electronically Filed - JACKSON - INDEPENDENCE - January 19, 2024 - 04:05 PM





Electronically Filed - JACKSON - INDEPENDENCE - January 19, 2024 - 04:05 PM

**Sapphire Management also Removed Valuable Personal Property of Apex**

Sapphire Specialty also took extensive amounts of valuable personal property from Apex and Mag. The Receiver demanded their return. In the week of December 18, 2023, Sapphire returned approximately $400,000 of Apex personal property it had secreted away. The items include:

- One $300,000 Mercedes Luxury Coach owned by Apex Specialty Vehicles,

- Two custom made fiberglass coach bodies valued at over $50,000,

- At least $50,000 of kitchen equipment for food trucks, a variety of parts, newly purchased tool cabinets and chests, manufacturing machinery, and production supplies,

- Numerous computers, office furniture, chairs, desks, and video recording devices,

The total value of Apex property Sapphire returned in December 2023 exceeds 40% of the total net value of all personal property of Apex. Sapphire and Bradley J. Carlson have yet to return significant values of Apex property including at least the molds used to fabricate the custom fiberglass coach bodies, and the contracts to build coaches for other customers including Carousel's build #4 and LandJet projects #3, #4, #5, that are collectively valued at $1,000,000.

On October 20, 2023 Apex posted to its Facebook page, the following image that shows two Apex coach body shells loaded on a trailer just before Sapphire took them from Apex and moved them. The Receiver believes Sapphire transported the shells to Holt, Missouri, where Sapphire operates from a small shed on the residential property owned by Bradley Carlson's father

Electronically Filed - JACKSON - INDEPENDENCE - January 19, 2024 - 04:05 PM



The following two photos show the Mercedes Luxury Coach and the two custom coach

shells after the Receiver recovered them.

Electronically Filed - JACKSON - INDEPENDENCE - January 19, 2024 - 04:05 PM





Electronically Filed - JACKSON - INDEPENDENCE - January 19, 2024 - 04:05 PM

On October 17, 2023, Apex ordered suspension parts from VB Suspension.  These parts were ordered by Apex, intercepted by Sapphire and have not been turned over to the Receiver. VB Suspension confirmed the Apex order on October 17, 2023:

From: Tiki Taljaard | VB-Airsuspension USA <Tiki.Taljaard@vbairsuspension.com>
Sent: Tuesday, October 17, 2023 4:09 PM
To: Zach Sewell <Zach@apexspecialtyvehicles.com>
Cc: Wendy Disher | VB-Airsuspension USA <Wendy.Disher@vbairsuspension.com>; Spencer Taljaard | VB-Airsuspension USA <Spencer.Taljaard@vbairsuspension.com>
Subject: Order confirmation SO2300320

Dear Zach,

Thank you for placing your order with VB-Airsuspension.

Attached you will find your order confirmation, which contains information about the order that you have placed, the scheduled delivery (factory shipping week) and delivery address.

If you feel that any details on the attached PDF are incorrect please contact us as soon as possible.

With kind regards,



**Tiki Taljaard**
Vice President

+1 574 575 5125
+1 574 264 57 99

VB-Airsuspension North America Corp.

4505 Wyland Dr #1000, Elkhart, IN
46516, United States

www.vb-usa.com

Electronically Filed - JACKSON - INDEPENDENCE - January 19, 2024 - 04:05 PM

From: Zach Sewell <Zach@apexspecialtyvehicles.com>
Sent: Thursday, November 2, 2023 10:41 AM
To: Tiki Taljaard | VB-Airsuspension USA <Tiki.Taljaard@vbairsuspension.com>
Cc: Wendy Disher | VB-Airsuspension USA <Wendy.Disher@vbairsuspension.com>; Spencer Taljaard |
VB-Airsuspension USA <Spencer.Taljaard@vbairsuspension.com>
Subject: Re: Order confirmation SO2300320

Some people who received this message don't often get email from zach@apexspecialtyvehicles.com. Learn
why this is important

Tiki,

Checking in to see if you have any tracking information for these units?

Thank you,

**APEX**
SPECIALTY VEHICLES

**ZACH SEWELL**
Director of Operations

✉ zach@apexspecialtyvehicles.com
☐ (816) 832-6173
🌐 www.apexspecialtyvehicles.com

On November 2, 2023, Zach Sewell diverted the Apex property to Sapphire's garage in Holt Missouri.

From: Zach Sewell <Zach@apexspecialtyvehicles.com>
Sent: Thursday, November 2, 2023 3:36 PM
To: Wendy Disher | VB-Airsuspension USA <Wendy.Disher@vbairsuspension.com>; Tiki Taljaard | VB-
Airsuspension USA <Tiki.Taljaard@vbairsuspension.com>
Cc: Spencer Taljaard | VB-Airsuspension USA <Spencer.Taljaard@vbairsuspension.com>
Subject: Re: Order confirmation SO2300320

Thank you Wendy.

