**UNITED STATES BANKRUPTCY COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

| | |
|---|---|
| **In re:** | ) |
| | ) |
| **BRADLEY JAMES CARLSON,** | )   **Case No. 24-40261-CAN7** |
| | ) |
| **Debtor.** | ) |

## NOTICE OF RULE 2004 EXAMINATION

TO:   Emilie Renae Thill
        1700 Madison Avenue, Apt. 203
        Kansas City, MO 64108

PLEASE TAKE NOTICE that, pursuant to Fed. R. Bankr. P. 2004 and Rule 2004-1 of the Local Rules of Practice of the United States Bankruptcy Court for the Western District of Missouri, as well as Fed. R. Bankr. P. 9016 and Fed. R. Civ. P. 45, the United States Trustee, by undersigned counsel, requires **Emilie Thill** to produce the documents set forth on the attached subpoena duces tecum. Further, the United States Trustee intends to take the examination of Ms. Thill at a future date to be determined by separate notice.  Pursuant to Local Rule 2004-1, any objection to, or motion to quash this notice must be filed within 7 days of this notice.

Dated:  August 15, 2025

Respectfully submitted,

JERRY L. JENSEN
ACTING UNITED STATES TRUSTEE

BY: /s/ Adam E. Miller
      Adam E. Miller, MO Bar #65429
      Office of the United States Trustee
      Charles Evans Whittaker Courthouse
      400 East 9th Street, Room 3440
      Kansas City, MO  64106
      (816) 512-1940
      (816) 512-1967 Telecopier
      adam.e.miller@usdoj.gov

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing was served by electronic notification, this 15th day of August 2025 on the Court's electronic case filing system and by U.S. Mail, certified, return receipt requested and postage prepaid, to the following:

Emilie Renae Thill
1700 Madison Avenue, Apt. 203
Kansas City, MO 64108


/s/ Adam E. Miller
Adam E. Miller