**UNITED STATES BANKRUPTCY COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

| | |
|---|---|
| **In re:** | ) |
| | ) |
| **BRADLEY JAMES CARLSON,** | )   **Case No. 24-40261-CAN7** |
| | ) |
| **Debtor.** | ) |

### EXHIBIT "A" TO SUBPOENA FOR RULE 2004 EXAMINATION

TO:   Emilie Renae Thill
1700 Madison Avenue, Apt. 203
Kansas City, MO 64108

Produce the following things, within your possession custody and control:

1.      Any documents (defined for the purpose of this document as all written things, including but not limited to letters, emails, text messages, statements, filings, and the like, to be given the broadest possible meaning, whether in physical or electronic form, and whether stored in paper, on computer, or in the internet "cloud") which refer to, discuss or relate to your alleged ownership of any legal entity associated with, employing or utilizing the services of Bradley James Carlson.

2.      All documents which refer to, discuss or relate to your service for any entity as an owner, officer, member, partner, organizer or registered agent for the period January 1, 2019 to present.

3.      To the extent not otherwise provided, a copy of any operating agreement, shareholder agreement or ownership agreement for any entity responses to requests number one or two.

4.      All communications (defined as emails, text messages and the like) between you and Brandley James Carlson discussing or relating to the following topics for the period January 1, 2023 to the present:
   a. The appointment of a receiver over Mr. Carlson's person or corporate entities and any related litigation;
   b. Mr. Carlson's bankruptcy case, including but not limited to any filings made in the bankruptcy or any testimony given by Mr. Carlson in connection with the bankruptcy case;
   c. The transfer of any assets, funds, customer accounts, business dealings, financial accounts, things of value or the like between any entity owned or controlled by Mr. Carlson and any entity owned or controlled, in part or wholly by you;
   d. The transfer of any funds or things of value from any entity under the custody or control of yourself to Mr. Carlson.
   e. The transfer of any funds, assets or things of value from Mr. Carlson to any entity under your custody or control.
   f. The possession, transfer, or destruction of any financial records of Mr. Carlson, or any entity owned or controlled by Mr. Carlson.
   g. The deletion or alteration of any electronically stored information or any records or documents related to Mr. Carlson, or any entity owned or controlled by Mr. Carlson.

i. The purchase from the Bankruptcy Trustee of any assets liquidated by the Trustee in the bankruptcy case, including any watches auctioned by the trustee.

5. Any document related to or discussing Mr. Carlson's personal finances for the period January 1, 2023 to the present, including but not limited to statements for any joint bank accounts, statements for any joint credit cards, or loan documentation for any loans in your possession, custody or control.

6. Any document related to or discussing the finances of any entity owned or controlled by Mr. Carlson for the period January 1, 2023 to the present, including any corporate credit card statements.

Respectfully submitted,

JERRY L. JENSEN
ACTING UNITED STATES TRUSTEE

BY: /s/ Adam E. Miller
Adam E. Miller, MO Bar #65429
Office of the United States Trustee
Charles Evans Whittaker Courthouse
400 East 9th Street, Room 3440
Kansas City, MO  64106
(816) 512-1940
(816) 512-1967 Telecopier
adam.e.miller@usdoj.gov