542 (6/16)

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF MISSOURI**

F I L E D

1/29/26

Clerk, U.S. Bankruptcy Court
Western District of Missouri

|  |  |  |
|---|---|---|
| In | Bradley James Carlson | ) |
| Re: | Debtor | ) |
|  |  | ) Case No.: 24–40261–can7 |
|  |  | ) Chapter: 7 |
|  |  | ) |

**NOTICE TO CREDITORS AND OTHER PARTIES OF INTEREST**

Notice is hereby given that:

By final order of the Bankruptcy Court entered on 1/29/2026 , in Bankruptcy Case No. 24–40261–can7 , you are hereby notified that the discharge in the bankruptcy of debtor(s) Bradley James Carlson is Waived .

This notice is issued in compliance with Bankruptcy Rule 4006 Notice of No Discharge.

Dated: 1/29/26                                            /s/ Paige Wymore–Wynn

Court Executive