Is it possible to have the shipment rerouted to a different address? I see the delivery date is
set up for Monday, unfortunately our shop will have no access next week due to repairs. I
attempted to have FedEx reroute it but they notified me the shipper must. See below for
the updated address.

17501 Plattsburg Rd
Holt, MO 64048

Thank you,

**APEX**
SPECIALTY VEHICLES

**ZACH SEWELL**
Director of Operations

✉ zach@apexspecialtyvehicles.com
☐ (816) 832-6173
🌐 www.apexspecialtyvehicles.com

Electronically Filed - JACKSON - INDEPENDENCE - January 19, 2024 - 04:05 PM

Fed Ex freight confirmed that Zach Sewell accepted and signed for the VB Suspension Parts. These parts were ordered by and shipped to Apex. They are receivership Estate Property, and they remain in the possession of Sapphire and Mr. Sewell.

On November 17, 2023, VB Suspension invoiced APEX for the suspension parts, also on that date the Receiver met at Apex's shop with Bradley J. Carlson and the Apex/Mag attorney Ms. Janice Stanton.

Electronically Filed - JACKSON - INDEPENDENCE - January 19, 2024 - 04:05 PM



**VB-Airsuspension North America Corp.**

| | |
|---|---|
| 4505 Wyland Dr #1000 ELKHART, IN 46516 USA | **ADDRESS** |
| +1 574 264 5799 | **TEL** |
| info@vb-usa.com | **E-MAIL** |
| 30-0806788 | **EIN** |

Apex Specialty vehicles LLC
3320 South Outer Belt Rd
Grain Valley, MO 64029
United States

| | |
|---|---|
| Invoice number | : **INV002851** |
| Invoice date | : **nov/02-2023** |
| Due date | : **nov/16-2023** |
| VB-order number | : SO2300320 |
| Order processed by | : Tiki Johan Taljaard |
| Shipping date | : nov/01-2023 |
| HS code | : 8708 8099 |
| Your order number(s) | : 20214498 |
| Your reference | : LandJet 4, LandJet 5 |
| Customer number | : Redacted |
| Contact | : |
| EIN no. | : |

Page 1 of 1

**INVOICE**

| Pos. | Article number / Description | Quantity | | Price $ | Discount $ | Discount % | Amount $ |
|---|---|---|---|---|---|---|---|
| 10 | VBNA-VS30-35-05-170 VB-FA 2C R MB Sprinter VS30 RWD A3 VAN VB identification number    231129-00075-289 231129-00075-290 | 2 Piece(s) | $ | 6350 | | 20.0 | 10,160.00 |

| Shipping costs | | |
|---|---|---|
| FRGHT-USA | $ | 300.75 |
| Amount DUE in USD | $ | 10460.75 |

**Delivery address**

Apex Specialty vehicles LLC
3320 South Outer Belt Rd
Grain Valley, MO 64029
United States

**Packaging details**

Total weight        : 0.00 lbs.

Payment with mentioning invoice- and customer number.

Send wire transfers to: Centier Bank | 600 E. 84th Ave. | Merrillville, IN 46410
Routing/ABA number: 071902878| Account no. 000103927883

Manufactured in USA

All our offers, quotations and agreements apply to our general conditions and delivery terms, according to the latest most recent placed text.

making everyday smoother                                                        www.vbairsuspension.com

Electronically Filed - JACKSON - INDEPENDENCE - January 19, 2024 - 04:05 PM

On December 4, 2023, Sapphire paid VB Suspension for the Apex suspension parts using Sapphire's Central Bank account. Note that the Sapphire address sited in this Bank Document is at a UPS Store on the KC Plaza.

---

**Wendy Disher | VB-Airsuspension USA**

| | |
|---|---|
| From: | wiredept@centier.com |
| Sent: | Monday, December 4, 2023 11:24 AM |
| To: | Tiki Taljaard | VB-Airsuspension USA; Wendy Disher | VB-Airsuspension USA |
| Subject: | Inbound Wire Notification |

User: wiredept@centier.com

WIRE CONFIRMATION - 12/04/2023 10:24:14
YOUR ACCOUNT HAS BEEN CREDITED AS FOLLOWS:

IMAD # {1520}: 20231204H6B7011C000102

OMAD # {1120}: 20231204MMQFMPPB00006912041121

Beneficiary:VB AIRSUSPENSION NORTH AMERICAN

Originator:SAPPHIRE SPECIALTY LLC

Wire Amount:$10,460.75

Wire Fee:$15.00

Account Number:*****7883

Amount Credited:$10,445.75

Reference Number:12488953

Originator to Beneficiary {6000}:
      Line 1: INV002851 SAPPHIRE SPECIALTY LLC Sender ABA {3100}: 086500634

Reference IMAD {3500}: 20231204H6B7011C000102

Basic Information Section

Receiver ABA {3400}: 071902878
Receiver Name: CENTIER WHITING

Institution Information Section
Originator {5000}:
      Name: SAPPHIRE SPECIALTY LLC
      Address Line 1: 4741 CENTRAL STREET STE 515
      Address Line 2: KANSAS CITY,MO 64112-1533

Beneficiary {4200}:
      Name: VB AIRSUSPENSION NORTH AMERICAN
      Address Line 1: CORP
      Address Line 2: 4505 WYLAND DR SUITE 1000
      Address Line 3: ELKHART, IN 46516

Originator Financial Institution {5100}:
      Name: CENTRAL BANK OF THE MIDWEST
      Address Line 1: 609 N HWY 291
      Address Line 2: LEES SUMMIT, MO 64063

Financial Institution to Financial Institution {6500}:

1

---

Electronically Filed - JACKSON - INDEPENDENCE - January 19, 2024 - 04:05 PM

Information: ****

Beneficiary Information {6400}:
        Additional Information: ***

The Receiver is preparing a demand for turnover of the suspension parts from VB Airsuspension which are Receivership property.

## Real Estate Assets of the Receivership

The Receiver has taken possession of the production facility at 3320 S. Outer Belt Road, Grain Valley, MO.  The 65,000 square foot facility holds offices and manufacturing areas. Manufacturing tools, machinery, equipment, and vehicles are stored inside.  The gate and door locks have been changed and a security firm is monitoring the property.

The Receiver has taken possession of the rental property at 1100 NW Valley Ridge Drive, Grain Valley, Missouri and changed the locks on the doors.

The Receiver has retained Colliers to sell the commercial properties and has been offered $825,000 for the 1100 NW Valley Ridge property.  The Receiver will prepare a motion to sell this property and request approval from the Court to sell the real property.

In 2021 Christine Brandow, CFO of MAG Trucks and Apex participated in the purchase of real property on West 70th Terrace in Kansas City, Missouri, by EP Properties II, LLC, which is owned by Empirical Prime LLC, a Receivership entity.

EP Properties II, LLC is owned by EP Developers, LLC, which is owned by Empirical Prime, a Receivership Entity.  At the time of purchase, Ms. Brandow, CFO of the Debtor, signed a lease with EP Properties that requires her to her to pay $3,700 per month in rent.  Ms. Brandow is two months delinquent on her rents and has paid neither November 2023 nor December 2023

Electronically Filed - JACKSON - INDEPENDENCE - January 19, 2024 - 04:05 PM

rents.  The Receiver intends to sell this residential property.  The Receiver has identified several six additional real properties that are held in sub-entities of Empirical Prime LLC, a Receivership entity and that must be sold.

In 2023, a sub-entity of Empirical Prime LLC, a Receivership entity sold real estate it owned at 102 - 104 W4th Street, Kearney, MO.  The seller financed transaction led to a Deed of Trust held by the seller.  The current balance on the seller's financing note is approximately $103,000.  The Buyer of 102 and 104th Street seeks to pay off the deed of trust and wants the Receiver to execute the release.  However, because the property is owned by an and entity owned by Empirical Prime, but not named in the Order Appointing Receiver, the Receiver will file a motion to expand the Receivership to include the sub-entities of Empirical Prime, a Receivership entity to facilitate the sale of the real property.

To reduce costs of administering this estate, the Receiver tasked attorney Leo Oppenheimer to manage this litigation while retaining the Redmond Law Firm to assist the Receiver in the liquidation of assets of the Receivership.  Mr. Oppenheimer's hourly rate is $350.00 per hour and is the lowest cost professional available to the Receiver and without Mr. Oppenheimer, higher priced professionals will need to complete the work.

The Receiver has opened a simple checking account at Enterprise Bank and Trust.  The balance of that account is approximately $570.00.

The Receiver is preparing a motion to borrow funds from Enterprise Bank and Trust.  These funds will be used to support and pay for the cost and expense of the Receivership Estate.

The Receiver has made multiple unsuccessful attempts to take control of the Electric and Gas utilities at MAG Trucks and Apex.  The Order of Appointment was submitted to both Spire Gas and Evergy Electric, but neither have granted the Receiver access to the accounts.

Electronically Filed - JACKSON - INDEPENDENCE - January 19, 2024 - 04:05 PM

MAG Trucks receives multiple Evergy and Spire invoices related to multiple meters and property locations, including Bradley J. Carlson residence, and other services that may, or may not, be related to the Receivership.  The service provider simply refuses to provide the location of each meter so the Receiver determine how to process that service and make payments for energy used by the Receivership entities.

The Receiver spent many frustrating hours on phone calls with Evergy, only to be told that although they do have the Order of Appointment, they cannot speak with me because the FEIN provided for Mag Trucks does not match the FEIN in their record.  The FEIN provided by Mr. King was produced by the IRS, and the Receiver is confident it is Evergy who has the wrong FEIN.

The Receiver will file a motion to compel Evergy and Spire to provide the requested information to the Receiver and to move accounts as to Receivership assets to be moved to an account in the name of the Receiver.The relief in the motion will be requested to be set for an expedited hearing for if the building freezes, the fire suppression system will rupture, and the building's contents will be flooded.

### Corporate Structure

The corporate structure includes over 25 corporate entities.  Most Empirical Prime entities have no reason to exist.  They own no assets and do not operate.  Other entities do own real estate. Empirical Prime, a named receivership entity, either directly, or indirectly, owns all the other entities.  To properly manage the entities, all Empirical Prime companies must be consolidated into the Receivership so their assets can be sold for the benefit of creditors and closed by the Receiver.

Electronically Filed - JACKSON - INDEPENDENCE - January 19, 2024 - 04:05 PM

### Summary of Receivership Assets and Liabilities

The Receiver in the next Receiver Report will provide a projected summary of Receivership assets and liabilities.

### Action to be Undertaken by the Receiver

A. A borrowing motion for the Receiver to borrow up to $425,000 from Enterprise Bank to fund Receivership fees and expenses and the Receiver's professionals.

B. Filing of motions to turnover vehicles to customers who are bona fide purchasers.

C. Continue review and evaluation of which additional customers are bona fide purchasers and obtaining documents and information in order to make that determination.

D. Review and reconcile financial information obtained from Enterprise Bank & Trust and by subpoenas from Central Bank of the Midwest and Pinnacle Bank.

E. Proceed to list for sale five residential properties upon which Central Bank of the Midwest has a Deed of Trust or Mortgage and cooperate with Central Bank of the Midwest to market and sell the properties.

F. Market and sell the real property at the prior business location of MAG Trucks LLC and Apex Specialty Vehicles LLC located on seven acres in Grain Valley, Missouri.

G. File a motion to extend the Receivership to include wholly owned entities and sub-entities of Empirical Prime LLC which assets are to be liquidated for the benefit of creditors.

H. Take the deposition of Pinnacle Bank as to the operating line to MAG Trucks LLC, and Apex Specialty Vehicles LLC and other related entities.

Electronically Filed - JACKSON - INDEPENDENCE - January 19, 2024 - 04:05 PM

I.  Conduct a public auction to sell the personal property located at the former business location in Grain Valley, Missouri on March 3, 4 and 5, 2024.

J.  Review and investigate whether any of the officers, directors, or persons acting in a fiduciary capacity breached their duties and obligations to the Receivership and sub-entities.

K.  Review documents and information available, issue subpoenas and take depositions to determine if any of the assets of its Receivership or sub-entities were converted by any third parties and if so to file an appropriate action seeking damages and turnover of Receivership assets.

L.  Review, evaluate and bring actions for fraudulent conveyance of assets of Receivership entities or sub-entities as to transfer when the Receivership entities or sub-entities were insolvent.

M.  Evaluate the filing of a motion for substantive consolidation.

N.  Review the transfer of assets of the Receivership entities or sub-entities to trace and bring constructive actions as may be appropriate.

O.  Prepare fee applications for the Receiver and his professionals as appropriate.

P.  Continue to file Receiver Reports to update the Court and creditors.

Q.  File a motion for reconsideration of the Court's denial of the retention of Leo Oppenheimer as additional counsel for the Receiver to handle litigation matters.

R.  Review of and action to return the food truck donated by MAG Trucks and Apex to the Adventist Church and upon liquidation to pay creditors' claims.

S.  Investigate which entity built the C. Alexanders Food Truck and which entity inspected and delivered the C. Alexanders Food Truck.

Electronically Filed - JACKSON - INDEPENDENCE - January 19, 2024 - 04:05 PM

T.      File a motion and request expedited relief from the Court as to transferring the Evergy and Spire accounts related to the Receivership to the Receiver.

Dated:  January 19, 2024

Respectfully Submitted,



By:_____

        BRENT KING, JUDICIAL RECEIVER

*/s/ Christopher J. Redmond*
CHRISTOPHER J. REDMOND, MO BAR #48072
REDMOND LAW FIRM, LLC
6731 W. 121st Street, Suite 226
Overland Park, KS  66209
Telephone:  913-312-5675
Fax:  913-312-5841
christopher.redmond@christopherredmondlawfirm.com

*ATTORNEY FOR RECEIVER, BRENT KING*

CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was filed electronically with the Circuit Court of Jackson County, Missouri, this 19th day of January, 2024, with notice of case activity generated and sent to counsel of record.

*/s/ Christopher J. Redmond*
CHRISTOPHER J. REDMOND
*ATTORNEY FOR RECEIVER*